UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH J. HESKETH III, on his behalf and on behalf of other similarly situated persons,

Plaintiff,

v.

TOTAL RENAL CARE, INC., on its own behalf and on behalf of other similarly situated persons,

Defendant.

No. 2:20-cv-01733

DECLARATION OF CAROL STRONG IN SUPPORT OF TOTAL RENAL CARE, INC.'S NOTICE OF REMOVAL

I, Carol Strong, declare as follows:

1. I am employed by Total Renal Care, Inc. ("TRC" or "Defendant") as a Payroll Projects Specialist. I am of legal age and competent to make this declaration. The statements contained herein are based on my personal knowledge and on documents maintained by DaVita, including its subsidiaries like TRC, in the ordinary course of business.

2. I understand that the plaintiff in this action alleges claims on behalf of a class of all non-exempt employees who worked for Defendant after January 31, 2020.

3. I have reviewed the payroll data kept in the ordinary course of business for non-exempt Washington employees during the period January 31, 2020 to October 31, 2020. The data include the regular hours worked, regular rate of pay, and premium rate of pay.



**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. Based on my review of the payroll data, the premium pay (.5 times regular base rate) for the regular (not premium) hours worked by putative class members in Washington from January 31, 2020 through October 31, 2020 amounts to more than $23 million.

5. On March 31, 2020, DaVita changed its Disaster Relief Policy.

6. Based on my review of the payroll data, the premium pay (.5 times regular base rate) for the regular (not premium) hours worked by putative class members in Washington between January 31, 2020 and the change to the Disaster Relief Policy on March 31, 2020, totals $5,082,320.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed in Spanaway, WA on November 23, 2020.

*City* *State*

[signature]

Carol Strong



Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on November 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Christina L Henry, WSBA 31273<br>Email: chenry@hdm-legal.com<br>HENRY & DEGRAAFF, PS<br>787 Maynard Ave S<br>Seattle, WA 98104<br>Telephone: 206-330-0595<br>Facsimile: 206-400-7609<br>*Attorney for Plaintiffs* | ____Via Hand Delivery<br>____Via U.S. Mail, 1st Class, Postage Prepaid<br>____Via Overnight Courier<br>____Via Facsimile<br>__X__Via E-Filing |
| J. Craig Jones<br>*Pro Hac Vice Forthcoming*<br>Email: craig@joneshilllaw.com<br>JONES & HILL, LLC<br>131 Highway 165 South<br>Oakdale, LA 71463<br>Telephone: 318-335-1333<br>Facsimile: 318-335-1934<br>*Attorney for Plaintiffs* | ____Via Hand Delivery<br>____Via U.S. Mail, 1st Class, Postage Prepaid<br>____Via Overnight Courier<br>____Via Facsimile<br>__X__Via E-Filing |
| Scott C. Borison<br>*Pro Hac Vice Forthcoming*<br>Email: scott@borisonfirm.com<br>BORISON FIRM, LLC<br>1900 S. Norfolk Rd. Suite 350<br>San Mateo CA 94403<br>Telephone: 301-620-1016<br>Facsimile: 301-620-1018<br>*Attorney for Plaintiffs* | ____Via Hand Delivery<br>____Via U.S. Mail, 1st Class, Postage Prepaid<br>____Via Overnight Courier<br>____Via Facsimile<br>__X__Via E-Filing |

DATED this 23rd day of November 2020 in Seattle, Washington.

*s/ Kyle Koats*
Kyle Koats, Legal Practice Assistant



**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000