The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

JOSEPH J. HESKETH III, *on his behalf and on behalf of other similarly situated persons,*

Plaintiff,

v.

TOTAL RENAL CARE, INC., *on its own behalf and on behalf of other similarly situated persons*,

Defendants.

Case No: 2:20-cv-01733-JLR

DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

NOTING DATE:

MARCH 26, 2021

I, Christina Henry, declare as follows:

1. I am an attorney for the Plaintiff Joseph J. Hesketh, III, and I am knowledgeable regarding the facts in this Declaration and am competent to testify to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of the response to the First Set of Interrogatories sent to defendant Total Renal Care, Inc. ("TRC") declaration states that the contract is irrelevant because TRC answered that the handbook is provided to employees.

DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF
MOTION TO EXTEND TIME TO FILE RESPONSE TO
DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS- 1

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WA 98104
V (206) 330-0595 / F (206) 400-7609

3. As the attorney for the Plaintiff, I also served several depositions and served them on TRC prior to the filing of TRC's motion for judgment on the pleadings. The depositions are in the process of being rescheduled at TRC's request, including the deposition of the person who signed the declaration found at Dkt. No. 12.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE

Executed this 18th day of March 2021 at Bothell, WA.

*/s/ Christina L Henry*
Christina Henry, WSBA 31273

DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS- 2

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WA 98104
V (206) 330-0595 / F (206) 400-7609