The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

Joseph J. Hesketh III,
*on his behalf and on behalf of other similarly situated persons*

    Plaintiff,

v.

Total Renal Care, Inc, on its own behalf and on behalf of other similarly situated persons,

    Defendants.

Case No: 2:20-cv-01733-JLR

DECLARATION OF SCOTT C. BORISON IN SUPPORT OF MOTION TO CERTIFY PLAINTIFFS' CLASS

Scott C. Borison, being of lawful age, declares:

1. I have personal knowledge of the facts set forth herein.

2. I submit this declaration in support of my client's Motion to Certify a Class.

3. I am an attorney first licensed to practice law in 1987. I am currently admitted to practice before the Maryland Court of Appeals, Court of Appeals for the District of Columbia, Supreme Court of California, and various federal courts, including the 1st, 3rd, 4th, 7th, 9th, 10th and 11th Circuits.

4. My practice includes representing consumers. I have represented consumers in cases involving federal and state laws designed to protect consumers.

5. My co-counsel and I have and will devote the resources necessary to pursue the claims in this action.

DECLARATION OF SCOTT C. BORISON IN SUPPORT OF MOTION TO CERTIFY PLAINTIFFS CLASS - 1

**Henry & DeGraaff, P.S.**
119 1st Ave, Ste 500
Seattle, Washington 98104
telephone (206) 330-0595
fax (206) 400-7609

6. My co-counsel in this case is J. Craig Jones, who is an experienced lawyer in Louisiana since 1986 who has been actively involved in the litigation of claims relating to complex personal injury and business matters and Christina Henry who is an experienced lawyer and although she has not previously served as class counsel, her experience and knowledge is sufficient to be found adequate.

7. I have testified before legislatures relating to the enactment of consumer protection laws.

8. I have been appointed as class counsel in various actions before Federal and State Courts including:

**FEDERAL:**

a. *Anderson v. GMAC Mortgage Corporation*, Case No. AMD 00 CV 3364, U.S. District Court for the District of Maryland – involving claims under the Truth in Lending Act, Home Ownership and Equity Protection Act and State Lending Laws.

b. *Knott v. FT Mortgage Companies*, 99-1402 DK, U.S. Bankruptcy Court for the District of Maryland – involving claims under State lending laws.

c. *Fogarty Fultz v. Chase Manhattan Mortgage Corporation*, 99-1367 PM, U.S. Bankruptcy Court for the District of Maryland - involving claims under State lending laws.

d. *Hyde v. RDA, Inc.*, 05-317-RDB, U.S. District Court for the District of Maryland (in connection with FCRA settlement class).

e. *Curry v. Fairbanks Capital Corporation*, 03-10875-DPW (D. Mass.) ($55,000,000 settlement of nationwide class action based on predatory loan servicing practices)(co-counsel).

DECLARATION OF SCOTT C. BORISON IN
SUPPORT OF MOTION TO CERTIFY
PLAINTIFFS CLASS - 2

HENRY & DEGRAAFF, P.S.
119 1ST AVE, STE 500
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

f. *Gaddis v. Vincent Abell*, et al., 05-1762 PM, U.S. Bankruptcy Court for the District of Maryland – involving claims under bankruptcy laws relating to foreclosure fraud.

g. *Winston v. Regional Title & Escrow LLC.*, 08-2633 RWT, United States District Court for the District of Maryland;

h. *Proctor, et al, v. Metropolitan Money Store Incorporated*, 07-1957 RWT, United States District Court for the District of Maryland;

i. *Miller v. Prestige Financial Services, Inc.*, 09-1671 BEL, United States District Court for the District of Maryland.

j. *Johnson v. Midland Funding, LLC.*, 09-2391-ELH, United States District Court for the District of Maryland.

k. *Bradshaw v. Hilco Receivables, LLC.*, 10-0113- RDB, United States District Court for the District of Maryland.

l. *Veiga, et al., v. Suntrust Bank*, 09-2815-PWG, United States District Court for the District of Maryland.

m. *Muga, et al., v. BB & T*, 10-890-PWG, United States District Court for the District of Maryland.

n. *Hauk, et al., v. LVNV Funding LLC.*, 1:09-cv-03238-CCB, United States District Court for the District of Maryland

o. *Tyeryar v. Main Street Acquisition Corp., CIV.A*, 11-250-CCB United States District Court for the District of Maryland

p. *Gardner v. MCTFCU*, 10-cv-2781-BPG, United States District Court for the District of Maryland.

