# EXHIBIT B

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
                WESTERN DISTRICT OF WASHINGTON
 2
    _____

 3
    JOSEPH J. HESKETH III, on     )
 4  his behalf and on behalf      )
    of other similarly            )
 5  situated persons,             )
                                  )
 6                   Plaintiff,   )
                                  )
 7             vs.                )   No. 2:20-cv-01733-JLR
                                  )
 8  TOTAL RENAL CARE, INC., on    )
    its own behalf and on         )
 9  behalf of other similarly     )
    situated persons,             )
10                                )
                     Defendants.  )
11
    _____

12
         Original Signature Page and Change Sheet to the
13
         30(b)(6) Deposition Upon Oral Examination Of
14
                    JEREMY MICHAEL EAVES
15
                    Conducted via Zoom
16
    _____
17
    ATTENDANCE OF ALL PARTICIPANTS VIA ZOOM VIDEO CONFERENCE
18
    _____
19
20
21
22
23
24  DATE:  May 10, 2021
25  REPORTED BY:  Olivia Pennella
```

COPY

```
 1   DATE FILED: 6/15/2021

 2              SEATTLE DEPOSITION REPORTERS, LLC
                600 University Street, Suite 320
 3                      Seattle, WA 98101
                (206) 622-6661 * FAX (206) 622-6236
 4                      (800) 657-1110
                        www.seadep.com
 5

 6   J. CRAIG JONES
     Jones & Hill, LLC
 7   131 Highway 165 South
     Oakdale, Louisiana 71463
 8

 9

10         NOTICE RE: CHANGES TO ORIGINAL DEPOSITION

11   Case Name:  Hesketh v. Total Renal Care
     Venue:      USDC, Western Dist, Washington
12   Cause No:   2:20-cv-01733-JLR
     WITNESS:    JEREMY MICHAEL EAVES
13   Taken:      May 10, 2021

14
              Pursuant to Washington Court Rule 30(e), the
15   deposition transcript was made available with Signature
     Page and Change Sheet to the above-referenced witness
16   for examination, reading, and signing.

17    X        Enclosed is a copy of the Signature Page and
               Change Sheet, if any, to the above-referenced
18             original deposition transcript.

19    ___      No signature page, corrections, or changes were
               received by this office within the 30-day
20             signature.

21

22                              _____

                                Olivia Pennella
23                              Washington CCR No. 3337

24   cc:  Christina L. Henry
          Scott C. Borison
25        Chelsea D. Petersen
```

*Joseph J. Hesketh III et al. v. Total Renal Care, Inc. et al.*

Case No. 2:20-01733-JLR (Western District of Washington)

## ERRATA SHEET TO TRANSCRIPT OF JEREMY MICHAEL EAVES

May 10, 2021

| Page | Line(s) | Original | Correction | Reason |
|---|---|---|---|---|
| 32 | 13 | Subspace | Workspace | Should be clear that it's not an office. It's a workspace and I have a cubicle. |
| 59 | 25 | Property Statement | Property Responsibility Statement | Correcting the name of the document referred to in the dialogue. |
| 75 | 12 | Describe these at | Describe these as | Typo |
| 109 | 9 | Policy from beginning to end | The policy from beginning to end | Omitted word |
| 119 | 15 | Can someone point the policy | Can someone point to the policy | Omitted word |
| 164 | 11-12 | What was not fluid enough | That was not fluid enough | Misheard/wrong word |
| 153 | 5&6 | Kenny Gardner, Caitlin Moughon, and Mike Staffieri | There were no identified parties of the Disaster Governance Council 3/2020. | I misunderstood counsel's question to be 3/2021. Not 3/2020. |
| 161 | 2 | MS PETERSEN | COLLEEN LUDWIG | I believe this comment was made by internal DaVita counsel Colleen Ludwig—not Ms. Petersen. |
| 173 | 1-6 | It's insensitive - I mean it - it's above and beyond insensitive | It's incentive - I mean it - it's above and beyond incentive | Misheard/wrong word |

I hereby certify that I have read the foregoing deposition, and that this deposition, together with any corrections, is a true and accurate record of my testimony given at this deposition.

SIGNATURE: [signature: DocuSigned by 3828332800D645C...]

DATE: June 15, 2021