THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH J. HESKETH III, on his behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL RENAL CARE, INC., on its own behalf and on behalf of other similarly situated persons,<br><br>Defendant. | No. 2:20-cv-01733-JLR<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL |

NOTICE OF UNAVAILABILITY
(No. 2:20-cv-01733-JLR) –1

153071689.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**TO THE HONORABLE COURT, TO PLAINTIFF AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned will be unavailable from July 26, 2021 through August 5, 2021. It is requested that no motion be noted nor oral argument scheduled during this period. If motion, discovery or other requests are noted in such a manner that the period for preparation or response includes any of the unavailable dates, then plaintiff and his counsel are requested to enlarge that period accordingly.

DATED: July 14, 2021

By: s/ *Chelsea Dwyer Petersen*
Chelsea Dwyer Petersen #33787
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  CDPetersen@perkinscoie.com

Attorney for Defendant
Total Renal Care, Inc.

NOTICE OF UNAVAILABILITY
(No. 2:20-cv-01733-JLR) –2

153071689.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 14, 2021, I electronically filed the foregoing **NOTICE OF UNAVAILABILITY OF COUNSEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Christina L Henry, WSBA 31273<br>Email: chenry@hdm-legal.com<br>HENRY & DEGRAAFF, PS<br>787 Maynard Ave S<br>Seattle, WA 98104<br>Telephone: 206-330-0595<br>Facsimile: 206-400-7609<br><br>*Attorney for Plaintiffs* | ____ Via Hand Delivery<br>____ Via U.S. Mail, 1st Class, Postage Prepaid<br>____ Via Overnight Courier<br>____ Via Facsimile<br>__X__ Via E-Filing |
| J. Craig Jones<br>*Pro Hac Vice Forthcoming*<br>Email: craig@joneshilllaw.com<br>JONES & HILL, LLC<br>131 Highway 165 South<br>Oakdale, LA 71463<br>Telephone: 318-335-1333<br>Facsimile: 318-335-1934<br><br>*Attorney for Plaintiffs* | ____ Via Hand Delivery<br>____ Via U.S. Mail, 1st Class, Postage Prepaid<br>____ Via Overnight Courier<br>____ Via Facsimile<br>__X__ Via E-Filing |
| Scott C. Borison<br>*Pro Hac Vice Forthcoming*<br>Email: scott@borisonfirm.com<br>BORISON FIRM, LLC<br>1900 S. Norfolk Rd. Suite 350<br>San Mateo CA 94403<br>Telephone: 301-620-1016<br>Facsimile: 301-620-1018<br><br>*Attorney for Plaintiffs* | ____ Via Hand Delivery<br>____ Via U.S. Mail, 1st Class, Postage Prepaid<br>____ Via Overnight Courier<br>____ Via Facsimile<br>__X__ Via E-Filing |

DATED this 14th day of July 2021 in Seattle, Washington.

*s/ Kayani Bituin*
Kayani Bituin, Legal Practice Assistant

CERTIFICATE OF SERVICE –1

153071689.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000