# EXHIBIT C

| From: | Jen Bosl |
| --- | --- |
| To: | Carley St. Clair |
| Sent: | 3/26/2020 10:14:00 PM |
| Subject: | RE: Teammate Replies/Questions Regarding Village Lives Award Email |

Carley –

Can you please take a quick glance at my questions below? I've asked the help desk if they can manage the responses on our behalf. I wasn't sure if they should come from Village Communications (or even JR) instead since that's where they were sent to.

Can you please finesse an answer to why we aren't paying a 3rd band >40 hours:
    Not meant to reward teammates for work but rather to provide relief for the economic circumstances paid based on teammate standing with DaVita, Inc.

Also need an answer for why we aren't paying a differential to front line. I think it's a similar answer to the above.

Thanks.

**Jen Bosl**
mobile: (646) 884 4934

**From:** Carley St. Clair <Carley.StClair@davita.com>
**Sent:** Thursday, March 26, 2020 5:58 PM
**To:** Jen Bosl <Jen.Bosl@davita.com>
**Subject:** RE: Teammate Replies/Questions Regarding Village Lives Award Email

I suggest directly to the teammate.

**From:** Jen Bosl <Jen.Bosl@davita.com>
**Sent:** Thursday, March 26, 2020 3:55 PM
**To:** Carley St. Clair <Carley.StClair@davita.com>
**Subject:** RE: Teammate Replies/Questions Regarding Village Lives Award Email

Who do these answers need to go back to?

**Jen Bosl**
mobile: (646) 884 4934

**From:** Carley St. Clair <Carley.StClair@davita.com>
**Sent:** Wednesday, March 25, 2020 6:41 PM
**To:** Shannon Cedeno <Shannon.Cedeno@davita.com>; Jen Bosl <Jen.Bosl@davita.com>
**Subject:** FW: Teammate Replies/Questions Regarding Village Lives Award Email

Shannon and Jen,

I got these from Village Communications—can we run these through our same process?

Thank you!

**From:** Village Communications <Communications@davita.com>
**Sent:** Wednesday, March 25, 2020 4:31 PM
**To:** Carley St. Clair <Carley.StClair@davita.com>; Nataliya Wilson <Nataliya.Wilson@davita.com>
**Cc:** Aaron Williams <Aaron.Williams@davita.com>
**Subject:** Teammate Replies/Questions Regarding Village Lives Award Email

CONFIDENTIAL      DAVITA 003902

Hi guys,

I thought this would be easier than sending over each email individually. Let me know if you prefer one way over the other! I've also outlined each email below. Let us know if any of these should be directed elsewhere!

1. ▮▮▮▮▮ RE: Special Announcement from Our Mayor, Javier
   a. I would like to Opt out if I am eligible and pass any payments forward to someone who may need it more.

▮▮▮▮,

Thank you for your generous offer. If you would like to donate your award to support teammate who need extra help, click here. For an FAQ on donating your Village Lives Award, click here.

For further questions, please reach out to covid19questions@davita.com.

One for all,
Kenny

2. ▮▮▮▮▮ Re: A Message from Our Mayor
   a. I am writing to address a concern made by much of our staff here. We saw in the Davita policy (page 50) is clearly states that emergency crisis is paid time and a half (1.5) of the employees regular wage. I am just curious as to why it does not apply in this situation. A lot of our teammates here are asking so I figured I would send an email to find out. If that does not apply, we would like to know what an emergency crisis incorporates.

The Disaster Relief policy was created to address situations where natural disasters or emergencies prevent facilities from operating or teammates from being able to perform their regular duties (physical destruction of clinics or people's homes, damaged roadways etc...). The Village has stepped in to help our teammates when this has happened: for example, during instances like Hurricane Harvey and Hurricane Irma. While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and therefore the Disaster Relief policy does not apply.

As always, the Village remains highly committed to supporting our teammates in this new and unprecedented situation that we all find ourselves in. It is in this spirit that Javier announced the Village Lives Award. It is also why we made the investment many years ago to offer back-up child care, and we remain committed to provide support to teammates who are in need through the DaVita Village Network. We are all one Village working hard together, to provide great care to our patients.

