The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH J. HESKETH III, *on his behalf and on behalf of other similarly situated persons,*<br><br>Plaintiff,<br><br>v.<br><br>TOTAL RENAL CARE, INC., *on its own behalf and on behalf of other similarly situated persons*,<br><br>Defendants. | Case No: 2:20-cv-01733-JLR<br><br>PRAECIPE TO THE OPPOSITION TO JUDGMENT ON THE PLEADINGS<br><br>NOTING DATE FOR:<br><br>JULY 16, 2021 |

COMES NOW Plaintiff Joseph J. Hesketh, IIII, through counsel, requests a Praecipe to the Opposition to Judgment on the Pleadings. The citation on page 10, line 2 should be changed as follows to correct the referenced exhibit:

<u>Original Citation (pg 10, ln. 2)</u>
*See Id.* at ¶ 2, Ex. A, (Eaves Deposition at p. 136, Ex.2 (DAVITA_003376).

<u>Corrected Citation (pg. 10, ln. 2)</u>
*See Id.* at ¶ 2, Ex. A, (Eaves Deposition at p. 136:1-4), Ex. 21 (DAVITA_003376).

Dated this July 16, 2021

                                                                                                  */s/ Christina L Henry*
                                                                                                Christina L Henry, WSBA 31273
                                                                                                HENRY & DEGRAAFF, PS
                                                                                                Counsel for Plaintiff
                                                                                                119 1st Ave S, Ste 500
                                                                                                Seattle, WA 98104
                                                                                                206-330-0595 Fax 206-400-7609
                                                                                                chenry@hdm-legal.com