THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH J. HESKETH III, ON HIS OWN BEHALF AND ON BEHALF OF OTHER SIMILARLY SITUATED PERSONS,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL RENAL CARE, INC., ON ITS OWN BEHALF AND ON BEHALF OF OTHER SIMILARLY SITUATED PERSONS,<br><br>Defendant. | No. 2:20-cv-01733-JLR<br><br>DECLARATION OF KENNY GARDNER IN SUPPORT OF DEFENDANT TOTAL RENAL CARE, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR: OCTOBER 22, 2021 |

I, Kenny Gardner, declare as follows:

1. I am employed by Total Renal Care, Inc. ("TRC" or "Defendant") as Chief People Officer ("CPO"). Before becoming CPO, I served as Group Vice President ("GVP") for Team Endeavor, a DaVita region covering parts of the Southeast. I served as GVP from 2015 until January 2020. I am of legal age and competent to make this declaration. The statements contained herein are based on my personal knowledge and on documents maintained by DaVita, including its subsidiaries like TRC, in the ordinary course of business.

2. My understanding of the Disaster Relief Policy is based on my reading of the language in the Policy and my experience determining whether to activate the Policy when I was in local leadership (GVP) during Florida hurricanes.

DECLARATION OF KENNY GARDNER ISO
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT
(No. 2:20-cv-01733-JLR) – 1

153969974.8

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. DaVita does not activate the Disaster Relief Policy (i.e., declare an emergency time frame and identify affected facilities or business offices) for every declared emergency or natural disaster. For example, the Policy was not activated for wildfires in California or for other public health emergencies like when President Trump declared the opioid crisis a public health emergency in October 2017 or when Governor Inslee declared a state of emergency on January 25, 2019 in connection with a measles outbreak. DaVita has only declared an emergency time frame when a declared emergency or natural disaster prevented teammates from performing their regular duties. And even then, not all facilities are subject to an emergency time frame or even the same emergency time frame—DaVita only designates facilities where operations are disrupted, and some facilities are able to return to normal operations sooner than others. Teammates who reported to designated facilities and worked their scheduled hours during an emergency time frame were paid premium pay.

4. Throughout the pandemic, DaVita's dialysis clinics, labs, and business offices have stayed open, and teammates remained able to perform their regular job duties. I am not aware of any major disruptions at our facilities caused by the pandemic. I am unaware of anyone in local leadership at any facility nationwide requesting that DaVita activate the Policy for their region, facility, or office.

5. DaVita provided managers with a document that included responses to frequently asked questions about the pandemic. Attached to this declaration as Exhibit A is a true and correct copy of an unredacted portion of the COVID-19 managers' guide.[1]

6. When determining whether the Policy applied to the pandemic, I reviewed the language of the Policy and confirmed it did not apply to the current situation. Other members of the People Services Team came to the same conclusion. This decision was consistent with the ways in which we have and have not applied the Policy in the past.

---

[1] Non-responsive portions unrelated to the Disaster Relief Policy have been redacted for confidentiality.

DECLARATION OF KENNY GARDNER ON
BEHALF OF DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT
(No. 2:20-cv-01733-JLR) – 2
153969974.8

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

7. For example, DaVita enacted the Policy during natural disasters like Hurricane Michael in 2018 and Winter Storm Uri in February 2021, both of which disrupted operations and teammates' abilities to do their jobs. During my time as GVP, multiple hurricanes hit the Southeast, including Hurricane Michael in 2018. In the immediate aftermath of Hurricane Michael, Team Endeavor's Division Vice Presidents ("DVPs") reported to me the destruction caused by the hurricane was making it difficult for teammates to get to our clinics for their shifts, and making it difficult to do their jobs if they did come in. There were clinics where the roof had blown off in the storm or caved in; many clinics lost power, water, or had leaks or physical damage. Flooding blocked some roads. In one case, a fallen tree blocked the road leading to a clinic and I observed teammates using chainsaws to clear a path for patients and other staff. I worked closely with my team to identify which facilities were affected in these ways by the hurricane and how long the disruption would last. We designated affected facilities and established an emergency time frame for each. That information was communicated to payroll, who ensured teammates who reported to those facilities and worked their scheduled hours during that time were paid premium pay.

