The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH J. HESKETH III, *on his behalf and on behalf of other similarly situated persons,*<br><br>                                   Plaintiff,<br>v.<br><br>TOTAL RENAL CARE, INC., *on its own behalf and on behalf of other similarly situated persons,*<br>                                 Defendants. | Case No: 2:20-cv-01733-JLR<br><br>STIPULATED MOTION AND (~~PROPOSED~~ ORDER) FOR EXTENSION OF DEADLINE TO FILE RESPONSE AND REPLY BRIEF<br><br>NOTING DATE FOR:<br>October 18, 2021 |

Plaintiff Joseph J. Hesketh III ("Hesketh") and Defendant Total Renal Care, Inc. ("TRC") together (the "Parties"), by their respective counsel, stipulate and agree as follows:

1. Plaintiff requested, and Defendant agreed, to extend the deadline to file Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Dkt. #87) until October 25, 2021.

2. The Parties further stipulate that TRC's deadline to file a reply brief is extended from October 22, 2021 to November 12, 2021 and TRC's Motion for Summary Judgment is re-noted to November 12, 2021.

3. There have been no prior requests to extend the deadlines to respond and extending the deadline as stipulated would not affect any other scheduled dates in the proceeding.

4. The parties have entered this stipulation because Plaintiffs' counsel requested this brief extension to coordinate final review of their response brief. The parties agreed to extend the reply date to account for the inconvenience to TRC's counsel.

STIPULATED MOTION AND (~~PROPOSED~~ ORDER) FOR EXTENSION OF DEADLINE TO FILE RESPONSE AND REPLY BRIEF - 1

HENRY & DeGRAAFF, P.S.
119 1ST AVE S, STE 500
SEATTLE, WA 98104
telephone (206) 330-0595

154277654.1

1  5. The parties seek the Court's permission to adjust the briefing schedule as described herein.

Respectfully submitted this 18th day of October 2021.

Stipulated to by:

/s/ Christina L Henry
Christina L Henry, WSBA 31273
HENRY & DEGRAAFF, PS
Counsel for Plaintiffs
119 1st Ave, Ste 500
Seattle, WA 98104
206-330-0595 / Fax 206-400-7609
chenry@hdm-legal.com

/s/ *Chelsea D. Petersen*
Chelsea Dwyer Petersen, WSBA 33787
Perkins Coie LLP
1201 Third Ave, Ste 4900, Seattle, WA 98101-4900
206-330-8000 / Fax 206-359-9000
CDPetersen@perkinscoie.com
Attorney for Defendant, Total Renal Care, Inc.

---

STIPULATED MOTION AND (PROPOSED ORDER) FOR EXTENSION OF DEADLINE TO FILE RESPONSE AND REPLY BRIEF - 2

HENRY & DEGRAAFF, P.S.
119 1ST AVE S, STE 500
SEATTLE, WA 98104
telephone (206) 330-0595

154277654.1

# ORDER

After reviewing the stipulation by the parties for an Order extending the deadline to file a response and reply brief to Total Renal Care Inc.'s Motion for Summary Judgment (Docket No. 87), and good cause appearing, therefore, the Court makes the following order:

1. Plaintiff Hesketh's deadline to file a response brief to TRC's Motion for Summary Judgment (Dkt. No. 87) is extended from October 18, 2021 to October 25, 22021.

2. Defendant TRC's deadline to file a reply brief to its Motion for Summary Judgment is extended from October 22, 2021 to November 12, 2021 the motion is re-noted to November 12, 2021.

**IT IS SO ORDERED.**

DATED this 18 day of October, 2021

Hon. James L. Robart
United States District Court Judge

STIPULATED MOTION AND (PROPOSED ORDER) FOR EXTENSION OF DEADLINE TO FILE RESPONSE AND REPLY BRIEF - 3

HENRY & DeGRAAFF, P.S.
119 1ST AVE S, STE 500
SEATTLE, WA 98104
telephone (206) 330-0595

154277654.1