The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

Joseph J. Hesketh III,
*on his behalf and on behalf of other similarly situated persons*

Plaintiff,

v.

Total Renal Care, Inc, on its own behalf and on behalf of other similarly situated persons,

Defendants.57

Case No:

JOSEPH J. HESKETH'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Noted For Hearing
November 12, 2021

(Oral Argument Requested)

I, Joseph J. Hesketh, declare as follows:

1. I am the Plaintiff in this lawsuit and I have knowledge of the facts as stated herein and if called upon to testify to the truth thereof, I could and would do so.

2. I was let down by their failure to pay myself and other TMs the pay we deserved and are entitled to, but I still hope that DaVita will do the right thing and stand by their word. to do what they said they would do.

3. I have worked at DaVita since July 2007 as an information technology professional ("IT"), starting as a computer operator.

4. Throughout my employment at DaVita, learning the corporate culture through study of its special language known as "DaVita-ese" (see Exhibit A attached (TRC 000303-TRC 000312), its symbols, language and traditions through study of the DaVita Way Of Book (see Exhibit B attached (HESKETH000194 – HESKETH000287), and through videos,

JOSEPH J. HESKEHT DECLARATION IN OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT - 1

**Henry & DeGraaff, P.S.**
119 1ST AVE, STE 500
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

corporate meetings, and other employee trainings was a requirement (see Exhibit C attached (TRC 000514-TRC 000516). For example, all employees who work at DaVita are referred to as Teammates ('TMs"), the company is referred to as a village, Different regions in the country are called "neighborhoods" with Washington state referred to as "Team Evergreen," and the CEO is referred to as the" Mayor."

5. As am employee, I happily embrace the DaVita culture and consider my fellow employees and managers a family and I believe in DaVita's corporate mottos like "integrity," "We said we did" and "No brag just facts" are reinforced throughout company publications. *See* Exhibit D attached (HESKETH_ 000167; HESKETH _0000168; HESKETH_000013).

6. When the Covid-19 pandemic hit, I was visiting family in Maryland and was unable to return to Seattle, Washington. However, I knew that other employees at DaVita depend on what I do as an IT professional, our clinics RELY in IT to perform their life saving treatments, and I continued to work remotely the entire time even though I was stranded on the other side of the country for several months as this country dealt with the unprecedented national emergency.

7. I believe in DaVita and I thought they would do what they said and honor their commitments and live up to their motto that they are trusted because they are trustworthy. I expected to be paid time and a half as outlined in the DRP because DaVita said they would.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED this October 25, 2021 at Roy, Washington

*Joseph J. Hesketh III*
Joseph J. Hesketh

JOSEPH J. HESKEHT DECLARATION IN OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT - 2

**HENRY & DEGRAAFF, P.S.**
119 1ST AVE, STE 500
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609