# EXHIBIT A

# DaVita-ese

## A GUIDE TO OUR TERMINOLOGY AND ACRONYMS

## A

| | |
|---|---|
| 49er | Data analyst |
| ABM | Area biomedical manager |
| Academy | A DVU course that serves as a teammate's introduction to DaVita philosophy, culture and leadership skills; prerequisite for most other DVU programs |
| ACOI | Acute clinical outcome indicators |
| ACSS | Acute Clinical Services specialist |
| ACT | Activate a Core Team; risk mitigation |
| AIMS | Agreement Information Management System, a contract database used by Neighborhood (corporate office) teammates |
| AFE | Authorization for expenditure |
| ARF | Acute renal failure |
| ATC | Air Traffic Control, a governance process used to manage the flow of initiatives to our clinical teammates |
| Ation Station Daze | A clinical, hands-on DVU program designed to acquaint direct patient caregivers in acquired facilities with a number of DaVita policies, procedures and skills |

## B

| | |
|---|---|
| BART | Biomedical application repair tracking |
| BB | Bridge Builders |
| BCR | Blood culture rate |
| BH | Backup hemodialysis |
| BOM | Biomed operations manager |
| BORIS | A billing and accounts receivable application for DaVita |
| BSS | Biomedical services specialist |

## C

| | |
|---|---|
| CAM | Centralized anemia managers |
| CAMP | Continuous Accountability Management Program, a DVU course for acute teammate leaders |
| CathAway | Vascular Access Management program to help transition hemodialysis patients from a dangerous access (central venous catheter, or CVC) to a safer, longer-lasting fistula (preferred) or graft |
| CBO | Central business office |
| CE | Clinical Enterprise |
| Chief Wisdom Officer (CWO) | Head of the Wisdom team; oversees education, training and culture for the Village |

© 2019 DaVita Inc.

TRC 000303

| Term | Definition |
|---|---|
| CIM | Centralized infection manager |
| CMS | Centers for Medicare & Medicaid Services, a federal agency that administers the Medicare program |
| Community first, company second | How we strive to behave within the Village |
| Crossing the bridge | Choosing to come to work every day not just intending to do a solid day's work, but intending to make DaVita a special place by being yourself, while living our Mission and Core Values |
| CSS | Clinical services specialist or ChairSide Snappy |

# D

| Term | Definition |
|---|---|
| DAH | DaVita at Home, our home dialysis team |
| DaVERT | DaVita Emergency Management, previously known as DaVita Village Emergency Response Team |
| DaVita Basic Training | Mandatory clinical education training that new PCTs, RNs, and LPN/LVNs undergo before they can receive an independent patient assignment |
| DaVita University | Training and education department of DaVita that offers continuous quality improvement programs and courses in leadership and team development, clinical education, presentation skills, etc. |
| DaVita Way | The DaVita Way means that we dedicate our Head, Heart and Hands to pursue the Mission, live the Values and build a healthy Village. It means that we care for each other with the same intensity with which we care for our patients. |
| DCF | DaVita Children's Foundation, a Village Program |
| D-COMM | DaVita Communications team |
| DCR | DaVita Clinical Research |
| DCS | Director of Clinical Services |
| DDN | DaVita Daily News, our electronic teammate news page on the VillageWeb |
| DFA | Divisional financial analysts |
| DFC | Dialysis facility compare |
| DIL | Day in the life |
| DKC | DaVita Kidney Care; abbreviation for internal use only |
| DQI | DaVita Quality Index |
| DQW | Dialysis quality water |
| DSS Leadership | A DVU program that introduces teammates to what a leadership position in the Village entails by providing an overview of management skills and responsibilities |
| DUCK | Discontinued tool for physicians, dietitians, social workers and nurses to access our online clinical, demographic and insurance information on our patients (system has been replaced by Falcon Dialysis) |
| DVA | DaVita's stock market symbol |
| DVN | DaVita Village Network |
| DVP | Divisional vice president |

© 2019 DaVita Inc.

