# EXHIBIT C

**Existing Teammate Orientation checklist**

Teammate Name: ___J.J. HESKETH  II___       Facility Name: ___Team Evergreen___
Position: ___Computer Operator___       Facility # __611__
Start Date: ___6-11-09___       Division: ___TBO___
Orientation Date: 07/27/07

Note:  We do not expect teammates to repeat an activity.  If they have experienced an activity, the Facility
Administrator or Activity Leader simply needs to validate completion and sign off the checklist.

| ACTIVITY | ACTIVIY LEADER DATE AND INITIALS | TEAMMATE COMPLETION DATE AND INITIALS |
|---|---|---|
| Review facility specific expectations- your facility goals | During Orientation – People Services | 6-11-07 12 |
| "Who's Who" and "DaVita-ese" | During Orientation – People Services | 6-11-07 12 |
| Video One:  "Welcome to the DaVita Village" and exercise | During Orientation – People Services | 6-11-07 12 |
| Teammate handbook and Corporate Code of Conduct | During Orientation – People Services | 6-11-07 12 |
| Village Programs and Benefits | During Orientation – People Services | 6-11-07 12 |
| Video Two:  "Our Mission and Values" and exercise | During Orientation – People Services | 6-11-07 12 |
| Video Three:  "The DaVita Way" and exercise | 7/16/07 – People Services | 7-27-07 |
| Video Four:  "Bringing It Home" and exercise | 7/16/07 – People Services | 7-27-07 |
| "Eyes of the Customer" and exercise | 7/16/07 – People Services | 7-27-07 |

_____     _7/27/07_
One For All Ambassador Signature        Date

_____     _7-27-07_
Teammate Signature        Date

*Place original in teammate file*

TRC 000514

# Orientation Graduation Gift Order Form



## ONE for ALL

**Congratulations on completing *"One for All"* orientation**
**Your effort entitles you to one of the below gifts.**

Teammate Name ___Joseph Hesketh___     Certificate Number ___5212___

Please circle the gift of your choice and return this form to your DaVita Ambassador or
Facility Administrator for placement of your order on the DaVita intranet catalog site.

12 ounce
White Matte Mug

Silver Tone *or*
Gold Tone
Star Charm

Gold Tone
Lapel Pin

14 ounce
Acrylic/Stainless Mug

4" x 6"
24 Page
Photo Album

9" x 6" x 6"
Lunch Tote



18" x 13" x 7"
Bag/ID Tag



9" x 8"
Mouse Pad
Holds
4" x 6" Photo

42" Arc
Umbrella

# FOCUS

| ACHIEVING YOUR HIGHEST PRIORITIES

## CERTIFICATE *of* COMPLETION

FranklinCovey is pleased to present

# *J.J. Hesketh III*

this certificate for successfully completing

the Focus Workshop

*June 27, 2008*

Issued _____

_Stephen R. Covey_
Stephen R. Covey, Vice-Chairman

_Darla Shannon_
Facilitator



FranklinCovey

2008 FranklinCovey. All rights reserved. 90023
INN050211