# EXHIBIT D

## Integrity

We say what we believe, and we do what we say. We are trusted because we are trustworthy. In our personal, team, and organizational values, we strive for alignment in what we say and do.

# NO BRAG, JUST FACT!!

Over the last decade, we set out to be the world's greatest dialysis company, and over the next decade, we're poised to build the greatest healthcare community the world has ever seen. When you join the DaVita Village, you're joining a winning team. Through our commitment to training, growth and quality, we consistently achieve superior clinical outcomes while giving teammates the opportunity to excel in an award-winning environment that enables them to thrive both professionally and personally.

HESKETH000168

**Our Core Values provide us with the set of guidelines to help us fulfill our Mission.**

- Our Mission.

- To Be the Provider, Partner and Employer of Choice.

- Our Core Values.

- **Service Excellence**. Serving others—our reason for existing. ...

- **Integrity**. ...        "We said, We did"

- Team. ...

- **Continuous Improvement**. ...

- **Accountability**.

HESKETH000013