The Honorable John L. Robart

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Joseph J. Hesketh III,<br>*on his behalf and on behalf of other similarly situated persons*<br><br>Plaintiff,<br><br>v.<br><br>Total Renal Care, Inc, on its own behalf and on behalf of other similarly situated persons,<br><br>Defendants. | Case No: 2:20-cv-01733-JLR<br><br>DECLARATION OF CHRISTINA L. HENRY IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

1. I am one of the attorneys of record for the Plaintiff herein. I have personal knowledge of the facts as stated herein and if called upon to testify to the truth thereof, I could and would do so.

2. Attached as Exhibit 1 is a true and correct copy of the transcript of the Deposition of Jeremy Michael Eaves, the corporate representative for DaVita, Inc., taken on May 10, 2021 ("Eaves Deposition").

3. Attached as Exhibit 2 are true and correct copies of relevant document production from DaVita, Inc. as testified to at the Eaves Deposition at Exhibit 1 at ¶ 29:25 to 30:21.

4. Attached as Exhibit 3 is a true and correct copy of the Errata Sheet to the Eaves Transcript.

5. Attached as Exhibit 4 is a true and correct copy of the Requests for Production with relevant document production from Total Renal Care, Inc.

DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT - 1

**HENRY & DEGRAAFF, P.S.**
119 1ST AVE S, STE 500
SEATTLE, WASHINGTON  98104
telephone (206) 330-0595
fax (206) 400-7609

1. 6. Attached as Exhibit 7 is a is a true and correct copy of the transcript of the Deposition of Toni Prockish, the corporate representative for DaVita, Inc., taken on April 2, 2021 ("Prockish Deposition").

This Declaration is made under penalty of perjury under the laws of the State of Washington.

EXECUTED this October 25, 2021 at Bothell, Washington.

*/s/ Christina L Henry*
Christina L Henry, WSBA# 31273

DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT - 2

**HENRY & DeGRAAFF, P.S.**
119 1ST AVE S, STE 500
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609