DECLARATION OF SCOTT C. BORISON IN SUPPORT OF MOTION TO CERTIFY PLAINTIFFS CLASS - 3

Henry & DeGraaff, P.S.
119 1st Ave, Ste 500
Seattle, Washington 98104
telephone (206) 330-0595
fax (206) 400-7609

q. *Stone v. Wayric*, 10-00484-BPG, United States District Court for the District of Maryland.

r. *Castillo v. Nagle & Zaller, PC.*, 12-02338-WDQ, United States District Court for the District of Maryland.

s. *Driscoll v. Navy Federal Credit Union*, 13-00137-BPG, United States District Court for the District of Maryland.

t. *Prindle v. Carrington Mortgage*, 3:13-cv-01349-MMH-PDB, United States District Court for the Middle District of Florida.

u. *Allred v. Recontrust N.A.*, 13-cv-1124-BSJ, United States District Court for the District of Utah.

**STATE:**

a. *Heist v. Chase Manhattan Mortgage* - involving claims under State lending laws.

b. *Shorb v. Draper & Goldberg, PLLC.*,- involving claims under state and federal consumer protection laws.

c. *Bain v. Second Waverly Limited Partnership* – involving claims under landlord tenant laws.

d. *Lavelle v. Americredit* – involving claims under State lending laws.

e. *Cole v. Tidewater Financial* - involving claims under State lending laws.

f. *Finch v. LVNV Funding, LLC.* – involving claims under state consumer protection laws.

g. *Jason v. National Loan Recovery* - involving claims under state consumer protection laws.

DECLARATION OF SCOTT C. BORISON IN SUPPORT OF MOTION TO CERTIFY PLAINTIFFS CLASS - 4

HENRY & DEGRAAFF, P.S.
119 1ST AVE, STE 500
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

h. *Claiborne v. Maryland Management Company* - involving claims under state consumer protection laws.

i. *Elias v. Synchrony Bank*, involving claims under California law.

j. *Moya v. Aurora Health Care Inc.*, involving claims under Wisconsin law.

k. *Harwood v. Wheaton Franciscan*, involving claims under Wisconsin law.

l. *Rave v. SVA Healthcare, LLC.*, involving claims under Wisconsin law.

m. Midland Funding, LLC. v. Giles, (Counterclaim Class), involving claims under Louisiana law for unlicensed debt collection.

9. I have been lead counsel in trials of class cases, including one that resulted in a multimillion dollar jury verdict for the class members.

10. I have represented consumers in reported cases under various consumer protection laws which include:

*Smith v. Recordquest, LLC.*, 989 F.3d 513 (7th Cir. 2021).

*Lawrence v. First Financial Investment Fund V, LLC*, 336 F.R.D. 366 (D.Utah, 2020)

*Townsend v. ChartSwap, LLC*, 952 N.W.2d 831 (Wis.App., 2020)

*Lawrence v. First Financial Investment Fund V, LLC*, 444 F.Supp.3d 1313 (D.Utah, 2020)

*Kemp v. Nationstar Mortgage Association*, 248 Md.App. 1 (2020)

*Smith v. Wakefield, LP*, 460 Md. 6 (2019)

*Cain v. Midland*, 156 A.3d 807, 817, 452 Md. 141, 158 (Md., 2017)

*Jason v. National Loan Recoveries LLC.*, 227 Md. App. 516 (2016)

*Old Republic Ins. Co. v. Gordon*, 228 Md.App. 1 (2016)

DECLARATION OF SCOTT C. BORISON IN
SUPPORT OF MOTION TO CERTIFY
PLAINTIFFS CLASS - 5

HENRY & DEGRAAFF, P.S.
119 1ST AVE, STE 500
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

*Martino v. American Airlines Federal Credit Union, 121 F.Supp.3d 277 (D.Mass., 2015)*

*Finch v. LVNV Funding, LLC* 212 Md.App. 748, 71 A.3d 193 (Md.App.,2013)

*Franklin Credit Management Corp. v. Nefflen*, 208 Md.App. 712, 57 A.3d 1015 (Md.App.,2012)

*Epps v. JP Morgan Chase Bank, N.A.* 675 F.3d 315 (4th Cir. 2012)

*Gardner v. Montgomery County Teachers Federal Credit Union* 2012 WL 1994602 (D.Md.,2012)

*In re Checking Account Overdraft Litigation* MDL No. 2036, 674 F.3d 1252 (11th Cir. 2012)

*Ford Motor Credit Co., LLC v. Roberson,* 420 Md. 649, 25 A.3d 110 (Md.,2011)

*Bradshaw v. Hilco Receivables, LLC*, 765 F. Supp. 2d.719 (D.Md. 2011)