3. ▮▮▮▮▮ Re: A Message from Our Mayor (2 emails from ▮▮▮▮)
   a. Are we paying tax on that money?

We are still working on this piece – can you please add it to the question list so we don't lose track of it? Should have answer tomorrow.

   b. If we work more than 40 hrs, is there more money?

TBD - CARLEY

4. ▮▮▮▮▮ Re: A Message from Our Mayor
   a. While I appreciate this gesture of kindness, it does not comply with teammate policy and procedure. Policy number 4.12 in the employee handbook effective January 1, 2020 states: "If a designated facility or business office is open during the emergency time frame, teammates who report to their location and work their scheduled hours will be paid premium pay for all hours worked. Unless state law requires otherwise, premium pay will be one-and-one-half (1.5) times the teammates base rate of pay." All teammates working at in-center facilities or business offices should be receiving 1.5 times their base rate of pay. This policy has been printed at the facility and will be reviewed by all teammates. The teammate handbook has also been printed and will be kept on file should DaVita choose not to adhere

to their published policy regarding this matter, or try to change the verbiage of the policy after the fact. Thank you for your attention to this matter.

The Disaster Relief policy was created to address situations where natural disasters or emergencies prevent facilities from operating or teammates from being able to perform their regular duties (physical destruction of clinics or people's homes, damaged roadways etc...). The Village has stepped in to help our teammates when this has happened: for example, during instances like Hurricane Harvey and Hurricane Irma. While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and therefore the Disaster Relief policy does not apply.

As always, the Village remains highly committed to supporting our teammates in this new and unprecedented situation that we all find ourselves in. It is in this spirit that Javier announced the Village Lives Award. It is also why we made the investment many years ago to offer back-up child care, and we remain committed to provide support to teammates who are in need through the DaVita Village Network. We are all one Village working hard together, to provide great care to our patients.

5. ▉▉▉▉▉: Re: A Message from Our Mayor (Two emails from ▉▉▉▉▉
    a. That's all good, but what about the teammates that are working 40 plus hours a week. I don't feel this is fair to us. Maybe you should look at a different rate for the teammates that are covering clinics that are short. Making the same award as teammates that only work 20 hours a week? Because of taxes, the teammates working more hours won't see this award!
    b. I have heard this, and thank you, but as stated before...I don't feel this is fair to the teammates that are working 40 plus hours a week for their clinics. There should be a higher award for the people that are working more hours. You have a 10-19 hrs, and 20 and over. Why not do a rate for 10-19, 20-29, 30-39, and a 40 and up rate. If you offer this you might be able to courage more teammates to pick up and help in this time of crisis and ease the stress on staff and patient care at this time. Also this will help ease the stress on teammates financially as well. Just a thought from a teammate that is working 50 plus hours a week and have been with DaVita for 14 years as a Preceptor, NFACT, and CCHT.
6. TBD - CARLEY

7. ▉▉▉▉▉ Re: Special Announcement Video Update from Javier, Your Mayor
    a. Dear Village, Your policy states time and one half (1.5). Do the right thing for your employees. Sincerely, ▉▉▉▉▉.

The Disaster Relief policy was created to address situations where natural disasters or emergencies prevent facilities from operating or teammates from being able to perform their regular duties (physical destruction of clinics or people's homes, damaged roadways etc...). The Village has stepped in to help our teammates when this has happened: for example, during instances like Hurricane Harvey and Hurricane Irma. While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and therefore the Disaster Relief policy does not apply.

As always, the Village remains highly committed to supporting our teammates in this new and unprecedented situation that we all find ourselves in. It is in this spirit that Javier announced the Village Lives Award. It is also why we made the investment many years ago to offer back-up child care, and we remain committed to provide support to teammates who are in need through the DaVita Village Network. We are all one Village working hard together, to provide great care to our patients.

8. ▉▉▉▉▉: Re: A Message from Our Mayor
    a. How can I opt out?

▉▉▉▉.

Thank you for your question on opting out of this award. If you would like to donate your award to support teammate who need extra help, click here. For an FAQ on donating your Village Lives Award, click here.

For further questions, please reach out to covid19questions@davita.com.