8. In February 2021, when Winter Storm Uri threatened facilities across Texas and Louisiana, Group Vice President Chakilla Robinson requested DaVita leadership activate the Disaster Relief Policy. Teammates who reported to a designated facility and worked their scheduled hours during the approved emergency time frame were paid premium pay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed at Denver, CO, this 30th day of September, 2021.

*kenny Gardner*
Kenny Gardner

DECLARATION OF KENNY GARDNER ON
BEHALF OF DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT
(No. 2:20-cv-01733-JLR) – 3
153969974.8

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Christina L Henry, WSBA 31273<br>Email: chenry@hdm-legal.com<br>HENRY & DEGRAAFF, PS<br>787 Maynard Ave S<br>Seattle, WA 98104<br>Telephone: 206-330-0595<br>Facsimile: 206-400-7609<br>*Attorney for Plaintiffs* | ___ Via Hand Delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Courier<br>___ Via Facsimile<br>**X** Via E-Filing |
| J. Craig Jones<br>*Pro Hac Vice Forthcoming*<br>Email: craig@joneshilllaw.com<br>JONES & HILL, LLC<br>131 Highway 165 South<br>Oakdale, LA 71463<br>Telephone: 318-335-1333<br>Facsimile: 318-335-1934<br>*Attorney for Plaintiffs* | ___ Via Hand Delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Courier<br>___ Via Facsimile<br>**X** Via E-Filing |
| Scott C. Borison<br>*Pro Hac Vice Forthcoming*<br>Email: scott@borisonfirm.com<br>BORISON FIRM, LLC<br>1900 S. Norfolk Rd. Suite 350<br>San Mateo CA 94403<br>Telephone: 301-620-1016<br>Facsimile: 301-620-1018<br>*Attorney for Plaintiffs* | ___ Via Hand Delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Courier<br>___ Via Facsimile<br>**X** Via E-Filing |

DATED this 30th day of September 2021 in Seattle, Washington.

*s/ Janet Davenport*
Janet Davenport, Legal Practice Assistant

CERTIFICATE OF SERVICE
(No. 2:20-cv-01733-JLR)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

153969974.8

# EXHIBIT A

# COVID-19 RESPONSE
# People Services Manager Guide
*Updated May 12, 2020*




©2020 DaVita Inc. Proprietary and confidential. For internal use only.

**CONFIDENTIAL**

| | |
|---|---|
| ████████████████████ | ██████████████████████████████████████████████████████<br>██████████████████████████████████████████████████████<br>██████████████████████████████████<br>█████████████████████████████████ |
| ████████████████████████████<br>████████████████████████ | ██████████████████████████████████████████████████████<br>██████████████████████████████████████████████████████<br>██████████████████████████████████████████████████<br>██████████████ |
| ████████████████████████████<br>████████████████████<br>████████████ | ██████████████████████████████████████████████████████<br>████████████████████████████████████████████ |
| ████████████████████████████████<br>████████████████████████████<br>████████████████████████ | ███████████████████<br>███████████████████████████. |
| **Are we offering premium pay or additional pay under the Disaster Relief Policy?** | • No. The Disaster Relief Policy does not apply to the COVID-19 crisis. The Disaster Relief Policy applies only when teammates are unable to perform their regular duties. The policy is effective upon a decision by local leadership and the Disaster Governance Council that a declared emergency or natural disaster prevents our facilities from operating or prevents our teammates from working. Under the COVID-19 crisis, our teammates are able to work and are essential in either in a supporting role for our health care workers or in actually providing healthcare services to patients. Click <u>here</u> for the full statement.<br><br>• As always, the Village remains highly committed to supporting our teammates in this new and unprecedented situation that we all find ourselves in. It is in this spirit that we announced the Village Lives Award and why we made the investment many years ago to offer back-up child care. We remain committed to providing support to teammates who are in need through the DaVita Village Network. We are all one Village working hard together, to provide great care to our patients. |
| ████████████████████████████████<br>████████████████████<br>████████████████████ | ██████████████████ |
| ████████████████████████████████<br>████████████████████████████<br>████████████████████ | ██████████████████████████████████████████████████████<br>██████████████████████████████████████████████████████<br>██████████████████████████████████████████████████████<br>██████████████████████████ |
| ████████████████████<br>████████ | ██████████████████████████████████████<br>██████████████████<br><br>██████████████████████████████████████<br>██████████████████<br><br>██████████████████████████████████████<br>████████████████████ |