TRC 000304

| Acronym | Definition |
|---|---|
| DVU | DaVita University |
| DWOC | DaVita Way of Caring: start with the heart, put patients at the center of their care |
| DWOG | DaVita Way of Giving, a form of teammate-directed giving to local charities |
| DWOL | DaVita Way of Leading, a DVU course |
| DWOM | DaVita Way of Managing, a DVU course |
| DWOT | DaVita Way of Team, a DVU course |

### E

| Acronym | Definition |
|---|---|
| EBITDA | Earnings before interest, taxes, depreciation, and amortization |
| ELIE | A dialysis center local information search tool that is used to search and retrieve center/office demographic detail as well as general billing, financial, teammate and physician data |
| EP&P | Electronic Policies & Procedures |

### F

| Acronym | Definition |
|---|---|
| FA/GFA | Facility administrator/group facility administrator |
| Falcon | Proprietary software application used by dialysis center teammates to document patient assessments, plans of care and progress notes |
| FAST | Facility Administrator Success Training, a DVU course |
| FDOD | First date of dialysis |
| FHM | Facility health meeting |
| FHR | Facility health record |
| FIM | Facility infection manager |
| Five-Star | CMS dialysis facility performance rating program |
| FluidWise | Fluid management clinical initiative |
| FMR | Focused medical review |

### G

| Acronym | Definition |
|---|---|
| GBM | Group biomedical manager |
| G-Force | DaVita's Government Affairs team |
| GSD | Getting stuff done; sometimes referred to as our unofficial 8th Core Value |
| GHCTWHES | Greatest Health Care Community the World Has Ever Seen |
| GSS | Guest Services specialist |
| GVP | Group vice president |

### H

| Acronym | Definition |
|---|---|
| Head, Heart and Hands | Represent our belief in/commitment to our Mission and Values, Village and Vision; passionate care for our patients, our teammates and our Village; and actions to live out our Mission, Values, and other things we care about to get stuff done (GSD) |
| HGL | Home group lead |
| HHD | Home hemodialysis |

© 2019 DaVita Inc.

**TRC 000305**

| Term | Definition |
|---|---|
| Hickory Group | Made up of field vice presidents (aka divisional vice presidents) and the Palmer Team |
| Hilton Group | Kidney Care vice presidents and above |
| HMT | Hospitalization and missed treatments |
| Home Base Camp | A program developed by the National Home team to acquaint home managers and nurses with the management of Home programs |
| HSG | Hospital Services Group |

## I

| Term | Definition |
|---|---|
| ICHD | In-center hemodialysis |
| ICND | In-center nocturnal dialysis |
| IDT | Interdisciplinary care team |
| IDWG | Interdialytic weight gain (weight gain between treatments) |
| IKC | Integrated kidney care |
| IronWorks | A protocol for iron management |
| ISS | Insurance support specialist |
| IVY | InVentorY; the application commonly used by facility teammates to track inventory at the clinic |

## J

| Term | Definition |
|---|---|
| Justice League | DaVita's Legal team |

## K

| Term | Definition |
|---|---|
| KCI | Key clinical indicators |
| KT | Kent Thiry, chairman and CEO of DaVita; known inside the Village as our Mayor |
| KTCF | KT Community Foundation, a Village Program |
| KTFF | KT Family Foundation, a Village Program |

## L

| Term | Definition |
|---|---|
| Local Motion | A DaVita program that encourages teammates and physicians at the facility level to evaluate medications, products and business processes |

## M

| Term | Definition |
|---|---|
| MAGIC | Making Adequacy Gains and Improving Care, a program to improve patients' adequacy |
| MBD | Mineral bone disorder |
| Medicare OEP | Medicare Open Enrollment Period |
| Meds Matter | Medication management program, a clinical initiative |
| MVP | Most vulnerable patients |

## N

| Term | Definition |
|---|---|
| NAG | Non-acquired growth |
| Neighborhoods | DaVita's central business offices |
| New, Ours, Special | Used in call-and-response phrases that remind DaVita teammates of what our company is, whose it is, and what it could be |

© 2019 DaVita Inc.