*Hauk v. LVNV Funding, LLC*, 749 F.Supp.2d 358 (D.Md.,2010)

*In re Community Bank of Northern Virginia*, 622 F.3d 275 (3rd Cir. 2010)

*Poku v. F.D.I.C.* 752 F.Supp.2d 23 (D.D.C.,2010)

*Bradshaw v. Hilco Receivables, LLC* 725 F.Supp.2d 532 (D.Md.,2010)

*Proctor v. Metropolitan Money Store Corp.*, 645 F.Supp.2d 464 (D.Md.,2009)

*Griffin v. Bierman,* 403 Md. 186, 941 A.2d 475,( Md. 2008)*

*Poku v. Friedman,* 403 Md. 47, 939 A.2d 185, (Md. 2008)*

*Sullivan v. Greenwood Credit Union,* 520 F.3d 70 (1st Cir. 2008)

*Chambers v. Cardinal,* 177 Md.App. 418, 935 A.2d 502, (Md.App. 2007)*

*Wells Fargo Home Mortg., Inc. v. Neal,* 398 Md. 705, 922 A.2d 538, (Md. 2007)*

*Neal v. Wells Fargo Home Mortg., Inc.,* 168 Md.App. 747, 899 A.2d 208, (Md.App. 2006)*

*In re Cmty. Bank of N. Va. & Guar. Nat'l Bank of Tallahassee Second Mortg. Loan Litig.*, 418 F.3d 277 (3d Cir. 2005)

DECLARATION OF SCOTT C. BORISON IN SUPPORT OF MOTION TO CERTIFY PLAINTIFFS CLASS - 6

Henry & DeGraaff, P.S.
119 1st Ave, Ste 500
Seattle, Washington 98104
telephone (206) 330-0595
fax (206) 400-7609

*In re Cmty.Bank of N. Va. & Guar. Nat'l Bank of Tallahassee Second Mortg. Loan Litig.*, 795 F.3d 380 (3rd Cir. 2015)

*Len Stoler, Inc. v. Wisner,* 223 Md.App. 218 (Md.App.,2015)

*NVR Mortg. Finance, Inc. v. Carlsen,* 439 Md. 427 (Md.,2014)

*Hyde v. RDA, Inc.,* 389 F.Supp.2d 658, (D.Md. 2005)

*Thomas v. GMAC Residential Funding Corp.,* 309 B.R. 453 (D. Md. 2004)

*McKenzie v. Ocwen Fed. Bank FSB*, 306 F. Supp. 2d 543 (D. Md. 2004)

*In re Brown,* 300 B.R. 871 (D.Md.,2003)

*Ray v. Citifinancial, Inc.* 228 F. Supp. 664, 665 (D.Md. 2002)

*Staley v. Americorp,* 164 F.Supp.2d 578, 584 (D. Md. 2001)

*Secure Financial Service, Inc. v. Popular Leasing USA, Inc.,* 391 Md. 274, 892 A.2d 571, (Md. 2005)

*Sweeney v. Savings First Mortg., LLC,* 388 Md. 319, 879 A.2d 1037, (Md. 2005)

*Levitt v. Fairfield Resorts, Inc.,* 383 Md. 209, 857 A.2d 1128, (Md. 2004)

*Thrasher v. Homecomings Financial Network, Inc.,* 154 Md.App. 77, 838 A.2d 392, (Md.App. 2003)

*Drew v. First Guar. Mortg. Corp.,* 379 Md. 318, 842 A.2d 1, (Md. 2003)

*Ademiluyi v. PennyMac Mortg. Inv. Trust Holdings I, LLC,* 929 F.Supp.2d 502 (D.Md.,2013)

11. Neither of I, nor my co-counsel have any interests that would adversely affect any of us from acting as class counsel in this action.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

12. Attached as **EXHIBIT 1** are additional relevant excerpts from the deposition of Shaun Zuckerman taken on March 30, 2021.

DECLARATION OF SCOTT C. BORISON IN SUPPORT OF MOTION TO CERTIFY PLAINTIFFS CLASS - 7

13. Attached as **EXHIBIT 2** are additional relevant excerpts from the deposition of Carol Strong taken on April 1, 2021.

Executed on June 18, 2021.

/s/ Scott C. Borison
Scott C. Borison

DECLARATION OF SCOTT C. BORISON IN SUPPORT OF MOTION TO CERTIFY PLAINTIFFS CLASS - 8

Henry & DeGraaff, P.S.
119 1st Ave, Ste 500
Seattle, Washington 98104
telephone (206) 330-0595
fax (206) 400-7609