One for all,
Kenny

9.     ■■■■■ RE: Special Announcement Video Update from Javier. Your Mayor
    a. Dear Javier ( Mayor), Thanks so much for your commitment to the teammates    I would like to suggest that additional compensation be given to the nurses and patient care technicians who are on the front lines of direct patient care, and risking their lives to meet the needs of our patients. Social distancing is not an option for the nurses/patient care technicians. They don't ask for accolades nor complain because they are committed to: "service excellence," "integrity", "accountability", "team" and "continuous improvement". I am privileged and honored to work with a dedicated team at DaVita Cedar Grove and have newfound respect for their roles and responsibilities.

TBD - CARLEY

Best,

**Michael J. Benson**
Communications Coordinator, Team Mercury
Webex: https://village.webex.com/meet/michael.j.benson

**DaVita Kidney Care**
2000 16th St. Denver, CO 80202
(720)631-0747 Office



| | |
|---|---|
| From: | Jessica Scott |
| To: | Mandy Hale; David Maughan; Kenny Gardner; Jeremy Eaves; Priya Sequeira |
| CC: | Kate Stabrawa; Lisa Vredenburgh |
| Sent: | 3/26/2020 7:55:13 PM |
| Subject: | RE: Information from this week's Q&A calls |

Mandy,

Thanks for the heads up here. I will get a quick call together with Priya, Lisa (PSD) and a few others to talk through this further.

Jessica

**From:** Mandy Hale
**Sent:** Thursday, March 26, 2020 3:49 PM
**To:** David Maughan <David.Maughan@davita.com>; Kenny Gardner <kenny.gardner@davita.com>; Jeremy Eaves <Jeremy.Eaves@davita.com>; Priya Sequeira <Priya.Sequeira@davita.com>; Jessica Scott <Jessica.Scott@davita.com>
**Cc:** Kate Stabrawa <kate.stabrawa@davita.com>
**Subject:** Information from this week's Q&A calls

Hello all,

Sending some info to this group per Dave's request. Yesterday and today we had a disruptive caller on our ICHD COVID-19 Q & A calls. For each one, the topic was the Disaster Relief Policy and the callers were very aggressive and accused DaVita of not following the policy. In both cases, they persisted even after their questions had been answered. Their comments were unproductive.

Interestingly, the teammates (yesterday and today) are both from the same facility. The facility is 04043, Fort Myers South. The callers were ███████████, SW (yesterday) and ███████████████ AA (today). Also unique is that ███████ had her name in the queue on 3 lines simultaneously when she asked her question.

Sharing as there seems to be something unique to this facility regarding the misunderstanding of the Disaster Relief Policy and we may anticipate they will continue to attempt disruption on Q&A, potentially VOV, and other calls.

Sincerely,
Mandy

**\*Please note my name will change to Mandy Tilton effective April 16, 2020\***

Amanda L. Hale, DNP, MSN, MBA, RN, CNN
Vice President of Nursing
DaVita
(815) 312-7668

DAVITA_004007

| From: | Jen Bosl |
|---|---|
| To: | ▮▮▮▮▮ |
| Sent: | 3/27/2020 9:02:50 PM |
| Subject: | RE: Policy Question |

H▮▮▮,

Thank you for your note and for your years of service with DaVita.

The Disaster Relief policy was created to address situations where natural disasters or emergencies prevent facilities from operating or teammates from being able to perform their regular duties (physical destruction of clinics or people's homes, damaged roadways etc...). The Village has stepped in to help our teammates when this has happened: for example, during instances like Hurricane Harvey and Hurricane Irma. While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and therefore the Disaster Relief policy does not apply.

We do of course take caring for each other seriously – and we hope that the Village Lives, along with back-up childcare, modified sick leave policy and the DaVita Village Network, provide additional support for you and your family during this unprecedented time.

Thank you for all that you do for our patients and for your fellow teammates. Please feel free to reach out if you have further questions.