**TRC 000306**

| | | | |
|---|---|---|---|
| NHHD | Nocturnal home hemodialysis | Phoenix Group | 600+ leaders who democratically chose our Core Values and the new company name, DaVita, in 2000, and committed to a Vision: To Build the Greatest Dialysis Company the World Has Ever Seen |
| No Brag, Just Fact | A call-and-response tradition that usually follows the announcement of a special achievement by our Village | | |

## O

| | | | |
|---|---|---|---|
| | | PIC | Patient intake coordinator |
| Oasis | DaVita term for our break rooms | PIF | Patient Information Form |
| OCMO | Office of the Chief Medical Officer | PM | Program manager (HHD & PD) |
| OMG | Ordering Made Great or inventory ordering | POC | Point of care, plan of care or plan of correction |
| One For All and All for One | Our call-and-response tradition to express dedication to our teams | POS | Point of service |
| | | PPE | Personal protective equipment |
| ONS | Oral nutrition supplement | PRD | CMS publicly reported data |

## P

| | | | |
|---|---|---|---|
| | | PS | People Services |
| P&P | Policies and procedures | PSD | People Services director |
| Palmer Groups | Divisions of dialysis centers across the United States | PSM | People Services manager |

## Q

| | | | |
|---|---|---|---|
| Palmer Team | Made up of senior vice presidents of each Palmer Group | QIP | CMS quality incentive program |
| | | QUEST | Audit and Compliance team (Quality, Understanding, Ethics, Service, Training) |
| PALS | Procurement And Logistics Support | | |
| PD | Peritoneal dialysis | | |

## R

| | | | |
|---|---|---|---|
| PDR | Professional development review, a performance appraisal tool | RCG | Relative competitive growth |
| | | RDN | Registered dietitian nutritionist |
| PFE | Patient financial evaluation | Reality 101 | A foundational DVU course which gives newly hired, non-clinical senior leaders hands-on experience in the clinical side of our Village |
| Pharos | Online formulary exception request tool | | |

© 2019 DaVita Inc.

**TRC 000307**

| Term | Definition |
|---|---|
| Redwoods | A ~12-month leadership development program for post-MBA teammates to serve in corporate and field roles across the Village |
| Reggie | Registration system that houses DaVita Kidney Care patients' demographic and insurance information |
| RIC | Regional intake coordinator |
| Riskbusters | Internal risk management |
| RLC | Renal Leadership Council Trade Group; members are DaVita, Gambro, Renal Care Group and National Nephrology Associates |
| RO | Reverse osmosis, a water treatment |
| ROC | Regional office coordinator |
| ROD/GROD | Regional operations director/group regional operations director |
| ROPS | Revenue Operations |
| RPRD | Regional point registered dietitian |

# S

| Term | Definition |
|---|---|
| SBI | Strategic business units and DaVita Clinical Research, such as DaVita Labs, that provide support services to patients and/or teammates |
| SCG | Same center growth |
| SDCS | Senior director of Clinical Services |
| Sending forth ripples | How we positively impact our neighborhoods, communities and our world with our time, talents and resources |
| SHAPE | Stable Hemoglobin Anemia Program Effort, a protocol for ESA management |
| SHC | Snappy Home Charting, home documentation and plan of care billing platform for both PD and HHD |
| Sherpas | Volunteer teammates who conduct tours of Denver's Casa del Mundo for visitors |
| Shining Star | A clinical teammate selected to accompany their FA to Villagewide on the basis of their living The DaVita Way, our Mission and Core Values; aka Villagewide Shining Star |
| SIP | DaVita's Student Internship Program |
| Snappy | Software used in our dialysis centers that records, houses and protects all clinical data |
| SNP | Special needs program |
| SOED | School of External Degrees |
| SOLM | School of Leadership and Management |
| SOS | Survey Outcomes Support team |
| SOX Team | Sarbanes-Oxley Act of 2002 team |
| SPA | Single Patient Agreement; an agreement with a payer establishing payment rates for services to a single patient |
| StarLearning | DaVita's online learning portal |
| StepAhead | Diabetes management program, a clinical initiative |

© 2019 DaVita Inc.