Thanks again,
Jen

Jen Bosl
mobile: (646) 884-4934

**From:** ▮▮▮▮▮
**Sent:** Wednesday, March 25, 2020 1:00 PM
**To:** covid19questions <covid19questions@davita.com>
**Subject:** Policy Question

Good Afternoon,
My name is ▮▮▮▮ and I have been a RN with Davita for almost 4 years. My teammates and I were upset with this announcement of not getting premium pay. We are in a state of emergency from the President as of March 1, 2020. I do not understand how we are not getting premium pay (1.5 of base pay) as stated in our Teammate Policies Handbook.
On page 49, it states that "a declared emergency or natural disaster shall be proclaimed by either the President of the United States, or if local leadership deems it appropriate." Since President Trump ordered a state of emergency, I do not understand how that does not apply to our current situation.
On Page 50, it states " if a designated facility or business office is open during the emergency time frame, teammates who report to their location and work their scheduled hours will be pain premium pay for all hours worked... premium pay will be 1.5 times teammate's base rate of pay."

Who can I speak to about this issue. I would like a name and email if possible to help me better understand why this is not being done as it is quoted from the Policies. Does this company pick and choose which policies they follow based on what is convenient for the their best self interest? I would think that a company who prides itself on its moral code would stand by their policies, even when it is inconvenient.
I have young children and a husband at home who are now depending on me as the sole financial provider during this state of emergency, I strongly believe I should be compensated as I am dealing with high risk populations.
In the email below, Javier said, "thank you for stepping up," I would like to believe that DaVita as a company will step up and do what is right by properly compensating their workers as they stated they would do.

I appreciate your time and await your response.

**From:** Javier Rodriguez
**Sent:** Tuesday, March 24, 2020 8:09:57 PM
**To:**
**Subject:** A Message from Our Mayor



**To:** All DKC Teammates

**From:** Javier, Your Mayor

What we are facing right now is unprecedented in terms of the disruption across the lives of so many. I have heard from many of you about what is going on within our Village community, including children out of school, grocery stores running low, spouses out of work, and family members to care for. This is impacting all of us. It is during times like these that being part of a Village really matters.

"One for All" is not a motto; it is a way of life. In that spirit, we will be awarding a special Village Lives Award of $100 per week for all U.S. teammates up to and including managers who work 20 hours or more per week, through May 2. We will be awarding $50 per week for those teammates who work 10 to 19 hours per week.

We hope that this award, along with back-up child care, modified sick leave policy and the DaVita Village Network provide additional support for you and your family. DaVita means "he/she gives life," and that is what you are doing every single day. I see you caring for each other and for our patients with intensity. Nothing gives me more pride than that. Thank you for stepping up. Your community is here for you.

One for All!


CONFIDENTIAL

| | |
|---|---|
| **From:** | Shawn Zuckerman |
| **To:** | Jeremy Eaves |
| **CC:** | Oliver McKinstry |
| **Sent:** | 3/27/2020 8:31:57 PM |
| **Subject:** | RE: Saturday calls--PS Policy |

I don't know, I might go rogue on tomorrow's call...





**Shawn J. Zuckerman,** J.D., AWI-CH
**Senior Manager, Teammate Relations**
**DaVita Kidney Care**
2001 16th Street | Denver, CO 80202
Office: (469) 975-4038 | Fax: (877) 297-8110
shawn.zuckerman@davita.com

**From:** Mandy Hale
**Sent:** Friday, March 27, 2020 2:52 PM
**To:** Jeremy Eaves <Jeremy.Eaves@davita.com>
**Cc:** Oliver McKinstry <Oliver.McKinstry@davita.com>; Shawn Zuckerman <Shawn.Zuckerman@davita.com>
**Subject:** RE: Saturday calls--PS Policy

DAVITA_004203

Thanks!

Sincerely,
Mandy

**\*Please note my name will change to Mandy Tilton effective April 16, 2020\***

Amanda L. Hale, DNP, MSN, MBA, RN, CNN
Vice President of Nursing
DaVita
(815) 312-7668

**From:** Jeremy Eaves
**Sent:** Friday, March 27, 2020 2:42 PM
**To:** Mandy Hale <Mandy.Hale@davita.com>
**Cc:** Oliver McKinstry <Oliver.McKinstry@davita.com>; Shawn Zuckerman <Shawn.Zuckerman@davita.com>
**Subject:** RE: Saturday calls--PS Policy

Hey, there. We will be good to go and prepared to answer. THANKS!