TRC 000308

| | |
|---|---|
| SVP | Senior vice president |
| SWB | Salary, wages and benefits |
| SWC | Salary, wages and contract labor |

**T**

| | |
|---|---|
| TAMS | Thriving After Military Service, a DVU program |
| Team Artemis | Coordinators who compare the MONTH Monthly file to the Master Hospital List to identify the correct hospital name and unique hospital ID; they then send requests for medical records using this identifying information |
| Team Excelsior | Generates the MONTH Monthly File, which lists hospital events for the last nine months from the current month and sends it to a 49ers data analyst |
| Team Genesis | Team responsible for designing and building new facilities |
| Team Mercury | DaVita Marketing and Communications department |
| Team Pegasus | DaVita's corporate development team; sales |
| The Story of the Dancing Star | (See Section 2) The star lives in a lush green valley and comes out to sit on top of the "i" when a DaVita teammate does something special for a patient or a fellow teammate; because a teammate is always doing something special at any given moment, the star is always "out" |
| Three Musketeers | The Alexandre Dumas novel whose characters inspired DaVita's "One for All, All for One" motto; see Section 2 |
| TLH | Total labor hours |
| TM | Teammate |
| TMSS | Teammate Self Services |
| TOC | Transition of care, post hospitalization |
| Trilogy of Care | Caring for Our Patients, Caring for Each Other, Caring for Our World |
| TW | Target weight |

**U**

| | |
|---|---|
| UAT | User acceptance testing |

**V**

| | |
|---|---|
| V2V | Veterans to Village, a DVU program |
| VAM | Vascular access manager |
| Village | DaVita's name for our company |
| VillageWeb | DaVita's intranet site |

© 2019 DaVita Inc.

TRC 000309

## W

We Are Here . . . . . . . . . . . . . . . . . . An award given to selected clinical teammates with no absences for a quarter; also, a cheer competition held at large Village gatherings to show that we are present in body and spirit

WE CARE . . . . . . . . . . . . . . . . . . . . Our caring behaviors: Welcome, Empathize, Connect, Actively listen, Respect, Encourage

Weigh Right . . . . . . . . . . . . . . . . . . Initiative designed to help the team improve accuracy of pre/post weights and target weight

Welcome Wagon . . . . . . . . . . . . . . The team that handles hiring and onboarding processes and requirements

We Said, We Did . . . . . . . . . . . . . . Call-and-response tradition celebrating our commitment to our Core Value of Accountability

WipeOut . . . . . . . . . . . . . . . . . . . . A clinical program to decrease infections

Wisdom . . . . . . . . . . . . . . . . . . . . . The Village team whose members are torchbearers for learning, our culture and our Village

Workday . . . . . . . . . . . . . . . . . . . . A People Services tool for teammates that houses personal and team information about pay slips, time off, birthdays, anniversaries, etc.

## Y

Yoda . . . . . . . . . . . . . . . . . . . . . . . A founding member of our Village; former SVP and chief Wisdom officer

Yo, DaVita! . . . . . . . . . . . . . . . . . . Kent Thiry's call-and-response greeting to teammates during meetings

© 2019 DaVita Inc.