--Jeremy

**From:** Mandy Hale
**Sent:** Friday, March 27, 2020 11:02 AM
**To:** Jeremy Eaves <Jeremy.Eaves@davita.com>
**Cc:** Oliver McKinstry <Oliver.McKinstry@davita.com>; Shawn Zuckerman <Shawn.Zuckerman@davita.com>
**Subject:** RE: Saturday calls--PS Policy

Do you guys have the response statement re: disaster relief policy? I'll have you 3 answer the question if it comes up unless Kenny is on.

Sincerely,
Mandy

**\*Please note my name will change to Mandy Tilton effective April 16, 2020\***

Amanda L. Hale, DNP, MSN, MBA, RN, CNN
Vice President of Nursing
DaVita
(815) 312-7668

**From:** Jeremy Eaves
**Sent:** Friday, March 27, 2020 10:49 AM
**To:** Mandy Hale <Mandy.Hale@davita.com>
**Cc:** Oliver McKinstry <Oliver.McKinstry@davita.com>; Shawn Zuckerman <Shawn.Zuckerman@davita.com>
**Subject:** Saturday calls--PS Policy

Mandy,

TGIF.

Wanted to confirm tomorrow's attendance on the Saturday calls.

9:45     Shawn
11     Jeremy
12:15     Oliver

DAVITA_004205



**Jeremy M. Eaves**
**Vice-President, People Services**
**DaVita Kidney Care**
2001 16th Street | Denver, CO 80202
Office (720) 631-6453 | x631-6453 | Ce (303) 748-7874 | Fax 1 (877) 482-3213
Jeremy.Eaves@davita.com

| | |
|---|---|
| **From:** | Aashish Goswami |
| **To:** | Kenny Gardner; David Maughan |
| **CC:** | Matt Henn; Christopher De Francis |
| **Sent:** | 3/31/2020 2:09:38 PM |
| **Subject:** | Avanti - change.org petition |

Hi Kenny, Dave,

Hope this note finds you both well. I'm writing to ensure you were both aware of a change.org petition, "Disaster Relief Pay for Dialysis Workers," which references language in DaVita's Disaster Relief policy (4.12) and is essentially petitioning for premium pay. It has over 11k+ signatures as of this morning.

The petition started in FL and has been making its way through Avanti Acutes. With talking points and the support of our PSM, my team is addressing questions about it with TMs actively. Again, primarily wanted to make sure you are aware.

Best,
Aashish

---

**Aashish Goswami**
DaVita | Division Vice President
Mobile: (267) 698-9381
Fax: (800) 252-1735

Executive Assistant: Debbie King
Debbie.J.King@davita.com
Office: (610) 722-6110
Mobile: (267) 300-7244

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DAVITA_004505

| From: | |
| To: | covid19questions |
| Sent: | 3/22/2020 6:02:56 PM |
| Subject: | RE: COVID -19 National Emergency Proclamation |

Thank-you for the response; I agree we do provide lifesaving care to our patients and we need to keep our facilities open. As a village where we are constantly reminded about people first company second. I don't see much added incentive for our TM's to come to work and put themselves and their family at risk. Can you guide me to the policy, parameters or threshold parameters that are or would be considered when deciding what constitutes an emergency? TM are already affected with school closures; having to juggle between caring for their families and caring for the patients. If this doesn't qualify as an emergency I would like to know what is?

From: covid19questions
Sent: Thursday, March 19, 2020 6:55 PM
To: 
Subject: RE: COVID -19 National Emergency Proclamation

HI

Thank you for reaching out.

While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and the Disaster Relief policy has not gone into effect. If your area experiences emergency travel restrictions, you can find a letter that allows you to come to work here. We take your health and safety seriously. If you become unable to get to work, please notify your leadership as soon as possible.

We provide life-sustaining care to our patients and need to continue doing so even during difficult situations, like the COVID-19 pandemic. The Disaster Relief policy was created to make sure we can continue to provide that care when declared emergencies or natural disasters prevent our facilities from operating or our teammates from being able to get to work. Local leadership (DVP, GVP, and PSD) and the Disaster Governance Council determine when and where the policy goes into effect based on the severity of the situation in their location. At this time, the policy has not gone into effect.

Sincerely,
**COVID Response Team**
Covid19questions@davita.com



Click here to get the latest information on COVID

From: Village Communications
Sent: Wednesday, March 18, 2020 3:03 PM
To:
Cc: covid19questions <covid19questions@davita.com>
Subject: RE: COVID -19 National Emergency Proclamation

Thank you for reaching out. We have added the experts from the Village's COVID-19 team to share more information

with you.