**TRC 000310**

# Health Care Terms

IMPORTANT FOR TEAMMATES TO KNOW

## A

| | |
|---|---|
| ACA | Affordable Care Act |
| Access | The place in a person's body where the bloodstream may be accessed for hemodialysis (usually in the forearm), or where the peritoneal cavity may be accessed for peritoneal dialysis (in the lower abdomen) |
| ACO | Accountable Care Organization |
| AKI | Acute kidney injury, interchangeable with acute renal failure (ARF) |
| Anaplan | Facilitates various planning, reporting and business modeling processes for Team Atlas leaders, managers, field leadership, and FAs |
| AOR | Adverse Occurrence Report |
| ARF | Acute renal failure, interchangeable with acute kidney injury (AKI) |
| AVF | Arteriovenous fistula, the preferred type of hemodialysis access |
| AVG | Arteriovenous graft, a type of hemodialysis access |

## B

| | |
|---|---|
| BCR | Blood culture rate |
| BOM | Biomed operations manager |
| BSI | Bloodstream infection |

## C

| | |
|---|---|
| CC | Clinical coordinator |
| CE | Clinical Enterprise |
| CHF | Congestive heart failure |
| CKD | Chronic kidney disease |
| CMS | Centers for Medicare & Medicaid Services |
| COPD | Chronic Obstructive Pulmonary Disease |
| CNM | Clinical nurse manager |
| CVC | Central venous catheter, a hemodialysis access that may be used immediately but is considered temporary, as it is prone to infection |

## D

| | |
|---|---|
| DCS | Director Of Clinical Services |

## E

| | |
|---|---|
| EMR | Electronic medical record |
| ESCO | ESRD Seamless Care Organization |
| ESRD | End stage renal disease |

© 2019 DaVita Inc.

TRC 000311

## H

HHD . . . . . . . . . . . . . . . . . . . . . . . . Home hemodialysis

HIE . . . . . . . . . . . . . . . . . . . . . . . . . Health information exchange

HIPAA . . . . . . . . . . . . . . . . . . . . . . Health Insurance Portability and Accountability Act

## I

ICHD . . . . . . . . . . . . . . . . . . . . . . . In-center hemodialysis

ICND . . . . . . . . . . . . . . . . . . . . . . . In-center nocturnal dialysis

IKC . . . . . . . . . . . . . . . . . . . . . . . . . Integrated kidney care

IPA . . . . . . . . . . . . . . . . . . . . . . . . . Independent Physician Association

## L

LVN. . . . . . . . . . . . . . . . . . . . . . . . . Licensed vocational nurse

## M

MA . . . . . . . . . . . . . . . . . . . . . . . . . Medical assistant

MD . . . . . . . . . . . . . . . . . . . . . . . . . Medical director

MDV. . . . . . . . . . . . . . . . . . . . . . . . Multi-dose vial

## N

NHHD . . . . . . . . . . . . . . . . . . . . . . Nocturnal home hemodialysis

NHSN. . . . . . . . . . . . . . . . . . . . . . . National Health Care Safety Network

NP. . . . . . . . . . . . . . . . . . . . . . . . . . Nurse practitioner

## P

PA . . . . . . . . . . . . . . . . . . . . . . . . . . Physician assistant

PCP . . . . . . . . . . . . . . . . . . . . . . . . Primary care physician

PCT . . . . . . . . . . . . . . . . . . . . . . . . Patient care technician

PD. . . . . . . . . . . . . . . . . . . . . . . . . . Peritoneal dialysis

## Q

QIP . . . . . . . . . . . . . . . . . . . . . . . . . Quality Incentive Program

## R

RD. . . . . . . . . . . . . . . . . . . . . . . . . . Registered dietitian

RN. . . . . . . . . . . . . . . . . . . . . . . . . . Registered nurse

## S

SDCS . . . . . . . . . . . . . . . . . . . . . . . Senior director of Clinical Services

SDV . . . . . . . . . . . . . . . . . . . . . . . . Single-dose vial

SNF. . . . . . . . . . . . . . . . . . . . . . . . . Skilled nursing facility, similar to a nursing home but providing skilled nursing care and/or rehabilitation services

SW . . . . . . . . . . . . . . . . . . . . . . . . . Social worker

## U

UFR. . . . . . . . . . . . . . . . . . . . . . . . . Ultrafiltration rate

USRDS . . . . . . . . . . . . . . . . . . . . . . U.S. Renal Data System

© 2019 DaVita Inc.

**TRC 000312**