**From:** ███████████████████████
**Sent:** Wednesday, March 18, 2020 2:30 PM
**To:** Village Communications <Communications@davita.com>
**Subject:** COVID -19 National Emergency Proclamation

President Trump announced national Emergency on March 13th relating to COVID -19 pandemic. Our TM handbook section 14.2 Disaster Policy gives TM premium pay in times of such national emergencies. Will non-exempt TM receive this benefit? If not, why?

CONFIDENTIAL

**From:** [redacted]
**To:** covid19questions
**Sent:** 3/23/2020 10:52:30 PM
**Subject:** Re: Hazard Pay

In section 4.12 of the Teammate Policies-Effective January 1, 2020 handbook it states that if there is a an emergency that is declared by the President of the United States and "if a designated facility or business office is open during the emergency time frame, teammates who report to their location and work their scheduled hours will be paid premium pay for all hours worked. Unless law requires otherwise, premium pay will be one-and-one-half (1.5) times the teammate's base rate of pay."

My teammates and I would like to understand why this is not being applied at this time. Thank you.



**From:** covid19questions
**Sent:** Monday, March 23, 2020 10:47:42 AM
**To:** [redacted]
**Subject:** RE: Hazard Pay

Hello [redacted],

Thank you for your question. While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and the Disaster Relief policy has not gone into effect. If your area experiences emergency travel restrictions, you can find a letter that allows you to come to work here. We take your health and safety seriously. If you become unable to get to work, please notify your leadership as soon as possible.

We provide life-sustaining care to our patients and need to continue doing so even during difficult situations, like the COVID-19 pandemic. The Disaster Relief policy was created to make sure we can continue to provide that care when declared emergencies or natural disasters prevent our facilities from operating or our teammates from being able to get to work. Local leadership (DVP, GVP, and PSD) and the Disaster Governance Council determine when and where the policy goes into effect based on the severity of the situation in their location. At this time, the policy has not gone into effect.

Sincerely,
**COVID Response Team**
Covid19questions@davita.com



Click here to get the latest information on COVID

**From:** ███████████████████████
**Sent:** Monday, March 23, 2020 9:39 AM
**To:** covid19questions <covid19questions@davita.com>
**Subject:** Hazard Pay
**Importance:** High

Multiple companies are now paying their employees $2 more per hour for hazard pay. Will DaVita be giving their employees hazard pay?

███████████████

**Administrative Assistant**
**Cottonwood Dialysis**
**1699 E. Cottonwood St. Ste. A-200**
**Cottonwood, AZ 86326**
**928.634.9295**

CONFIDENTIAL

DAVITA_007437

**From:** covid19questions
**To:** ███ ██████
**Sent:** 3/26/2020 5:20:02 PM
**Subject:** RE: COVID-19 State of Emergency Pay

Hi ███,

I understand your concern. Below is more information on the Disaster Policy you have referenced. It is not applicable in this situation. We hope the mentioned Village Lives award, along with back-up child care, modified sick leave policy and the DaVita Village Network can provide additional support for you and your family.

The Disaster Relief policy was created to address situations where natural disasters or emergencies **prevent facilities from operating or teammates from being able to perform their regular duties** (physical destruction of clinics or people's homes, damaged roadways etc...). The Village has stepped in to help our teammates when this has happened: for example, during instances like Hurricane Harvey and Hurricane Irma. While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and therefore **the Disaster Relief policy does not apply.**

As always, the Village remains highly committed to supporting our teammates in this new and unprecedented situation that we all find ourselves in. It is in this spirit that Javier announced the Village Lives Award. It is also why we made the investment many years ago to offer back-up child care, and we remain committed to provide support to teammates who are in need through the DaVita Village Network. We are all one Village working hard together, to provide great care to our patients.

Sincerely,
**COVID Response Team**
Covid19questions@davita.com


DaVita.
Kidney Care

Click here to get the latest information on COVID

**From:** ████████ ████████████ ████████ >
**Sent:** Monday, March 23, 2020 3:52 PM
**To:** covid19questions <covid19questions@davita.com>
**Subject:** Re: COVID-19 State of Emergency Pay

CONFIDENTIAL

DAVITA_007486

Sorry, but that's not what I asked. We live in Washington state, one of the three that declared state of emergency. Teammate Policy 4.12 I have attached to this email. So is this policy ignored?

**From:** covid19questions
**Sent:** Monday, March 23, 2020 2:37:25 PM
**To:**
**Subject:** RE: COVID-19 State of Emergency Pay

Hi

Thanks for reaching out. What we are facing right now is unprecedented in terms of the disruption across the lives of so many. We understand what is going on within our Village community, including children out of school, grocery stores running low, spouses out of work, and family members to care for. This is impacting all of us. It is during times like these that being part of a Village really matters.

"One for All" is not a motto; it is a way of life. In that spirit, we will be awarding a special Village Lives Award of $100 per week for all U.S. teammates up to and including managers who work 20 hours or more per week, through May 2. We will be awarding $50 per week for those teammates who work 10 to 19 hours per week.

We hope that this award, along with back-up child care, modified sick leave policy and the DaVita Village Network provide additional support for you and your family. DaVita means "he/she gives life," and that is what you are doing every single day. We see you caring for each other and for our patients with intensity. Thank you for stepping up. Your community is here for you.

One for All!

**COVID Response Team**
Covid19questions@davita.com



Click here to get the latest information on COVID

**From:**
**Sent:** Monday, March 23, 2020 2:12 PM
**To:** covid19questions <covid19questions@davita.com>
**Subject:** COVID-19 State of Emergency Pay

Hello,

I work at the DaVita in Spokane Valley, WA. Our state was placed in "State of Emergency" as of February 29th 2020 by our Governor Jay Inslee. According to the DaVita teammate policy handbook, Policy 4.12 if the designated facility is open during this time frame teammates who report to their location and work their scheduled hours will be paid premium pay. I am curious since our facilities are in this situation, should we be receiving premium pay? we have not since it was declared.

Thank you!



**From:** 
**To:** covid19questions
**Sent:** 3/28/2020 12:51:11 PM
**Subject:** Re:

---

Through this COVID-19 pandemic, Fresinius (our major competitior), has been paying their employees time and a half compensating them for their increased risk during a National Emergency such as this. It just seems like Davita would be trying to be as equally generous in appreciation for its teammates. Thanks

---

**From:** covid19questions
**Sent:** Friday, March 27, 2020 4:21:05 PM
**To:**
**Subject:** RE:

Hi

Thanks for reaching out. The Disaster Relief policy was created to address situations where natural disasters or emergencies prevent facilities from operating or teammates from being able to perform their regular duties (physical destruction of clinics or people's homes, damaged roadways etc...). The Village has stepped in to help our teammates when this has happened: for example, during instances like Hurricane Harvey and Hurricane Irma. While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and therefore the Disaster Relief policy does not apply.

As always, the Village remains highly committed to supporting our teammates in this new and unprecedented situation that we all find ourselves in. It is in this spirit that Javier announced the Village Lives Award. It is also why we made the investment many years ago to offer back-up child care, and we remain committed to provide support to teammates who are in need through the DaVita Village Network. We are all one Village working hard together, to provide great care to our patients.

Best,

**COVID Response Team**
Covid19questions@davita.com



Click here to get the latest information on COVID

---

**From:**
**Sent:** Friday, March 27, 2020 2:12 AM
**To:** covid19questions <covid19questions@davita.com>
**Subject:**

https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/

CONFIDENTIAL

DAVITA_007540



## Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak | The White House

www.whitehouse.gov

In December 2019, a novel (new) coronavirus known as SARS-CoV-2 ("the virus") was first detected in Wuhan, Hubei Province, People's Republic of China, causing outbreaks of the coronavirus disease COVID-19 that has now spread globally. The Secretary of Health and Human Services (HHS) declared a public health emergency on January 31, 2020, under section 319 of ...

Why is Davita not considering this a true state of emergency and paying us time and a half for hours worked as it states in the employee handbook? Our president declared a state of emergency on March 13th effective back to March 1st. Can someone please explain so I can tell my fellow teammates?

CONFIDENTIAL

DAVITA_007541