# EXHIBIT 2

| | |
|---|---|
| **From:** | Eric Severson (Chief People Officer) |
| **To:** | David Maughan; Chakilla Robinson |
| **CC:** | Jeff Rieb; Mike Staffieri; Rebecca Griggs |
| **Sent:** | 9/1/2017 11:37:15 PM |
| **Subject:** | RE: Official Comp Policy for Houston: you can share with your RODs / FAs now |

Dave, as we've discussed, given the unprecedented scope of this disaster and the unusual circumstance re: the retired policy, I'm fully supportive of the approach we're taking.

That said, I'm concerned that if there are additional storms this season in other markets, it will be difficult not to follow the same (very generous) practice, and I question whether it's sustainable over the long haul.

I've asked my team to convene an after-action review with Ops, Payroll, and other key stakeholders once the immediate crisis is past to review our go-forward disaster pay policy & procedure.  Some of the things we need to solve for:

- Having a standard, Village-wide pay policy that is affordable/sustainable and clearly states the *minimum* remuneration TMs can expect in a disaster and when/how they will get it;
- Providing Ops leaders additional flexibility to adjust benefits up by market at their discretion;
- How we will "retire"/change policies going forward in a way that is transparent to all (no one seems to know where the current policy change came from or who made it)

We'll take the recommendation through CASP and then to Mike for signoff, unless you would like us to go a different route.

Let me know your thoughts.

Thanks!

Eric



 **Eric Severson**
**Chief People Officer**
**DaVita Kidney Care**
717 17th Street, 26th Floor | Denver, CO 80202
Office: (303) 876-6920 | x306920 | Cell: (415) 290-9677
eric.g.severson@davita.com

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

**From:** David Maughan
**Sent:** Friday, September 1, 2017 4:38 PM
**To:** Jonathan Davis <Jonathan.Davis@davita.com>; Keith Hennegan <Keith.Hennegan@davita.com>; Chakilla Robinson <Chakilla.Robinson@davita.com>
**Cc:** Jeff Rieb <Jeff.Rieb@davita.com>; Mike Staffieri <Mike.Staffieri@davita.com>; Shenee Rayford

<Shenee.Rayford@davita.com>; Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>; Chakilla Robinson <Chakilla.Robinson@davita.com>; Rebecca Griggs <Rebecca.Griggs@davita.com>
**Subject:** RE: Official Comp Policy for Houston: you can share with your RODs / FAs now

Please don't forward, just use as talking points. Thanks all.

**From:** David Maughan
**Sent:** Friday, September 1, 2017 4:37 PM
**To:** Jonathan Davis <Jonathan.Davis@davita.com>; Keith Hennegan <Keith.Hennegan@davita.com>; Chakilla Robinson <Chakilla.Robinson@davita.com>
**Cc:** Jeff Rieb <Jeff.Rieb@davita.com>; Mike Staffieri <Mike.Staffieri@davita.com>; Shenee Rayford <Shenee.Rayford@davita.com>; Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>; Chakilla Robinson <Chakilla.Robinson@davita.com>; Rebecca Griggs <Rebecca.Griggs@davita.com>
**Subject:** Official Comp Policy for Houston: you can share with your RODs / FAs now
**Importance:** High

Thanks all.  With the additional feedback:

## Our policy in Houston for Hurricane Harvey:

· We are so appreciative of the heroic efforts that so many of you have made to take care of our patients.
· During this very difficult time, the Village would like to recognize these heroic efforts the many of you have made.
· We understand that there is a dated policy that some have referenced (4/07/08) and although that policy has been retired since July, we have made the decision to recognize the spirit of this policy for impacted markets by paying all non-exempt teammates that worked Sunday (8/27/17) through Thursday (8/31/17) at double their standard wages.
· In addition, teammates that were not able to work from Sunday (8/27/31) through Sunday (9/3/17) will receive normal pay for their regularly scheduled hours without having to use PTO.
· We also recognize that certain key individuals (exempt and non-exempt) went way above and beyond and we would love to hear about and recognize those teammates.  Our ask is that you please share those stories about your Harvey Heroes directly with your ROD.
· Our desire to be a community first and a company second have truly come to life over the past few days as we have witnessed hundreds of our teammates go above and beyond to care for our patients and each other.
· The Village has also responded to our collective call for help—dozens of teammates from across the Village have already made their way to Texas to help and many, many more are their way here.
· As this situation evolves, we will continue to assess the situation in other areas.
· This also requires NO action on your part; we will be processing this centrally.
· Thank you for all that you do!

One For All!

DAVITA_000008

**Health and Safety Policy & Procedure Manual**                    **Policy: 4-07-08**
**DaVita HealthCare Partners Inc.**

Printed copies are for reference only.  Please refer to the electronic copy for the latest version.

## TITLE:        TEAMMATE EMERGENCY DISASTER PAY

---

**OVERVIEW:**
The DaVita Emergency/Disaster Pay Policy provides for pay continuance (to be defined by the Vice President or designee) during a period of time when a declared emergency or natural disaster prevents teammates from performing their regular duties.

**PURPOSE:**
To provide information relative to work schedule assignment and pay practices for regular full-time and part-time employees in the event of a DaVita declared emergency and/or when President of the United States declares our location a natural disaster.

**SCOPE:**
This policy applies to DaVita teammates during a declared emergency or natural disaster.

**POLICY:**
This policy provides for pay continuance during a declared emergency or natural disaster.

**Policy Administration**
- People Services is responsible for administering this policy once DaVita announces closure due to an emergency/natural disaster.
- In the event of disaster and when DaVita (or specific units within) remains open for business, teammates who are unable to report to work must use accrued vacation and/or floating holiday time to remain in pay status.
- Official announcements regarding both the closing and reopening of DaVita will occur through various internal modes of communication and through broadcast news media, as appropriate. Teammates are to listen to appropriate news stations and contact their immediate Department Manager(s) or Facility Administrator(s) (FAs)  for updated information during the period of closure. In event teammates are unable to contact their Department Manager(s) or FAs , they can contact DaVita Guest Services (DGS) at (800) 400-8331 for updated information and guidance.
- Teammates are to follow the specific guidance  governing their work location. This guidance may be obtained from the Department Manager(s) or Facility Administrators (FAs).
- Department Manager(s) or FA(s)  have responsibility for scheduling adequate staffing before, during, and after the emergency/natural disaster period and for determining which teammates are to be determined essential/designated.
- Department Manager(s)  of department operations are to be identified and listed in DaVita's Business Continuity-Disaster Recovery Plan.
- Essential/designated teammates are to be reminded of their status on a regular basis and the department is responsible for maintaining an accurate and updated listing of these teammates. Department Manager(s) or FA(s)s are to remind these teammates of the necessity to secure their own property.

DAVITA_000017

**Health and Safety Policy & Procedure Manual**                  **Policy: 4-07-08**
**DaVita HealthCare Partners Inc.**

- The DaVita Unit Contingency/Facility Disaster Plan identifies those teammates who are expected to report to work during an emergency/natural disaster period.

**Emergency Example**

- During a hurricane *watch* period, for example, Department Manager(s) or FA(s)s are to remind essential/designated teammates of the immediate need to secure their homes and prepare their families for the impending storm.
- It may be necessary to provide them with a few hours of advanced leave prior to the official closing of the facility/office.  However, teammates are expected to report to work prior to the closing.
- Upon notice of official closing, non-essential/designated teammates are to leave the facility and not report for work until further notice.


**EMERGENCY PAY POLICIES:**

While all eventualities and occurrences due to curfews, traffic bans, etc., that occur during an emergency or a natural disaster cannot be predicted or listed, a number of basic foreseen pay possibilities are set forth below:

1. Teammates who cannot leave work at the end of their shift may be permitted to continue working at their regular duties or may be assigned other duties relative to such an emergency, at the discretion of the Department Manager(s) or FA(s).  .

2. Teammates who are permitted to leave work early due to such an emergency/natural disaster affecting either the company, the teammates' area of residence or personal property at their residence, will receive regular pay until the end of their regular work schedule. This time will be considered as Disaster Pay.

3. Teammates who are unable to report to work due to a company declared emergency/natural disaster may receive regular pay for a period of time authorized by the Vice President or designee. This time will be considered as Disaster Pay.

4. Teammates living in such an emergency area (or if the facility is located in such an area) who arrive late for work may be granted Administrative Leave to cover the period of tardiness. Teammates must make every effort to inform their Department Manager(s) or FA(s) of an impending delay.

5. Teammates on pre-approved vacation, floating holiday or approved leave will remain in that status unless a justifiable reason is presented for changing it to disaster pay and is approved by the appropriate People Services office.

6. Essential/designated teammates expected to report for work will be governed by the following guidelines:

   **Non Exempt (Bi-weekly) Teammates**

   a. If an emergency is declared during a teammate's normal working hours, 'double time' pay will be granted for all hours worked, including hours worked in excess of 40 in a work week, by essential/designated teammates to become effective at the same time other non-essential/designated teammates are released from work as described in Number 2 above. Department Manager(s) or FA(s) will record hours worked as Disaster Double Time Pay.

Property of DaVita HealthCare Partners Inc.                  Confidential and Copyrighted ©2014
Origination Date: March 2014
Revision Date:

DAVITA_000018

**Health and Safety Policy & Procedure Manual**                    **Policy: 4-07-08**
**DaVita HealthCare Partners Inc.**

    b. If an emergency is declared during a teammate's normal off-duty hours, essential/designated teammates are expected to report to work and perform emergency/natural disaster related duties. 'Double time' pay will apply to all hours worked, including hours worked in excess of 40 in a workweek, during the declared emergency/natural disaster period as determined by the company. Record hours worked as Disaster Double Time Pay.

    c. If an emergency is declared during a teammate's normal work time, essential/designated teammates are expected to remain at work and perform emergency/natural disaster related duties

    d. Duties performed by essential/designated teammates are to be continued during the declared emergency/disaster period as determined by the company.

**Exempt Teammates**

    a. Exempt teammates, designated as essential/designated per this policy, do not receive overtime or double time pay for work performed during the emergency/natural disaster period. However, departments may compensate them by providing either some amount of "overload" pay, paid time off or a combination of the two. That determination is at the discretion of the Vice President or designee in consultation with and approval by the appropriate People Services office.

7. Teammates other than essential/designated who report for work when the company has been officially designated as closed will receive regular pay. However, if their work is not considered emergency in nature, teammates are to leave the facility and not report for work until notified by the Department Manager(s) or FA(s).

8. At the expiration of the company declared emergency/natural disaster, teammates who are unable to return to work for reasons acceptable to the company may use accrued vacation or floating holiday pay to cover such absences.

9. In preparation for and upon return to work following a company declared emergency/natural disaster, teammates may be asked to perform tasks which are outside of their regular duties.

10. Teammates recently hired who are to start on a date when the company is closed during an event covered by this policy will be paid consistent with their offer of employment and as with other staff.

11. Teammates who are on an approved leave during a time when the company is closed due to an emergency/natural disaster will remain in leave status. There will be no change in their leave status unless they can provide documentation to their Department Manager(s) or FA(s) about their inability to use the leave solely due to the emergency /natural disaster.

Eventualities not covered by these guidelines will be decided on a case by case basis by the appropriate People Services office. Questions concerning pay procedures should be addressed to the appropriate People Services office. Teammates are to call their immediate Department Manager(s) or FA(s), or DaVita Guest Services (DGS) to obtain information about the closing and reopening of the company.

**ENFORCEMENT**
Any DaVita teammate in violation of this policy may be subject to disciplinary action, up to and including termination.

DAVITA_000019

**Health and Safety Policy & Procedure Manual**          **Policy: 4-07-08**
**DaVita HealthCare Partners Inc.**

**DEFINITIONS**

| | |
|---|---|
| **Essential/Designated Employees** | Those teammates designated essential by their Department Manager(s) or FA(s) and directed to work before, during and/or after an emergency or natural disaster. They are required to perform duties assigned by their Department Manager(s) or FA(s) that may not be consistent with normal responsibilities or work schedules during the declared emergency |

**From:**        Robert Ho
**To:**          Eric Severson (Chief People Officer); Jeff Rieb
**Sent:**        9/6/2017 10:17:54 PM
**Subject:**     RE: 9/6/2017 - Natural Disaster Call Recap
**Attachments:** 2017-09-06 Disaster Pay Policy.pptx; 2017-09-06 Natural disaster pay policy.xlsx


Eric / Jeff:

Attached is a preliminary draft of the financial impact of the Disaster Pay Policy discussed.

The financial impact of 2 days of PTO for a single division is estimated to be $165K.  Given the low dollar amount, I'm not sure we want to ask TMs for this under extreme circumstances; but I'll defer to you here.

Happy to make any edits, and please don't hesitate to reach out with any questions.

Thanks,
Bob

**From:** Eric Severson (Chief People Officer)
**Sent:** Wednesday, September 6, 2017 11:05 AM
**To:** Robert Ho <Robert.Ho@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>
**Subject:** RE: 9/6/2017 - Natural Disaster Call Recap

Awesome.  If one or both of you can be on the call with Mike, Dave, and Kenny later today in case there are questions about the modeling assumptions or follow up items, that would be great.

Eric





**Eric Severson**
**Chief People Officer**
**DaVita Kidney Care**
717 17th Street, 26th Floor | Denver, CO 80202
Office: (303) 876-6920 | x306920 | Cell: (415) 290-9677
eric.g.severson@davita.com

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

DAVITA_REPROD_000119

**From:** Robert Ho
**Sent:** Wednesday, September 6, 2017 12:04 PM
**To:** Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>
**Subject:** RE: 9/6/2017 - Natural Disaster Call Recap

Eric,

Makes sense.  We'll model those scenarios once we get the data.

Thanks,
Bob

**From:** Eric Severson (Chief People Officer)
**Sent:** Wednesday, September 6, 2017 11:00 AM
**To:** Jeff Rieb <Jeff.Rieb@davita.com>; Robert Ho <Robert.Ho@davita.com>
**Subject:** RE: 9/6/2017 - Natural Disaster Call Recap

Jeff and Bob, for the costing, I think what would be most valuable for the call with Mike and Dave would be a comparison between what we actually are spending on disaster pay under the policy we used for Harvey (double time for time worked & full stay-home pay) vs. what we WOULD have paid under the go-forward policy we are proposing (time-and-a-half for time worked & using PTO for first 2 days).  For the purposes of the modeling, I would assume that under the new policy, we would have chosen to pay Harvey TMs who stayed home longer than the first 2 days (i.e., TMs in Houston were paid up to 5 days if they couldn't get to work; in our modeling of the new policy, I would assume they get paid for 3 of the 5 days, and the other 2 are PTO).

Will this work?

Thanks for the partnership, guys!

Eric





**Eric Severson**
**Chief People Officer**
**DaVita Kidney Care**
717 17th Street, 26th Floor | Denver, CO 80202
Office: (303) 876-6920 | x306920 | Cell: (415) 290-9677
eric.g.severson@davita.com

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this

DAVITA_REPROD_000120

message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

**From:** Jeff Rieb
**Sent:** Wednesday, September 6, 2017 11:46 AM
**To:** Shenee Rayford <Shenee.Rayford@davita.com>; Tiffany Marsalis <Tiffany.Marsalis@davita.com>; Michael Laird <Michael.Laird@davita.com>; Cynthia Baxter <Cynthia.Baxter@davita.com>; Susan Rutherford <Susan.Rutherford@davita.com>; Jennifer Scharff <Jennifer.Scharff@davita.com>; Toni Prockish <Toni.Prockish@davita.com>; Lin Whatcott <Lin.Whatcott@davita.com>; Scott Stewart <Scott.Stewart@davita.com>; Robert Ho <Robert.Ho@davita.com>; Lori Horstmann <Lori.Horstmann@davita.com>; Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>
**Subject:** RE: 9/6/2017 - Natural Disaster Call Recap

Payroll Workstream:
· No new issues to address
· Communication has been sent out to DVPs and job aid was sent to FAs for the Scheduled, Not Worked TM  hours.

Policy Workstream:
· Need to follow-up on items:
   o Travel supporting teammates
   o Scheduled, not worked
      § Distinguish between facility closing and teammates that cannot get in to work
         · POV on call – varies
            o May impact other policies (Atlas offices)
            o Need to have a differentiation between inclement weather vs. national disaster declaration
            o Perhaps using own PTO benefit for a couple days and if it goes over a certain amount of time, some other benefit
               program would kick in.  If teammate doesn't have PTO, could go through PTO donation program
               § Seems reasonable for teammates to use 2 PTO days as a way to incentivize them to work if at all possible
            o Stricter policy and then allow operators to make a judgment call
               § Guidance to encourage consistency in the village.
            o ACTION:  Kay Kargul – if we do have a minimum PTO days used requirement could DVN consider "reimbursement for
               teammates" retroactively
         · Skeleton would be:
            o If closed – paid for scheduled hours
            o Open and scheduled to work – use PTO for up to 2 days if unable to make it into work.  If extends longer than 2 days,
               local leadership and national disaster governance council will make the call on whether additional benefit would be
               extended.
· Need costing for Houston sooner rather than later
   o Modeling of both options 1.5x and double-time
   o Paying for staying home and need to have a recommendation (scheduled, not worked)

Solid draft ready by end of the day.  Call team and legal would need to review.
· ACTION:  Communications partner needed (Kate Stabrawa?)

Set-up a 15 minute call with Dave/Mike to go over initial policy. Target by 3pm today for initial draft of the policy/talking points to Eric from Susan.
· Additional talking points:

- o Incentivize to come to work, but have a safety net just in case they can't
- o Ease of operationalization – using state overtime standard

**From:** Jeff Rieb
**Sent:** Tuesday, September 5, 2017 4:29 PM
**To:** Shenee Rayford <Shenee.Rayford@davita.com>; Tiffany Marsalis <Tiffany.Marsalis@davita.com>; Michael Laird <Michael.Laird@davita.com>; Cynthia Baxter <Cynthia.Baxter@davita.com>; Susan Rutherford <Susan.Rutherford@davita.com>; Jennifer Scharff <Jennifer.Scharff@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>; Toni Prockish <Toni.Prockish@davita.com>; Lin Whatcott <Lin.Whatcott@davita.com>; Scott Stewart <Scott.Stewart@davita.com>; Robert Ho <Robert.Ho@davita.com>; Lori Horstmann <Lori.Horstmann@davita.com>
**Subject:** 9/5/2017 - Natural Disaster Call Recap

Good afternoon,

Below is a recap of our call from this morning.  During tomorrow's call we will check-in to see if there are any new pay related questions and then focus the majority of the time on the natural disaster protocol (short-term policy) discussion.

Current Pay Issues Workstream:
- · Dedicated payroll resource – determined to not be necessary.
  - o ACTION:          Continue to monitor feedback.
- · Scheduled but not worked – job aid requested to provide to FAs.
  - o ACTION:          Payroll team to provide to Shenee by EOD 9/5/17 - COMPLETED
- · Disaster relief notification sunsetting.
  - o ACTION:          Shenee to review with leadership team during afternoon call. - COMPLETED
- · Communication Plan
  - o DVPs have been provided talking points to **verbally** share with their RODs/FAs
  - o FAs to receive job aid noted above
- · Double Time and handling of Shift Differential
  - o ACTION:          Shenee to discuss with local leadership team for this situation
    - § DECISION:          Include shift diff in double time calculation
- · Expedited Per Diem Process – NOT REQUIRED – LOCAL LEADERS NO LONGER NEED
  - o Process has been developed and are awaiting listing from local leaders
  - o Susan's team in the Welcome Wagon is ready and on standby to address as soon as available
  - o Preliminary estimate is between 20-25 people
  - o ACTION:          Susan to follow-up with Legal  **Redacted – ACP**

Policy/Protocol Workstream:
- · Looking to develop something in the short term, prior to Irma and there are some items that will need to be evaluated over the next few weeks for the longer term.  Goal is to establish minimum standards.
  - o Short Term
    - § Premium Pay Rate:
      - · Consensus around using verbiage similar to other policies.  "Match your state's maximum overtime pay."
      - · Consideration of benchmark of competitors (may fall in to long-term)
      - · Clear notation of who this applies to.  (e.g. – this does not apply to volunteer support teammates)

DAVITA_REPROD_000122

- § Handling of "scheduled, not reporting".
    - · Fairly complex and did not reach consensus.
    - · Follow-up Item – Bob Ho and review cost implications with current situation in Houston around this amount of pay.
- o Long Term
    - § Handling compensation/incentives for TMs Supporting from out of market
    - § Handling of shift differential.  Do we do something different than what is being done with Harvey?
    - § Expedited Per Diem Process

Thanks again for your support and participation on the call.  Talk to you tomorrow.

Jeff

**Jeff Rieb, SPHR, SHRM-SCP**
**Chief of Staff and Senior Director of Strategy**
People Services

**DaVita Kidney Care**
717 17th St | Denver, CO 80202
(303) 876-7484 office
(303) 717-8714 cell



DAVITA_REPROD_000123

**Disaster Pay Policy Financial Impact**

| | |
|---|---|
| DPC Non-Acute Hrs / Tx | 1.70 |
| Non-Acute Txs / center | 10,800 |
| Tx Days | 313 |
| Txs / ctr per day | 34.50 |
| Non-Acute labor hrs / day | 58.66 |
| Avg Wage rate | 28.00 |
| OT rate | 1.5 |
| SWC $ / day | 1,642 |

**#1:  Pay for closed centers during disaster**

| | |
|---|---|
| # centers closed | 50 |
| Days closed | 5 |
| Hours Impacted due to close | 14,665 |
| Pay for closed centers | $410,607 |

**#2:  Pay for open ctrs during disaster**

| | |
|---|---|
| # centers open, but disaster | 50 |
| Days open, but disaster pay | 5 |
| Hours - OT pay | 14,665 |
| SWC - OT Pay | $615,911 |
| *OT amount* | *$205,304* |

**#3:  Impact of 2 days PTO**

| | |
|---|---|
| # centers closed | 50 |
| Days closed | 2 |
| Hours Impacted due to close | 5,866 |
| $ impact of 2 days of PTO | $164,243 |

## SWCs:  Disaster Pay Policy - Sensitivity Analysis ($

| Days OT Pay | 50 | 60 | 70 | 80 |
|---|---|---|---|---|
| **2** | $0.25 | $0.30 | $0.34 | $0.39 |
| **3** | 0.37 | 0.44 | 0.52 | 0.59 |
| **4** | 0.49 | 0.59 | 0.69 | 0.79 |
| **5** | 0.62 | 0.74 | 0.86 | 0.99 |
| **6** | 0.74 | 0.89 | 1.03 | 1.18 |
| **7** | 0.86 | 1.03 | 1.21 | 1.38 |
| **8** | 0.99 | 1.18 | 1.38 | 1.58 |
| **9** | 1.11 | 1.33 | 1.55 | 1.77 |
| **10** | 1.23 | 1.48 | 1.72 | 1.97 |
| **11** | 1.36 | 1.63 | 1.90 | 2.17 |
| **12** | 1.48 | 1.77 | 2.07 | 2.37 |
| **13** | 1.60 | 1.92 | 2.24 | 2.56 |
| **14** | 1.72 | 2.07 | 2.41 | 2.76 |
| **15** | 1.85 | 2.22 | 2.59 | 2.96 |

**M)**

| # of Clinics Impacted | | | | | | |
|---|---|---|---|---|---|---|
| **90** | **100** | **110** | **120** | **130** | **140** | **150** |
| $0.44 | $0.49 | $0.54 | $0.59 | $0.64 | $0.69 | $0.74 |
| 0.67 | 0.74 | 0.81 | 0.89 | 0.96 | 1.03 | 1.11 |
| 0.89 | 0.99 | 1.08 | 1.18 | 1.28 | 1.38 | 1.48 |
| 1.11 | 1.23 | 1.36 | 1.48 | 1.60 | 1.72 | 1.85 |
| 1.33 | 1.48 | 1.63 | 1.77 | 1.92 | 2.07 | 2.22 |
| 1.55 | 1.72 | 1.90 | 2.07 | 2.24 | 2.41 | 2.59 |
| 1.77 | 1.97 | 2.17 | 2.37 | 2.56 | 2.76 | 2.96 |
| 2.00 | 2.22 | 2.44 | 2.66 | 2.88 | 3.10 | 3.33 |
| 2.22 | 2.46 | 2.71 | 2.96 | 3.20 | 3.45 | 3.70 |
| 2.44 | 2.71 | 2.98 | 3.25 | 3.52 | 3.79 | 4.07 |
| 2.66 | 2.96 | 3.25 | 3.55 | 3.84 | 4.14 | 4.43 |
| 2.88 | 3.20 | 3.52 | 3.84 | 4.16 | 4.48 | 4.80 |
| 3.10 | 3.45 | 3.79 | 4.14 | 4.48 | 4.83 | 5.17 |
| 3.33 | 3.70 | 4.07 | 4.43 | 4.80 | 5.17 | 5.54 |

**From:**        Jeff Rieb
**To:**          Jeff Rieb
**Sent:**        9/6/2017 11:35:31 PM
**Subject:**     2017-09-06 Natural disaster pay policy (002).xlsx
**Attachments:** 2017-09-06 Natural disaster pay policy (002).xlsx

DAVITA_000126

**Disaster Pay Policy Financial Impact**

| | |
|---|---|
| DPC Non-Acute Hrs / Tx | 1.70 |
| Non-Acute Txs / center | 10,800 |
| Tx Days | 313 |
| Txs / ctr per day | 34.50 |
| Non-Acute labor hrs / day | 58.66 |
| Avg Wage rate | $28.00 |
| OT rate | 2.0 |
| SWC $ / day | 1,642 |

**#1:  Pay for closed centers during disaster**

| | |
|---|---|
| # centers closed | 50 |
| Days closed | 5 |
| Hours Impacted due to close | 14,665 |
| Pay for closed centers | $410,607 |

**#2:  Pay for open ctrs during disaster**

| | |
|---|---|
| # centers open, but disaster | 150 |
| Days open, but disaster pay | 5 |
| Hours - OT pay | 43,994 |
| SWC - OT Pay | $2,463,642 |
| *OT amount* | *$1,231,821* |

**#3:  Cost of days impacted**

| | |
|---|---|
| # centers impacted | 50 |
| Days impacted | 5 |
| Hours Impacted due to close | 14,665 |
| $ impact of days impacated PTO | $410,607 |

**#4:  Less 2 days PTO**

| | |
|---|---|
| # centers impacted | 50 |
| Days impacted | 2 |
| Hours Impacted due to close | 5,866 |

**SWCs:  Disaster Pay Policy - Sensitivity A**

Days OT Pay

| | 50 | 60 | 70 |
|---|---|---|---|
| 2 | $0.99 | $0.99 | $0.99 |
| 3 | 1.48 | 1.48 | 1.48 |
| 4 | 1.97 | 1.97 | 1.97 |
| 5 | 2.46 | 2.46 | 2.46 |
| 6 | 2.96 | 2.96 | 2.96 |
| 7 | 3.45 | 3.45 | 3.45 |
| 8 | 3.94 | 3.94 | 3.94 |
| 9 | 4.43 | 4.43 | 4.43 |
| 10 | 4.93 | 4.93 | 4.93 |
| 11 | 5.42 | 5.42 | 5.42 |
| 12 | 5.91 | 5.91 | 5.91 |
| 13 | 6.41 | 6.41 | 6.41 |
| 14 | 6.90 | 6.90 | 6.90 |
| 15 | 7.39 | 7.39 | 7.39 |

$3,695,463
$2,463,642
$1,231,821

| $ impact of 2 days of PTO | $164,243 |
|---|---|
| Variance | $246,364 |
| Scheduled, but not worked | |

## nalysis ($M)

| | | | # of Clinics Impacted | | | | |
|---|---|---|---|---|---|---|---|
| **80** | **90** | **100** | **110** | **120** | **130** | **140** | **150** |
| $0.99 | $0.99 | $0.99 | $0.99 | $0.99 | $0.99 | $0.99 | $0.99 |
| 1.48 | 1.48 | 1.48 | 1.48 | 1.48 | 1.48 | 1.48 | 1.48 |
| 1.97 | 1.97 | 1.97 | 1.97 | 1.97 | 1.97 | 1.97 | 1.97 |
| 2.46 | 2.46 | 2.46 | 2.46 | 2.46 | 2.46 | 2.46 | 2.46 |
| 2.96 | 2.96 | 2.96 | 2.96 | 2.96 | 2.96 | 2.96 | 2.96 |
| 3.45 | 3.45 | 3.45 | 3.45 | 3.45 | 3.45 | 3.45 | 3.45 |
| 3.94 | 3.94 | 3.94 | 3.94 | 3.94 | 3.94 | 3.94 | 3.94 |
| 4.43 | 4.43 | 4.43 | 4.43 | 4.43 | 4.43 | 4.43 | 4.43 |
| 4.93 | 4.93 | 4.93 | 4.93 | 4.93 | 4.93 | 4.93 | 4.93 |
| 5.42 | 5.42 | 5.42 | 5.42 | 5.42 | 5.42 | 5.42 | 5.42 |
| 5.91 | 5.91 | 5.91 | 5.91 | 5.91 | 5.91 | 5.91 | 5.91 |
| 6.41 | 6.41 | 6.41 | 6.41 | 6.41 | 6.41 | 6.41 | 6.41 |
| 6.90 | 6.90 | 6.90 | 6.90 | 6.90 | 6.90 | 6.90 | 6.90 |
| 7.39 | 7.39 | 7.39 | 7.39 | 7.39 | 7.39 | 7.39 | 7.39 |

| | |
|---|---|
| **From:** | Susan Rutherford |
| **To:** | Eric Severson (Chief People Officer) |
| **CC:** | Jeff Rieb |
| **Sent:** | 9/6/2017 11:35:29 PM |
| **Subject:** | Draft DisasterReliefPolicy_09062017 |
| **Attachments:** | DisasterReliefPolicy_09062017.docx |

Hi Eric,
Attached is the draft policy we discussed. Made a few changes.
Have also sent to JLD for review but this draft is not yet JLD reviewed.

**Susan Rutherford**
*Vice President People Services*
DaVita - International
2000 16th Street | Denver, CO 80202
Office: +1 (303) 876-6377 | Cell: +1 (303) 495-9128
Susan.Rutherford@davita.com





# 4.12 DISASTER RELIEF POLICY          DRAFT 9/6/2017

Printed copies are for reference only. Please refer to the electronic copy for the latest version.

The Disaster Relief Policy provides for pay continuance during an emergency timeframe when a declared emergency or natural disaster prevents teammates from performing their regular duties. In the event of a state or federally declared natural disaster this policy provides information relative to pay practices, work schedules, and facility coverage.

## Emergency Timeframe

Emergency timeframe will be identified on a case by case basis by local leadership and the Disaster Governance Council*, and dependent on the severity of the disaster and location.

## Pay practice for non-exempt teammates:

If a facility is closed, teammates will be paid for their regularly scheduled hours at their regular rate of pay.

If a facility is open during the designated emergency timeframe, teammates who work their scheduled hours will be paid premium pay. Unless state law requires otherwise, premium pay will be one-and-one-half (1.5) times the teammate's regular rate of pay.

If a facility is open during the designated emergency timeframe and teammates are unable to work, teammates may utilize two days of PTO. If timeframe goes beyond two days, local leadership and the Disaster Governance Council will determine whether additional pay benefit options will be provided.

This policy is not a complete and comprehensive policy. DaVita reserves the right to interpret, amend, modify, supersede or eliminate these policies.

*Disaster Governance Council will be establish within a broader policy.

DAVITA_000129

| | |
|---|---|
| **From:** | Kenny Gardner |
| **To:** | Eric Severson (Chief People Officer) |
| **Sent:** | 9/6/2017 6:13:55 PM |
| **Subject:** | RE: 9/6/2017 - Natural Disaster Call Recap |

Go ahead and add me to the invite.  Later is best (like 6pm ET and after).

---

**From:** Eric Severson (Chief People Officer)
**Sent:** Wednesday, September 06, 2017 2:08 PM
**To:** Kenny Gardner
**Subject:** FW: 9/6/2017 - Natural Disaster Call Recap
**Importance:** High

Kenny, I have a call with Dave and Mike later today (not scheduled yet) to align on a go-forward disaster pay policy for the Village.  Dave and I would love it if you could participate if you are available.  Will add you to the invite, and if you can make it, we would welcome that.

No need to read the below.  Just wanted you to have the context that we have had a cross-functional working team meeting daily since Saturday to iron this out.  The bottom line: we need a consistent, well-defined, well understood disaster pay policy to avoid future spin, confusion, and teammate/leader frustration going forward.

Eric





**Eric Severson**
**Chief People Officer**
**DaVita Kidney Care**
717 17th Street, 26th Floor | Denver, CO 80202
Office: (303) 876-6920 | x306920 | Cell: (415) 290-9677
eric.g.severson@davita.com

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

**From:** Jeff Rieb
**Sent:** Wednesday, September 6, 2017 11:46 AM
**To:** Shenee Rayford <Shenee.Rayford@davita.com>; Tiffany Marsalis <Tiffany.Marsalis@davita.com>; Michael Laird <Michael.Laird@davita.com>; Cynthia Baxter <Cynthia.Baxter@davita.com>; Susan Rutherford <Susan.Rutherford@davita.com>; Jennifer Scharff <Jennifer.Scharff@davita.com>; Toni Prockish <Toni.Prockish@davita.com>; Lin Whatcott <Lin.Whatcott@davita.com>; Scott Stewart <Scott.Stewart@davita.com>; Robert Ho <Robert.Ho@davita.com>; Lori Horstmann <Lori.Horstmann@davita.com>; Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>
**Subject:** RE: 9/6/2017 - Natural Disaster Call Recap

Payroll Workstream:
· No new issues to address
· Communication has been sent out to DVPs and job aid was sent to FAs for the Scheduled, Not Worked TM hours.

DAVITA_REPROD_000171

Policy Workstream:
- Need to follow-up on items:
  - o Travel supporting teammates
  - o Scheduled, not worked
    - § Distinguish between facility closing and teammates that cannot get in to work
      - · POV on call – varies
        - o May impact other policies (Atlas offices)
        - o Need to have a differentiation between inclement weather vs. national disaster declaration
        - o Perhaps using own PTO benefit for a couple days and if it goes over a certain amount of time, some other benefit program would kick in.  If teammate doesn't have PTO, could go through PTO donation program
          - § Seems reasonable for teammates to use 2 PTO days as a way to incentivize them to work if at all possible
        - o Stricter policy and then allow operators to make a judgment call
          - § Guidance to encourage consistency in the village.
        - o ACTION:  Kay Kargul – if we do have a minimum PTO days used requirement could DVN consider "reimbursement for teammates" retroactively
      - · Skeleton would be:
        - o If closed – paid for scheduled hours
        - o Open and scheduled to work – use PTO for up to 2 days if unable to make it into work.  If extends longer than 2 days, local leadership and national disaster governance council will make the call on whether additional benefit would be extended.
- Need costing for Houston sooner rather than later
  - o Modeling of both options 1.5x and double-time
  - o Paying for staying home and need to have a recommendation (scheduled, not worked)

Solid draft ready by end of the day.  Call team and legal would need to review.
- ACTION:  Communications partner needed (Kate Stabrawa?)

Set-up a 15 minute call with Dave/Mike to go over initial policy. Target by 3pm today for initial draft of the policy/talking points to Eric from Susan.
- Additional talking points:
  - o Incentivize to come to work, but have a safety net just in case they can't
  - o Ease of operationalization – using state overtime standard

**From:** Jeff Rieb
**Sent:** Tuesday, September 5, 2017 4:29 PM
**To:** Shenee Rayford <Shenee.Rayford@davita.com>; Tiffany Marsalis <Tiffany.Marsalis@davita.com>; Michael Laird <Michael.Laird@davita.com>; Cynthia Baxter <Cynthia.Baxter@davita.com>; Susan Rutherford <Susan.Rutherford@davita.com>; Jennifer Scharff <Jennifer.Scharff@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>; Toni Prockish <Toni.Prockish@davita.com>; Lin Whatcott <Lin.Whatcott@davita.com>; Scott Stewart <Scott.Stewart@davita.com>; Robert Ho <Robert.Ho@davita.com>; Lori Horstmann <Lori.Horstmann@davita.com>
**Subject:** 9/5/2017 - Natural Disaster Call Recap

Good afternoon,

Below is a recap of our call from this morning.  During tomorrow's call we will check-in to see if there are any new pay related questions and then focus the majority of the time on the natural disaster protocol (short-term policy) discussion.

Current Pay Issues Workstream:
- · Dedicated payroll resource – determined to not be necessary.
  - o ACTION:          Continue to monitor feedback.
- · Scheduled but not worked – job aid requested to provide to FAs.
  - o ACTION:          Payroll team to provide to Shenee by EOD 9/5/17 - COMPLETED

DAVITA_REPROD_000172

- Disaster relief notification sunsetting.
  - o ACTION:        Shenee to review with leadership team during afternoon call. - COMPLETED
- Communication Plan
  - o DVPs have been provided talking points to **verbally** share with their RODs/FAs
  - o FAs to receive job aid noted above
- Double Time and handling of Shift Differential
  - o ACTION:        Shenee to discuss with local leadership team for this situation
    - § DECISION:        Include shift diff in double time calculation
- Expedited Per Diem Process – NOT REQUIRED – LOCAL LEADERS NO LONGER NEED
  - o Process has been developed and are awaiting listing from local leaders
  - o Susan's team in the Welcome Wagon is ready and on standby to address as soon as available
  - o Preliminary estimate is between 20-25 people
  - o ACTION:        Susan to follow-up with Legal  **Redacted – ACP**

Policy/Protocol Workstream:

- Looking to develop something in the short term, prior to Irma and there are some items that will need to be evaluated over the next few weeks for the longer term.  Goal is to establish minimum standards.
  - o Short Term
    - § Premium Pay Rate:
      - · Consensus around using verbiage similar to other policies.  "Match your state's maximum overtime pay."
      - · Consideration of benchmark of competitors (may fall in to long-term)
      - · Clear notation of who this applies to.  (e.g. – this does not apply to volunteer support teammates)
    - § Handling of "scheduled, not reporting":
      - · Fairly complex and did not reach consensus.
      - · Follow-up Item – Bob Ho and review cost implications with current situation in Houston around this amount of pay.
  - o Long Term
    - § Handling compensation/incentives for TMs Supporting from out of market
    - § Handling of shift differential.  Do we do something different than what is being done with Harvey?
    - § Expedited Per Diem Process

Thanks again for your support and participation on the call.  Talk to you tomorrow.

Jeff

**Jeff Rieb, SPHR, SHRM-SCP**
**Chief of Staff and Senior Director of Strategy**
People Services

**DaVita Kidney Care**
717 17th St | Denver, CO 80202
(303) 876-7484 office
(303) 717-8714 cell



Message

| | |
|---|---|
| **From**: | Eric Severson (Chief People Officer) [eric.g.severson@davita.com] |
| **Sent**: | 9/7/2017 3:32:20 AM |
| **To**: | Kenny Gardner [kenny.gardner@davita.com] |
| **CC**: | David Maughan [david.maughan@davita.com]; Mike Staffieri [mike.staffieri@davita.com]; Jeff Rieb [jeff.rieb@davita.com]; Robert Ho [robert.ho@davita.com] |
| **Subject**: | Fwd: Updated Disaster Pay Policy and Cost Modeling |
| **Attachments**: | image001.png; ATT00001.htm; image003.png; ATT00002.htm; 2017-09-06 Disaster Pay Policy v2.pptx; ATT00003.htm; Copy of 2017-09-06 Natural disaster pay policy (002) v02.xlsx; ATT00004.htm; DisasterReliefPolicy_09062017.docx; ATT00005.htm |

Copying Kenny.

Eric

Eric Severson
Chief People Officer
DaVita Kidney Care
717 17th Street, 26th Floor
Denver, CO 80202
eric.g.severson@davita.com
Office: (303) 876-6920
Cell: +1 (415) 290-9677

Begin forwarded message:

> **From:** Mike Staffieri <Mike.Staffieri@davita.com>
> **Date:** September 6, 2017 at 9:14:24 PM MDT
> **To:** "Eric Severson (Chief People Officer)" <Eric.G.Severson@davita.com>
> **Cc:** David Maughan <David.Maughan@davita.com>, Jeff Rieb <Jeff.Rieb@davita.com>, Robert Ho <Robert.Ho@davita.com>
> **Subject: Re: Updated Disaster Pay Policy and Cost Modeling**
>
> I like flexibility... so will this be a formal policy or just a BDP that we can customize as needed going forward?  I would rather not have a formal policy.
>
> How will disaster periods get defined and what flexibility can we maintain there?
>
> Given our desire to motivate teammates to come to work, I would like to communicate the 1.5x pay portion but not communicate the getting paid for not making it to work until after so it is received as more of a surprise and generous gift.
>
> Mike

Begin forwarded message:

> **From:** "Eric Severson (Chief People Officer)" <Eric.G.Severson@davita.com>
> **To:** "Mike Staffieri (Mike.Staffieri@davita.com)" <Mike.Staffieri@davita.com>, "David Maughan (David.Maughan@davita.com)" <David.Maughan@davita.com>
> **Cc:** "Jeff Rieb" <Jeff.Rieb@davita.com>, "Robert Ho" <Robert.Ho@davita.com>
> **Subject: Updated Disaster Pay Policy and Cost Modeling**
>
> Mike and Dave, per our earlier conversation, attached are the following:

- <!--[if !supportLists]--><!--[endif]-->Executive Summary of Recommended Disaster Pay Policy & Cost Comparison to Hurricane Harvey Pay Policy
- <!--[if !supportLists]--><!--[endif]-->Cost modeling assumptions & detail
- <!--[if !supportLists]--><!--[endif]-->Draft Disaster Pay Policy

The above is the product of a cross-functional team of leaders from Finance, People Services, Clinical, and Payroll **Redacted – ACP**

After completing the costing exercise this evening, our recommended DKC pay policy is what is in the attached Executive Summary:

- <!--[if !supportLists]--><!--[endif]-->OT pay of time-and-a-half for hours worked during the designated disaster period
- <!--[if !supportLists]--><!--[endif]-->Regular pay for teammates scheduled to work in open clinics who can't make it to work during the designated disaster period

Our original recommendation included a requirement that TMs in open clinics who can't make it to work during the designated disaster period use 2 days of PTO before DKC would pay.  However, because the costing showed the $ impact per Division to be small ($164K) relative to the likely negative TM perception, we now recommend removing the requirement to use PTO.

Bottom line: applying the above recommendation to Hurricane Harvey would have saved DKC approximately $411K per Division.

**WHAT WE NEED YOU TO WEIGH IN ON (as the new DKC standard policy):**

1. <!--[if !supportLists]--><!--[endif]-->*Do you agree with paying time-and-a-half for hours worked during the designated disaster period?*
2. <!--[if !supportLists]--><!--[endif]-->*Do you agree with paying TMs scheduled to work in open clinics who can't make it to work during the designated disaster period?*
3. <!--[if !supportLists]--><!--[endif]-->*Are you OK with **NOT** requiring TMs in #2 to use 2 days of PTO before DKC will pay them to stay home?*

If you have other concerns/questions or if you want to discuss live, please let me know.   **Redacted – ACP**

**Redacted – ACP**

Thanks,

Eric

Message
_____

**From**: Robert Ho [robert.ho@davita.com]
**Sent**: 9/7/2017 1:19:10 AM
**To**: Lin Whatcott [lin.whatcott@davita.com]
**CC**: Jeff Rieb [jeff.rieb@davita.com]; Eric Severson (Chief People Officer) [eric.g.severson@davita.com]
**Subject**: Re: 9/6/2017 - Natural Disaster Call Recap
**Attachments**: image001.jpg

Yep, agree Lin.  Our math is getting to the same place using different approaches.

Jeff, how are you getting to the $3.7m impact on double-time and $2.5m impact on state maximum OT?

Thanks,
Bob


On Sep 6, 2017, at 6:08 PM, Lin Whatcott <Lin.Whatcott@davita.com> wrote:

> So the savings to the village would be based upon how many centers are open, how many TM's stay home (take PTO) x 2 days.
> So 1 TM (avg $28/hr x16hours) = $448 multiplied by the number of TMs in the disaster zone.  If it were 100TM, then **$50k.**  (I don't have a feel for the actual TM's in this situation for Harvery, for example).
>
> I think that is the way I would frame it.
>
> All for One!....
>
> Lin
>
> **Lin Whatcott**
> **DaVita Inc.**
> Team Evergreen North
> Sr. Director of Corporate Accounting / Accountables
> 32275 32nd Avenue S., Federal Way, WA  98001
> (253) 733-4523 office | (253) 377-0306 mobile
>
> <image001.jpg>
> _____
>
> **From:** Robert Ho
> **Sent:** Wednesday, September 06, 2017 6:00 PM
> **To:** Jeff Rieb
> **Cc:** Eric Severson (Chief People Officer); Lin Whatcott
> **Subject:** Re: 9/6/2017 - Natural Disaster Call Recap
>
> Lin brought up a good point that the 2 PTO days would only come into play if a center is open.
>
> So it would be savings for the Village.
>
> Defer to the team as to what everyone wants to do here.
>
>
> On Sep 6, 2017, at 4:07 PM, Jeff Rieb <Jeff.Rieb@davita.com> wrote:

Bob this is great and offers flexibility for use in various markets. We'll reach out with any additional questions that may come up.

Thanks again for the quick turnaround...

Jeff

**From:** Robert Ho
**Sent:** Wednesday, September 6, 2017 4:18 PM
**To:** Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>
**Subject:** RE: 9/6/2017 - Natural Disaster Call Recap

Eric / Jeff:

Attached is a preliminary draft of the financial impact of the Disaster Pay Policy discussed.

The financial impact of 2 days of PTO for a single division is estimated to be $165K. Given the low dollar amount, I'm not sure we want to ask TMs for this under extreme circumstances; but I'll defer to you here.

Happy to make any edits, and please don't hesitate to reach out with any questions.

Thanks,
Bob

**From:** Eric Severson (Chief People Officer)
**Sent:** Wednesday, September 6, 2017 11:05 AM
**To:** Robert Ho <Robert.Ho@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>
**Subject:** RE: 9/6/2017 - Natural Disaster Call Recap

Awesome. If one or both of you can be on the call with Mike, Dave, and Kenny later today in case there are questions about the modeling assumptions or follow up items, that would be great.

Eric

**<image001.png>**
<image003.png>**Eric Severson**
**Chief People Officer**
**DaVita Kidney Care**
717 17th Street, 26th Floor | Denver, CO 80202
Office: (303) 876-6920 | x306920 | Cell: (415) 290-9677
eric.g.severson@davita.com

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

**From:** Robert Ho
**Sent:** Wednesday, September 6, 2017 12:04 PM
**To:** Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>
**Subject:** RE: 9/6/2017 - Natural Disaster Call Recap

Eric,

Makes sense.  We'll model those scenarios once we get the data.

Thanks,
Bob

**From:** Eric Severson (Chief People Officer)
**Sent:** Wednesday, September 6, 2017 11:00 AM
**To:** Jeff Rieb <Jeff.Rieb@davita.com>; Robert Ho <Robert.Ho@davita.com>
**Subject:** RE: 9/6/2017 - Natural Disaster Call Recap

Jeff and Bob, for the costing, I think what would be most valuable for the call with Mike and Dave would be a comparison between what we actually are spending on disaster pay under the policy we used for Harvey (double time for time worked & full stay-home pay) vs. what we WOULD have paid under the go-forward policy we are proposing (time-and-a-half for time worked & using PTO for first 2 days).  For the purposes of the modeling, I would assume that under the new policy, we would have chosen to pay Harvey TMs who stayed home longer than the first 2 days (i.e., TMs in Houston were paid up to 5 days if they couldn't get to work; in our modeling of the new policy, I would assume they get paid for 3 of the 5 days, and the other 2 are PTO).

Will this work?

Thanks for the partnership, guys!

Eric

**<image001.png>**
<image005.png>**Eric Severson**
**Chief People Officer**
**DaVita Kidney Care**
717 17th Street, 26th Floor | Denver, CO 80202
Office: (303) 876-6920 | x306920 | Cell: (415) 290-9677
eric.g.severson@davita.com

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

**From:** Jeff Rieb
**Sent:** Wednesday, September 6, 2017 11:46 AM

DAVITA_REPROD_000253

**To:** Shenee Rayford <Shenee.Rayford@davita.com>; Tiffany Marsalis <Tiffany.Marsalis@davita.com>; Michael Laird <Michael.Laird@davita.com>; Cynthia Baxter <Cynthia.Baxter@davita.com>; Susan Rutherford <Susan.Rutherford@davita.com>; Jennifer Scharff <Jennifer.Scharff@davita.com>; Toni Prockish <Toni.Prockish@davita.com>; Lin Whatcott <Lin.Whatcott@davita.com>; Scott Stewart <Scott.Stewart@davita.com>; Robert Ho <Robert.Ho@davita.com>; Lori Horstmann <Lori.Horstmann@davita.com>; Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>
**Subject:** RE: 9/6/2017 - Natural Disaster Call Recap

Payroll Workstream:
- No new issues to address
- Communication has been sent out to DVPs and job aid was sent to FAs for the Scheduled, Not Worked TM  hours.

Policy Workstream:
- Need to follow-up on items:
  - Travel supporting teammates
  - Scheduled, not worked
    - Distinguish between facility closing and teammates that cannot get in to work
      - POV on call – varies
        - May impact other policies (Atlas offices)
        - Need to have a differentiation between inclement weather vs. national disaster declaration
        - Perhaps using own PTO benefit for a couple days and if it goes over a certain amount of time, some other benefit program would kick in.  If teammate doesn't have PTO, could go through PTO donation program
          - Seems reasonable for teammates to use 2 PTO days as a way to incentivize them to work if at all possible
        - Stricter policy and then allow operators to make a judgment call
          - Guidance to encourage consistency in the village.
        - ==ACTION:== Kay Kargul – if we do have a minimum PTO days used requirement could DVN consider "reimbursement for teammates" retroactively
      - Skeleton would be:
        - If closed – paid for scheduled hours
        - Open and scheduled to work – use PTO for up to 2 days if unable to make it into work.  If extends longer than 2 days, local leadership and national disaster governance council will make the call on whether additional benefit would be extended.
  - Need costing for Houston sooner rather than later
    - Modeling of both options 1.5x and double-time
    - Paying for staying home and need to have a recommendation (scheduled, not worked)

DAVITA_REPROD_000254

Solid draft ready by end of the day.  Call team and legal would need to review.
- ACTION:  Communications partner needed (Kate Stabrawa?)

Set-up a 15 minute call with Dave/Mike to go over initial policy. Target by 3pm today for initial draft of the policy/talking points to Eric from Susan.

Additional talking points:
- ○ Incentivize to come to work, but have a safety net just in case they can't
- ○ Ease of operationalization – using state overtime standard

---

**From:** Jeff Rieb
**Sent:** Tuesday, September 5, 2017 4:29 PM
**To:** Shenee Rayford <Shenee.Rayford@davita.com>; Tiffany Marsalis <Tiffany.Marsalis@davita.com>; Michael Laird <Michael.Laird@davita.com>; Cynthia Baxter <Cynthia.Baxter@davita.com>; Susan Rutherford <Susan.Rutherford@davita.com>; Jennifer Scharff <Jennifer.Scharff@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>; Toni Prockish <Toni.Prockish@davita.com>; Lin Whatcott <Lin.Whatcott@davita.com>; Scott Stewart <Scott.Stewart@davita.com>; Robert Ho <Robert.Ho@davita.com>; Lori Horstmann <Lori.Horstmann@davita.com>
**Subject:** 9/5/2017 - Natural Disaster Call Recap

Good afternoon,

Below is a recap of our call from this morning.  During tomorrow's call we will check-in to see if there are any new pay related questions and then focus the majority of the time on the natural disaster protocol (short-term policy) discussion.

Current Pay Issues Workstream:
- Dedicated payroll resource – determined to not be necessary.
  - ○ ACTION:          Continue to monitor feedback.
- Scheduled but not worked – job aid requested to provide to FAs.
  - ○ ACTION:          Payroll team to provide to Shenee by EOD 9/5/17 - COMPLETED
- Disaster relief notification sunsetting.
  - ○ ACTION:          Shenee to review with leadership team during afternoon call. - COMPLETED
- Communication Plan
  - ○ DVPs have been provided talking points to **verbally** share with their RODs/FAs
  - ○ FAs to receive job aid noted above
- Double Time and handling of Shift Differential
  - ○ ACTION:          Shenee to discuss with local leadership team for this situation
    - ▪ DECISION:          Include shift diff in double time calculation
- Expedited Per Diem Process – NOT REQUIRED – LOCAL LEADERS NO LONGER NEED
  - ○ Process has been developed and are awaiting listing from local leaders
  - ○ Susan's team in the Welcome Wagon is ready and on standby to address as soon as available
  - ○ Preliminary estimate is between 20-25 people
  - ○ ACTION:          Susan to follow-up with Legal **Redacted – ACP**

Policy/Protocol Workstream:

- Looking to develop something in the short term, prior to Irma and there are some items that will need to be evaluated over the next few weeks for the longer term.  Goal is to establish minimum standards.
  - Short Term
    - Premium Pay Rate:
      - Consensus around using verbiage similar to other policies.  "Match your state's maximum overtime pay."
      - Consideration of benchmark of competitors (may fall in to long-term)
      - Clear notation of who this applies to.  (e.g. – this does not apply to volunteer support teammates)
    - Handling of "scheduled, not reporting":
      - Fairly complex and did not reach consensus.
      - Follow-up Item – Bob Ho and review cost implications with current situation in Houston around this amount of pay.
  - Long Term
    - Handling compensation/incentives for TMs Supporting from out of market
    - Handling of shift differential.  Do we do something different than what is being done with Harvey?
    - Expedited Per Diem Process

Thanks again for your support and participation on the call.  Talk to you tomorrow.

Jeff

**Jeff Rieb, SPHR, SHRM-SCP**
**Chief of Staff and Senior Director of Strategy**
People Services

**DaVita Kidney Care**
717 17th St | Denver, CO 80202
(303) 876-7484 office
(303) 717-8714 cell

<image007.png>

DAVITA_REPROD_000256

Message

| | |
|---|---|
| **From**: | Eric Severson (Chief People Officer) [eric.g.severson@davita.com] |
| **Sent**: | 9/7/2017 1:35:40 AM |
| **To**: | Mike Staffieri [mike.staffieri@davita.com]; David Maughan [david.maughan@davita.com] |
| **CC**: | Jeff Rieb [jeff.rieb@davita.com]; Robert Ho [robert.ho@davita.com] |
| **Subject**: | Updated Disaster Pay Policy and Cost Modeling |
| **Attachments**: | 2017-09-06 Disaster Pay Policy v2.pptx; Copy of 2017-09-06 Natural disaster pay policy (002) v02.xlsx; DisasterReliefPolicy_09062017.docx; image001.png; image002.png; image003.png |

Mike and Dave, per our earlier conversation, attached are the following:

- Executive Summary of Recommended Disaster Pay Policy & Cost Comparison to Hurricane Harvey Pay Policy
- Cost modeling assumptions & detail
- Draft Disaster Pay Policy

The above is the product of a cross-functional team of leaders from Finance, People Services, Clinical, and Payroll **Redacted – ACP**

After completing the costing exercise this evening, our recommended DKC pay policy is what is in the attached Executive Summary:

- OT pay of time-and-a-half for hours worked during the designated disaster period
- Regular pay for teammates scheduled to work in open clinics who can't make it to work during the designated disaster period

Our original recommendation included a requirement that TMs in open clinics who can't make it to work during the designated disaster period use 2 days of PTO before DKC would pay. However, because the costing showed the $ impact per Division to be small ($164K) relative to the likely negative TM perception, we now recommend removing the requirement to use PTO.

Bottom line: applying the above recommendation to Hurricane Harvey would have saved DKC approximately $411K per Division.

**WHAT WE NEED YOU TO WEIGH IN ON (as the new DKC standard policy):**

1. *Do you agree with paying time-and-a-half for hours worked during the designated disaster period?*
2. *Do you agree with paying TMs scheduled to work in open clinics who can't make it to work during the designated disaster period?*
3. *Are you OK with **NOT** requiring TMs in #2 to use 2 days of PTO before DKC will pay them to stay home?*

If you have other concerns/questions or if you want to discuss live, please let me know. **Redacted – ACP**
**Redacted – ACP**

Thanks,

Eric





**Eric Severson**
**Chief People Officer**
**DaVita Kidney Care**
717 17th Street, 26th Floor | Denver, CO 80202
Office: (303) 876-6920 | x306920 | Cell: (415) 290-9677

eric.g.severson@davita.com

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

# Disaster Pay Policy Cost Review

**September 2017**

©2017 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

*DaVita*

DAVITA_000259

# Executive Summary

- Disaster Pay Policy

  - Pay TMs OT/Holiday premium, if center is open
    - [Recommend 1.5x pay during nationally declared natural disaster]

  - Pay TMs for scheduled, but not worked hours and evaluate requiring TMs to use 2 days of PTO for the first two days
    - [Recommend pay for scheduled but not worked, but do not recommend requiring use of 2 days PTO given extreme circumstances and limited financial impact]

- Major drivers to financial impact are the following:
  - # of days for paid closures
  - # of days for Holiday premium pay

©2017 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

2

*DaVita*

DAVITA_000260

# Impact of Disaster Pay Policy
(Average Division)

Pay for open centers during a natural disaster:

| Double Time | Straight time with OT | Variance |
|---|---|---|
| $1.232M | $821K | $411K |

Scheduled, but not worked:

| Total cost for TMs missing 5 days of scheduled work | "Savings" impact of requiring TMs to use 2 days of PTO | Variance |
|---|---|---|
| $411k | $164k | $246k |

1) Assumes 50 centers per division
2) 5 days of disaster pay
3) Hours impacted 15k

©2017 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

DaVita

3

DAVITA_000261

# SWC $'s - Disaster Pay Policy

**SWCs: Disaster Pay Policy - Sensitivity Analysis ($M)**

| Days OT Pay | # of Clinics Impacted | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 |
| 2 | $0.25 | $0.30 | $0.34 | $0.39 | $0.44 | $0.49 | $0.54 | $0.59 | $0.64 | $0.69 | $0.74 |
| 3 | 0.37 | 0.44 | 0.52 | 0.59 | 0.67 | 0.74 | 0.81 | 0.89 | 0.96 | 1.03 | 1.11 |
| 4 | 0.49 | 0.59 | 0.69 | 0.79 | 0.89 | 0.99 | 1.08 | 1.18 | 1.28 | 1.38 | 1.48 |
| 5 | 0.62 | 0.74 | 0.86 | 0.99 | 1.11 | 1.23 | 1.36 | 1.48 | 1.60 | 1.72 | 1.85 |
| 6 | 0.74 | 0.89 | 1.03 | 1.18 | 1.33 | 1.48 | 1.63 | 1.77 | 1.92 | 2.07 | 2.22 |
| 7 | 0.86 | 1.03 | 1.21 | 1.38 | 1.55 | 1.72 | 1.90 | 2.07 | 2.24 | 2.41 | 2.59 |
| 8 | 0.99 | 1.18 | 1.38 | 1.58 | 1.77 | 1.97 | 2.17 | 2.37 | 2.56 | 2.76 | 2.96 |
| 9 | 1.11 | 1.33 | 1.55 | 1.77 | 2.00 | 2.22 | 2.44 | 2.66 | 2.88 | 3.10 | 3.33 |
| 10 | 1.23 | 1.48 | 1.72 | 1.97 | 2.22 | 2.46 | 2.71 | 2.96 | 3.20 | 3.45 | 3.70 |
| 11 | 1.36 | 1.63 | 1.90 | 2.17 | 2.44 | 2.71 | 2.98 | 3.25 | 3.52 | 3.79 | 4.07 |
| 12 | 1.48 | 1.77 | 2.07 | 2.37 | 2.66 | 2.96 | 3.25 | 3.55 | 3.84 | 4.14 | 4.43 |
| 13 | 1.60 | 1.92 | 2.24 | 2.56 | 2.88 | 3.20 | 3.52 | 3.84 | 4.16 | 4.48 | 4.80 |
| 14 | 1.72 | 2.07 | 2.41 | 2.76 | 3.10 | 3.45 | 3.79 | 4.14 | 4.48 | 4.83 | 5.17 |
| 15 | 1.85 | 2.22 | 2.59 | 2.96 | 3.33 | 3.70 | 4.07 | 4.43 | 4.80 | 5.17 | 5.54 |

> Each additional day costs an incremental ~$40K of Holiday pay per division

1) Assumes 60 centers per division

4

©2017 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

DaVita

DAVITA_000262

# Appendix

5    ©2017 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.    DaVita

DAVITA_000263

# Non-Acute SWCs per day

| SWC Model | |
|---|---:|
| DPC Non-Acute Hrs / Tx | 1.70 |
| Non-Acute Txs / ctr[1] | 10,800 |
| Tx Days | 313 |
| Txs / ctr per day | 35 |
| Non-Acute labor hrs / day | 59 |
| Avg. wage rate | $28.00 |
| OT rate | 1.5x |
| SWC $ / day per ctr | $1,642 |

1)   Assumes 27M Non-acute Txs divided by 2,500 centers

©2017 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

6

*DaVita*

DAVITA_000264

| | |
|---|---|
| **From:** | Kate Stabrawa |
| **To:** | Eric Severson (Chief People Officer) |
| **CC:** | Jeff Rieb |
| **Sent:** | 9/7/2017 7:50:41 PM |
| **Subject:** | RE: Updated Disaster Pay Policy and Cost Modeling |

Hi guys:

I want to send a note to let you know that right now our Village Communications inbox is down.  We have IT working on it but don't have an anticipated time to get it up and running yet.  I'll keep you posted, but want you to be aware.
Kate

**From:** Eric Severson (Chief People Officer)
**Sent:** Thursday, September 7, 2017 1:20 PM
**To:** Scott Stewart <Scott.Stewart@davita.com>
**Cc:** Bianca Anderson <Bianca.Anderson@davita.com>; Lin Whatcott <Lin.Whatcott@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>; Shenee Rayford <Shenee.Rayford@davita.com>; Tiffany Marsalis <Tiffany.Marsalis@davita.com>; Michael Laird <Michael.Laird@davita.com>; Cynthia Baxter <Cynthia.Baxter@davita.com>; Jennifer Scharff <Jennifer.Scharff@davita.com>; Toni Prockish <Toni.Prockish@davita.com>; Robert Ho <Robert.Ho@davita.com>; Lori Horstmann <Lori.Horstmann@davita.com>; Colleen Ludwig <Colleen.Ludwig@davita.com>; Vicki Strayer <Vicki.Strayer@davita.com>; Debra Hollister <Debra.Hollister@davita.com>; Sarah Mahlstedt <Sarah.Mahlstedt@davita.com>; Kate Stabrawa <kate.stabrawa@davita.com>; Bob Dority <Bob.Dority@davita.com>
**Subject:** Re: Updated Disaster Pay Policy and Cost Modeling

Thanks so much for the follow up, everyone.  Kenny would like the message for Endeavor to come from him.  Perhaps the message for each market should come from the Palmer?

Eric


Eric Severson
Chief People Officer
DaVita Kidney Care
717 17th Street, 26th Floor | Denver, CO 80202
Office: (303) 876-6920 | Internal: x306920 | Cell: (415) 290-9677
eric.g.severson@davita.com


CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.


On Sep 7, 2017, at 1:08 PM, Scott Stewart <Scott.Stewart@davita.com> wrote:

We should make sure Atlas teammates in those areas are also notified.

DAVITA_REPROD_000267

Scott Stewart
DaVita Inc.
Vice President - Accounting / The Accountables
 32275 32nd Avenue S., Federal Way, WA  98001
(253) 733-4504 office | (206) 619-2555 mobile


CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.


-----Original Message-----
From: Bianca Anderson
Sent: Thursday, September 7, 2017 11:05 AM
To: Lin Whatcott <Lin.Whatcott@davita.com>; Eric Severson (Chief People Officer)
<Eric.G.Severson@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>; Scott Stewart <Scott.Stewart@davita.com>;
Shenee Rayford <Shenee.Rayford@davita.com>; Tiffany Marsalis <Tiffany.Marsalis@davita.com>; Michael Laird
<Michael.Laird@davita.com>; Cynthia Baxter <Cynthia.Baxter@davita.com>; Jennifer Scharff
<Jennifer.Scharff@davita.com>; Toni Prockish <Toni.Prockish@davita.com>; Robert Ho
<Robert.Ho@davita.com>; Lori Horstmann <Lori.Horstmann@davita.com>; Colleen Ludwig
<Colleen.Ludwig@davita.com>; Vicki Strayer <Vicki.Strayer@davita.com>; Debra Hollister
<Debra.Hollister@davita.com>; Sarah Mahlstedt <Sarah.Mahlstedt@davita.com>; Kate Stabrawa
<kate.stabrawa@davita.com>; Bob Dority <Bob.Dority@davita.com>
Subject: RE: Updated Disaster Pay Policy and Cost Modeling

Hi, all.

Following up on the call, I spoke to Kate about some options to help communicate the new policy.

We do not have an all DKC teammate email planned for today or tomorrow to leverage. Instead, one approach we discussed is to send an email to the areas impacted by Harvey and the areas to be potentially impacted by Irma - Endeavor, Galaxy, Trailblazers, Titan - and post a DDN article the same day, which is accessible to all CKD teammates. The DDN article will be distributed via email to all DKC teammates next Wednesday. We also have the option to add the 500 TMs who volunteered to help in Harvey to the first email.

Please let me know your thoughts on that idea.

Also, wanted to align on timing, we are aiming for this week, correct?

Thanks,
Bianca

Bianca A. Anderson
Social Media & Communications Manager
office: 303.876.6614 | mobile: 443.417.6044 twitter/DaVita | facebook/DaVitaKidneyCare | DaVita.com


-----Original Message-----

From: Lin Whatcott
Sent: Thursday, September 7, 2017 10:54 AM
To: Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>; Scott Stewart <Scott.Stewart@davita.com>; Shenee Rayford <Shenee.Rayford@davita.com>; Tiffany Marsalis <Tiffany.Marsalis@davita.com>; Michael Laird <Michael.Laird@davita.com>; Cynthia Baxter <Cynthia.Baxter@davita.com>; Jennifer Scharff <Jennifer.Scharff@davita.com>; Toni Prockish <Toni.Prockish@davita.com>; Robert Ho <Robert.Ho@davita.com>; Lori Horstmann <Lori.Horstmann@davita.com>; Colleen Ludwig <Colleen.Ludwig@davita.com>; Vicki Strayer <Vicki.Strayer@davita.com>; Debra Hollister <Debra.Hollister@davita.com>; Sarah Mahlstedt <Sarah.Mahlstedt@davita.com>; Kate Stabrawa <kate.stabrawa@davita.com>; Bianca Anderson <Bianca.Anderson@davita.com>; Bob Dority <Bob.Dority@davita.com>
Subject: RE: Updated Disaster Pay Policy and Cost Modeling

<div style="background:#ddd; text-align:center; padding:40px; font-size:28px">Redacted</div>

All for One!....

Lin

Lin Whatcott
DaVita Inc.
Team Evergreen North
Sr. Director of Corporate Accounting / Accountables
 32275 32nd Avenue S., Federal Way, WA  98001
(253) 733-4523 office | (253) 377-0306 mobile


-----Original Message-----
From: Eric Severson (Chief People Officer)
Sent: Thursday, September 07, 2017 8:47 AM
To: Jeff Rieb; Scott Stewart; Shenee Rayford; Tiffany Marsalis; Michael Laird; Cynthia Baxter; Jennifer Scharff; Toni Prockish; Lin Whatcott; Robert Ho; Lori Horstmann; Colleen Ludwig; Vicki Strayer; Debra Hollister; Sarah Mahlstedt; Kate Stabrawa; Bianca Anderson; Bob Dority
Subject: FW: Updated Disaster Pay Policy and Cost Modeling

Team, here's where we are.  Looks like there is consensus for a policy that sets forth 1.5x pay for TMs who work during the disaster period.  However, there is not support for a policy to pay TMs to stay home.  So I think our policy should provide that TMs need to use PTO if they can't make it to work.  But I think we should add a phrase that says that local leadership (DVP and Palmer) will determine not only the length of the disaster period but also whether there will be any additional benefits based on local circumstances (this would include whether to actually pay TMs who stay home, whether to offer any additional cash bonuses like we did in Harvey, etc. based on severity, market practices, etc.)

Given this, I think our next steps after communication will be to really focus on developing a menu of options for Palmers beyond the time-and-a-half along with a process/procedure for each one spelling out how it would work, who would be responsible for what, timeline, communication plan, etc.

Progress!

Eric

DAVITA_REPROD_000269

Eric Severson
Chief People Officer
DaVita Kidney Care
717 17th Street, 26th Floor | Denver, CO 80202
Office: (303) 876-6920 | x306920 | Cell: (415) 290-9677 eric.g.severson@davita.com

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

-----Original Message-----
From: Kenny Gardner
Sent: Wednesday, September 6, 2017 11:02 PM
To: David Maughan <David.Maughan@davita.com>
Cc: Mike Staffieri <Mike.Staffieri@davita.com>; Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>; Robert Ho <Robert.Ho@davita.com>
Subject: Re: Updated Disaster Pay Policy and Cost Modeling

Makes sense to me.
Sent from my iPhone


On Sep 7, 2017, at 12:56 AM, David Maughan <David.Maughan@davita.com> wrote:

This makes sense to me too.

Thanks,

Dave

On Sep 6, 2017, at 10:55 PM, Mike Staffieri <Mike.Staffieri@davita.com> wrote:

I am ok with that

Sent from my iPhone

On Sep 6, 2017, at 10:10 PM, Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com> wrote:

Hi, Mike:

Thanks for responding so quickly.

I hear you on flexibility.  Here is the compromise we are proposing.

If we establish a policy that sets for the minimum that we are willing to commit to in any nationally declared disaster, we achieve the following objectives:

- Teammates who may have minimal to no communications capability
during a disaster know whether & how they will be paid;
- There will be a minimum level of consistency across geography and
demography in how we treat teammates who experience catastrophic

DAVITA_REPROD_000270

disaster;
- Operationally, we will be able to respond more quickly and with less spin in an emergency because we have a baseline from which to start;
- Create an up-front incentive for TMs who may have competing priorities (loved ones in peril, home damage, insurance claims to file) to show up for work because they know it will    financially benefit their family.

If you want to make the pay for teammates who can't report to work situation-specific and discretionary, we can definitely do that.

The policy would state that it is up to the DVP/Palmer to identify the disaster period for the market for pay purposes. We'll be explicit about that.

So could you live with the idea that the 1.5x pay would be policy as long as the disaster period would be up to the local leader as well as the decision about pay for people who are scheduled but say they can't report?  Dave and Kenny?

Eric


Eric Severson
Chief People Officer
DaVita Kidney Care
717 17th Street, 26th Floor | Denver, CO 80202
Office: (303) 876-6920 | x306920 | Cell: (415) 290-9677
eric.g.severson@davita.com

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

-----Original Message-----
From: Mike Staffieri
Sent: Wednesday, September 6, 2017 9:14 PM
To: Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>
Cc: David Maughan <David.Maughan@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>; Robert Ho <Robert.Ho@davita.com>
Subject: Re: Updated Disaster Pay Policy and Cost Modeling

I like flexibility... so will this be a formal policy or just a BDP that we can customize as needed going forward?  I would rather not have a formal policy.

How will disaster periods get defined and what flexibility can we maintain there?

Given our desire to motivate teammates to come to work, I would like to communicate the 1.5x pay portion but not communicate the getting paid for not making it to work until after so it is received as more of a surprise and generous gift.

Mike

Sent from my iPhone

DAVITA_REPROD_000271

On Sep 6, 2017, at 7:55 PM, Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com> wrote:

Mike and Dave, per our earlier conversation, attached are the following:


*       Executive Summary of Recommended Disaster Pay Policy & Cost Comparison to Hurricane Harvey Pay Policy

*       Cost modeling assumptions & detail

*       Draft Disaster Pay Policy

The above is the product of a cross-functional team of leaders from Finance, People Services, Clinical, and Payroll (Legal is reviewing currently).

After completing the costing exercise this evening, our recommended DKC pay policy is what is in the attached Executive Summary:


*       OT pay of time-and-a-half for hours worked during the designated disaster period

*       Regular pay for teammates scheduled to work in open clinics who can't make it to work during the designated disaster period

Our original recommendation included a requirement that TMs in open clinics who can't make it to work during the designated disaster period use 2 days of PTO before DKC would pay.  However, because the costing showed the $ impact per Division to be small ($164K) relative to the likely negative TM perception, we now recommend removing the requirement to use PTO.

Bottom line: applying the above recommendation to Hurricane Harvey would have saved DKC approximately $411K per Division.

WHAT WE NEED YOU TO WEIGH IN ON (as the new DKC standard policy):


1.      Do you agree with paying time-and-a-half for hours worked during the designated disaster period?

2.      Do you agree with paying TMs scheduled to work in open clinics who can't make it to work during the designated disaster period?

3.      Are you OK with NOT requiring TMs in #2 to use 2 days of PTO before DKC will pay them to stay home?

If you have other concerns/questions or if you want to discuss live, please let me know.  Otherwise, we will start working with Team Mercury on a communication plan once Legal has approved.

Thanks,

Eric

[cid:image001.png@01D29DB1.B6E467C0]
[People-Services-logo.png]Eric Severson Chief People Officer DaVita Kidney Care
717 17th Street, 26th Floor | Denver, CO 80202
Office: (303) 876-6920 | x306920 | Cell: (415) 290-9677

DAVITA_REPROD_000272

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

<image001.png>
<image002.png>
<2017-09-06 Disaster Pay Policy v2.pptx.awsec> <Copy of 2017-09-06
Natural disaster pay policy (002) v02.xlsx.awsec>
<DisasterReliefPolicy_09062017.docx.awsec>
<image003.png>

DAVITA_REPROD_000273

Message

| | |
|---|---|
| **From**: | Jeff Rieb [jeff.rieb@davita.com] |
| **Sent**: | 9/7/2017 1:15:32 AM |
| **To**: | Lin Whatcott [lin.whatcott@davita.com]; Robert Ho [robert.ho@davita.com] |
| **CC**: | Eric Severson (Chief People Officer) [eric.g.severson@davita.com] |
| **Subject**: | RE: 9/6/2017 - Natural Disaster Call Recap |
| **Attachments**: | 2017-09-06 Disaster Pay Policy v2.pptx; Copy of 2017-09-06 Natural disaster pay policy (002) v02.xlsx; image001.jpg |

Thanks all. We did capture the 2 PTO days only coming into play if the center is open.

Also thanks for the catch on $3.7M – Eric and I were just chatting about this on the phone and have now updated the attached deck with division level savings.

Including the Excel file as well, but no new changes were made on it.

Thanks,

Jeff

**From:** Lin Whatcott
**Sent:** Wednesday, September 6, 2017 7:09 PM
**To:** Robert Ho <Robert.Ho@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>
**Cc:** Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>
**Subject:** RE: 9/6/2017 - Natural Disaster Call Recap

So the savings to the village would be based upon how many centers are open, how many TM's stay home (take PTO) x 2 days.
So 1 TM (avg $28/hr x16hours) = $448 multiplied by the number of TMs in the disaster zone. If it were 100TM, then **$50k.** (I don't have a feel for the actual TM's in this situation for Harvery, for example).

I think that is the way I would frame it.

All for One!....

Lin

**Lin Whatcott**
**DaVita Inc.**
Team Evergreen North
Sr. Director of Corporate Accounting / Accountables
32275 32nd Avenue S., Federal Way, WA 98001
(253) 733-4523 office | (253) 377-0306 mobile



**From:** Robert Ho
**Sent:** Wednesday, September 06, 2017 6:00 PM
**To:** Jeff Rieb
**Cc:** Eric Severson (Chief People Officer); Lin Whatcott
**Subject:** Re: 9/6/2017 - Natural Disaster Call Recap

Lin brought up a good point that the 2 PTO days would only come into play if a center is open.

DAVITA_REPROD_000319

So it would be savings for the Village.

Defer to the team as to what everyone wants to do here.

On Sep 6, 2017, at 4:07 PM, Jeff Rieb <Jeff.Rieb@davita.com> wrote:

> Bob this is great and offers flexibility for use in various markets.  We'll reach out with any additional questions that may come up.
>
> Thanks again for the quick turnaround...
>
> Jeff
>
> **From:** Robert Ho
> **Sent:** Wednesday, September 6, 2017 4:18 PM
> **To:** Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>
> **Subject:** RE: 9/6/2017 - Natural Disaster Call Recap
>
> Eric / Jeff:
>
> Attached is a preliminary draft of the financial impact of the Disaster Pay Policy discussed.
>
> The financial impact of 2 days of PTO for a single division is estimated to be $165K.  Given the low dollar amount, I'm not sure we want to ask TMs for this under extreme circumstances; but I'll defer to you here.
>
> Happy to make any edits, and please don't hesitate to reach out with any questions.
>
> Thanks,
> Bob
>
> **From:** Eric Severson (Chief People Officer)
> **Sent:** Wednesday, September 6, 2017 11:05 AM
> **To:** Robert Ho <Robert.Ho@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>
> **Subject:** RE: 9/6/2017 - Natural Disaster Call Recap
>
> Awesome.  If one or both of you can be on the call with Mike, Dave, and Kenny later today in case there are questions about the modeling assumptions or follow up items, that would be great.
>
> Eric
>
> **<image001.png>**
> <image003.png>**Eric Severson**
> **Chief People Officer**
> **DaVita Kidney Care**
> 717 17th Street, 26th Floor | Denver, CO 80202
> Office: (303) 876-6920 | x306920 | Cell: (415) 290-9677
> eric.g.severson@davita.com

DAVITA_REPROD_000320

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

**From:** Robert Ho
**Sent:** Wednesday, September 6, 2017 12:04 PM
**To:** Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>
**Subject:** RE: 9/6/2017 - Natural Disaster Call Recap

Eric,

Makes sense. We'll model those scenarios once we get the data.

Thanks,
Bob

**From:** Eric Severson (Chief People Officer)
**Sent:** Wednesday, September 6, 2017 11:00 AM
**To:** Jeff Rieb <Jeff.Rieb@davita.com>; Robert Ho <Robert.Ho@davita.com>
**Subject:** RE: 9/6/2017 - Natural Disaster Call Recap

Jeff and Bob, for the costing, I think what would be most valuable for the call with Mike and Dave would be a comparison between what we actually are spending on disaster pay under the policy we used for Harvey (double time for time worked & full stay-home pay) vs. what we WOULD have paid under the go-forward policy we are proposing (time-and-a-half for time worked & using PTO for first 2 days). For the purposes of the modeling, I would assume that under the new policy, we would have chosen to pay Harvey TMs who stayed home longer than the first 2 days (i.e., TMs in Houston were paid up to 5 days if they couldn't get to work; in our modeling of the new policy, I would assume they get paid for 3 of the 5 days, and the other 2 are PTO).

Will this work?

Thanks for the partnership, guys!

Eric

**<image001.png>**
<image005.png>**Eric Severson**
**Chief People Officer**
**DaVita Kidney Care**
717 17th Street, 26th Floor | Denver, CO 80202
Office: (303) 876-6920 | x306920 | Cell: (415) 290-9677
eric.g.severson@davita.com

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you

DAVITA_REPROD_000321

have received this communication in error, please notify the sender immediately by email and delete the original message.

**From:** Jeff Rieb
**Sent:** Wednesday, September 6, 2017 11:46 AM
**To:** Shenee Rayford <Shenee.Rayford@davita.com>; Tiffany Marsalis <Tiffany.Marsalis@davita.com>; Michael Laird <Michael.Laird@davita.com>; Cynthia Baxter <Cynthia.Baxter@davita.com>; Susan Rutherford <Susan.Rutherford@davita.com>; Jennifer Scharff <Jennifer.Scharff@davita.com>; Toni Prockish <Toni.Prockish@davita.com>; Lin Whatcott <Lin.Whatcott@davita.com>; Scott Stewart <Scott.Stewart@davita.com>; Robert Ho <Robert.Ho@davita.com>; Lori Horstmann <Lori.Horstmann@davita.com>; Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>
**Subject:** RE: 9/6/2017 - Natural Disaster Call Recap

Payroll Workstream:
- No new issues to address
- Communication has been sent out to DVPs and job aid was sent to FAs for the Scheduled, Not Worked TM  hours.

Policy Workstream:
- Need to follow-up on items:
  - Travel supporting teammates
  - Scheduled, not worked
    - Distinguish between facility closing and teammates that cannot get in to work
      - POV on call – varies
        - May impact other policies (Atlas offices)
        - Need to have a differentiation between inclement weather vs. national disaster declaration
        - Perhaps using own PTO benefit for a couple days and if it goes over a certain amount of time, some other benefit program would kick in.  If teammate doesn't have PTO, could go through PTO donation program
          - Seems reasonable for teammates to use 2 PTO days as a way to incentivize them to work if at all possible
        - Stricter policy and then allow operators to make a judgment call
          - Guidance to encourage consistency in the village.
        - <mark>ACTION:</mark> Kay Kargul – if we do have a minimum PTO days used requirement could DVN consider "reimbursement for teammates" retroactively
      - Skeleton would be:
        - If closed – paid for scheduled hours
        - Open and scheduled to work – use PTO for up to 2 days if unable to make it into work.  If extends longer than 2 days, local leadership and national disaster governance council will make the call on whether additional benefit would be extended.
- Need costing for Houston sooner rather than later
  - Modeling of both options 1.5x and double-time
  - Paying for staying home and need to have a recommendation (scheduled, not worked)

Solid draft ready by end of the day.  Call team and legal would need to review.
- <mark>ACTION</mark>: Communications partner needed (Kate Stabrawa?)

DAVITA_REPROD_000322

==Set-up a 15 minute call with Dave/Mike to go over initial policy. Target by 3pm today for initial draft of the policy/talking points to Eric from Susan.==

Additional talking points:
- o Incentivize to come to work, but have a safety net just in case they can't
- o Ease of operationalization – using state overtime standard

---

**From:** Jeff Rieb
**Sent:** Tuesday, September 5, 2017 4:29 PM
**To:** Shenee Rayford <Shenee.Rayford@davita.com>; Tiffany Marsalis <Tiffany.Marsalis@davita.com>; Michael Laird <Michael.Laird@davita.com>; Cynthia Baxter <Cynthia.Baxter@davita.com>; Susan Rutherford <Susan.Rutherford@davita.com>; Jennifer Scharff <Jennifer.Scharff@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>; Toni Prockish <Toni.Prockish@davita.com>; Lin Whatcott <Lin.Whatcott@davita.com>; Scott Stewart <Scott.Stewart@davita.com>; Robert Ho <Robert.Ho@davita.com>; Lori Horstmann <Lori.Horstmann@davita.com>
**Subject:** 9/5/2017 - Natural Disaster Call Recap

Good afternoon,

Below is a recap of our call from this morning.  During tomorrow's call we will check-in to see if there are any new pay related questions and then focus the majority of the time on the natural disaster protocol (short-term policy) discussion.

Current Pay Issues Workstream:
- Dedicated payroll resource – determined to not be necessary.
  - o ACTION:          Continue to monitor feedback.
- Scheduled but not worked – job aid requested to provide to FAs.
  - o ACTION:          Payroll team to provide to Shenee by EOD 9/5/17 - COMPLETED
- Disaster relief notification sunsetting.
  - o ACTION:          Shenee to review with leadership team during afternoon call. - COMPLETED
- Communication Plan
  - o DVPs have been provided talking points to **verbally** share with their RODs/FAs
  - o FAs to receive job aid noted above
- Double Time and handling of Shift Differential
  - o ACTION:          Shenee to discuss with local leadership team for this situation
    - ▪ DECISION:          Include shift diff in double time calculation
- Expedited Per Diem Process – NOT REQUIRED – LOCAL LEADERS NO LONGER NEED
  - o Process has been developed and are awaiting listing from local leaders
  - o Susan's team in the Welcome Wagon is ready and on standby to address as soon as available
  - o Preliminary estimate is between 20-25 people
  - o ACTION:          Susan to follow-up with Legal | **Redacted – ACP** |

Policy/Protocol Workstream:
- Looking to develop something in the short term, prior to Irma and there are some items that will need to be evaluated over the next few weeks for the longer term.  Goal is to establish minimum standards.
  - o Short Term
    - ▪ Premium Pay Rate:
      - • Consensus around using verbiage similar to other policies. "Match your state's maximum overtime pay."
      - • Consideration of benchmark of competitors (may fall in to long-term)

DAVITA_REPROD_000323

- - Clear notation of who this applies to. (e.g. – this does not apply to volunteer support teammates)
  - Handling of "scheduled, not reporting":
    - Fairly complex and did not reach consensus.
    - Follow-up Item – Bob Ho and review cost implications with current situation in Houston around this amount of pay.
- o Long Term
  - Handling compensation/incentives for TMs Supporting from out of market
  - Handling of shift differential. Do we do something different than what is being done with Harvey?
  - Expedited Per Diem Process

Thanks again for your support and participation on the call. Talk to you tomorrow.

Jeff

**Jeff Rieb, SPHR, SHRM-SCP**
**Chief of Staff and Senior Director of Strategy**
People Services

**DaVita Kidney Care**
717 17th St | Denver, CO 80202
(303) 876-7484 office
(303) 717-8714 cell

Message

| | |
|---|---|
| **From**: | Eric Severson (Chief People Officer) [eric.g.severson@davita.com] |
| **Sent**: | 9/7/2017 5:08:06 AM |
| **To**: | Kenny Gardner [kenny.gardner@davita.com] |
| **CC**: | David Maughan [david.maughan@davita.com]; Mike Staffieri [mike.staffieri@davita.com]; Jeff Rieb [jeff.rieb@davita.com]; Robert Ho [robert.ho@davita.com] |
| **Subject**: | Re: Updated Disaster Pay Policy and Cost Modeling |

Ok. Great. Thanks, everyone. Lmk if you feel differently in the AM after you sleep on it, and we will proceed accordingly.

Have a great night.

Eric

Eric Severson
Chief People Officer
DaVita Kidney Care
717 17th Street, 26th Floor
Denver, CO 80202
eric.g.severson@davita.com
Office: (303) 876-6920
Cell: +1 (415) 290-9677

On Sep 6, 2017, at 11:02 PM, Kenny Gardner <kenny.gardner@davita.com> wrote:

> Makes sense to me.  Will call you tomorrow to get smarter from the additional context in Texas.
>
> Sent from my iPhone
>
> On Sep 7, 2017, at 12:56 AM, David Maughan <David.Maughan@davita.com> wrote:
>
>> This makes sense to me too.
>>
>> Thanks,
>>
>> Dave
>>
>>> On Sep 6, 2017, at 10:55 PM, Mike Staffieri <Mike.Staffieri@davita.com> wrote:
>>>
>>> I am ok with that
>>>
>>> Sent from my iPhone

On Sep 6, 2017, at 10:10 PM, Eric Severson (Chief
People Officer) <Eric.G.Severson@davita.com>
wrote:

Hi, Mike:

Thanks for responding so quickly.

I hear you on flexibility.  Here is the compromise
we are proposing.

If we establish a policy that sets for the minimum
that we are willing to commit to in any nationally
declared disaster, we achieve the following
objectives:

- Teammates who may have minimal to no
communications capability during a disaster know
whether & how they will be paid;

- There will be a minimum level of consistency
across geography and demography in how we treat
teammates who experience catastrophic disaster;

- Operationally, we will be able to respond more
quickly and with less spin in an emergency because
we have a baseline from which to start;

- Create an up-front incentive for TMs who may
have competing priorities (loved ones in peril, home
damage, insurance claims to file) to show up for
work because they know it will    financially benefit
their family.

If you want to make the pay for teammates who
can't report to work situation-specific and
discretionary, we can definitely do that.

The policy would state that it is up to the
DVP/Palmer to identify the disaster period for the
market for pay purposes.  We'll be explicit about
that.

So could you live with the idea that the 1.5x pay
would be policy as long as the disaster period would
be up to the local leader as well as the decision
about pay for people who are scheduled but say
they can't report?  Dave and Kenny?

DAVITA_000343

Eric


Eric Severson

Chief People Officer

DaVita Kidney Care

717 17th Street, 26th Floor | Denver, CO 80202

Office: (303) 876-6920 | x306920 | Cell: (415) 290-9677

eric.g.severson@davita.com


CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.


-----Original Message-----

From: Mike Staffieri

Sent: Wednesday, September 6, 2017 9:14 PM

To: Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>

Cc: David Maughan <David.Maughan@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>; Robert Ho <Robert.Ho@davita.com>

Subject: Re: Updated Disaster Pay Policy and Cost Modeling


I like flexibility... so will this be a formal policy or just a BDP that we can customize as needed going forward?  I would rather not have a formal policy.


How will disaster periods get defined and what flexibility can we maintain there?

Given our desire to motivate teammates to come to work, I would like to communicate the 1.5x pay portion but not communicate the getting paid for not making it to work until after so it is received as more of a surprise and generous gift.

Mike

Sent from my iPhone

On Sep 6, 2017, at 7:35 PM, Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com> wrote:

Mike and Dave, per our earlier conversation, attached are the following:

* Executive Summary of Recommended Disaster Pay Policy & Cost Comparison to Hurricane Harvey Pay Policy

* Cost modeling assumptions & detail

* Draft Disaster Pay Policy

The above is the product of a cross-functional team of leaders from Finance, People Services, Clinical, and Payroll **Redacted – ACP**
**Redacted – ACP**

After completing the costing exercise this evening, our recommended DKC pay policy is what is in the attached Executive Summary:

\*      OT pay of time-and-a-half for hours worked during the designated disaster period

\*      Regular pay for teammates scheduled to work in open clinics who can't make it to work during the designated disaster period

Our original recommendation included a requirement that TMs in open clinics who can't make it to work during the designated disaster period use 2 days of PTO before DKC would pay.  However, because the costing showed the $ impact per Division to be small ($164K) relative to the likely negative TM perception, we now recommend removing the requirement to use PTO.

Bottom line: applying the above recommendation to Hurricane Harvey would have saved DKC approximately $411K per Division.

WHAT WE NEED YOU TO WEIGH IN ON (as the new DKC standard policy):

1.     Do you agree with paying time-and-a-half for hours worked during the designated disaster period?

2.     Do you agree with paying TMs scheduled to work in open clinics who can't make it to work during the designated disaster period?

3.     Are you OK with NOT requiring TMs in #2 to use 2 days of PTO before DKC will pay them to stay home?

DAVITA_000346

If you have other concerns/questions or if you want to discuss live, please let me know. **Redacted – ACP**

# Redacted – ACP

Thanks,

Eric

[cid:image001.png@01D29DB1.B6E467C0]

[People-Services-logo.png]Eric Severson Chief People Officer DaVita

Kidney Care

717 17th Street, 26th Floor | Denver, CO 80202

Office: (303) 876-6920 | x306920 | Cell: (415) 290-9677

eric.g.severson@davita.com

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

<image001.png>

<image002.png>

<2017-09-06 Disaster Pay Policy v2.pptx.awsec> <Copy of 2017-09-06

Natural disaster pay policy (002) v02.xlsx.awsec>

DAVITA_000347

<DisasterReliefPolicy_09062017.do
cx.awsec>

<image003.png>

DAVITA_000348

| | |
|---|---|
| **From:** | Jeff Rieb |
| **To:** | Vicki Strayer; Kate Stabrawa; Eric Severson (Chief People Officer) |
| **CC:** | Bob Dority; Susan Rutherford; Jennifer Scharff; Jenna Bergmann; Christina Curtis |
| **Sent:** | 9/8/2017 10:45:25 PM |
| **Subject:** | RE: Comp policy DDN story |
| **Attachments:** | DisasterReliefPolicy.pdf |

I'm good with including the TMSC on this communication.  That being said, we would need to do some training with them early next week on the policy.

Jen/Jenna/Christina –

This would be included in Wednesday's DDN.

Would there be a good time to go over this with them?

Thanks,

Jeff

**From:** Vicki Strayer
**Sent:** Friday, September 8, 2017 4:26 PM
**To:** Jeff Rieb <Jeff.Rieb@davita.com>; Kate Stabrawa <kate.stabrawa@davita.com>; Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>
**Cc:** Bob Dority <Bob.Dority@davita.com>; Susan Rutherford <Susan.Rutherford@davita.com>
**Subject:** RE: Comp policy DDN story
**Importance:** High

Jeff,

Attached is the PDF version of the policy. Also the path to the PS page:

Document Link:
https://intranet.davita.com/Depts/PeopleServices/policies/Documents/DisasterReliefPolicy.pdf

I will let the team know that emails may be coming their way.  Should we also add the Teammate Support phone line?

We added the policy to the VillageWeb PS page under teammate policies for now.  We are working with our vendor to update the electronic version of the policies and plan to have it loaded by Thursday into the electronic version.


**Vicki Strayer**
Manager, People Services | Welcome Wagon

**DaVita Kidney Care**
1551 Wewatta Street| Denver, CO 80202
(303) 876-6089 office | (888) 225-2987 fax



CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are

not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

**From:** Jeff Rieb
**Sent:** Friday, September 8, 2017 2:54 PM
**To:** Kate Stabrawa <kate.stabrawa@davita.com>; Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>
**Cc:** Vicki Strayer <Vicki.Strayer@davita.com>
**Subject:** RE: Comp policy DDN story

How about this?  And can we link to the policy once Vicki posts it?

**Disaster relief policy added**
Due to recent storms, a disaster relief policy has been added to Teammate Policies.  In impacted areas, during designated periods, all non-exempt TMs who work will receive time 1.5X their standard wages. For questions, please contact teammatepolicies@davita.com.


Thanks,

Jeff

**From:** Kate Stabrawa
**Sent:** Friday, September 8, 2017 2:36 PM
**To:** Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>; Jeff Rieb <Jeff.Rieb@davita.com>
**Subject:** Comp policy DDN story

**Disaster compensation policy revised**
Due to recent storms, People Services has revised its disaster compensation policy. All non-exempt TMs who work in impacted areas, during designated periods, will receive time 1.5X their standard wages. For questions, reach XXXXX@davita.com.

Jeff, Eric – who can they contact for comp questions? Is the above okay?

**Kate Stabrawa**
Director, Communications

2000 16th St. | Denver, CO 80202
(303) 876-7527 office | (720) 318-4080 mobile



Our latest Today's Kidney Diet cookbook brings a team of winning dishes to your next sports gathering. Download Game Day Recipes for free!



# 4.12 DISASTER RELIEF POLICY

Printed copies are for reference only. Please refer to the electronic copy for the latest version. The electronic version supersedes all previously related policies.

The Disaster Relief Policy provides for pay continuance during an emergency timeframe when a declared emergency or natural disaster prevents teammates from performing their regular duties. A declared emergency or natural disaster shall be proclaimed by either the President of the United States, a state Governor or other elected official. In the event of a state or federally declared natural disaster, this policy provides information relative to pay practices, work schedules, and facility coverage. This policy supersedes and replaces any past practice or policy relating to pay practices, work schedules and facility coverage in the event of a declared emergency or natural disaster.

The language used in this policy is not intended to constitute a contract of employment, either express or implied, to give teammates any additional rights to continued employment, pay or benefits, or to otherwise change DaVita's policy of at-will employment.

## Emergency Timeframe

Emergency timeframe will be identified on a case by case basis by local leadership (DVP and Palmer) and the Disaster Governance Council*, dependent on the severity of the disaster and location.

## Pay practice for non-exempt teammates:

If a facility or office is closed due to a declared emergency or natural disaster, non-exempt teammates will be paid for their regularly scheduled hours at their regular rate of pay during the designated emergency timeframe.

If a facility or office opens late or closes early due to a declared emergency or natural disaster, teammates will be notified promptly of the approved opening or closing time. Non-exempt teammates who arrive or leave at that approved opening or closing time will be paid their hourly rate of pay for their regularly scheduled hours, unless state law provides otherwise. Any non-exempt teammate who arrives at work after the approved opening time or leaves work before the approved closing time will be paid only for the time actually worked, in which case, it is the teammate's option to use PTO or receive no pay for the hours not worked.

If a facility or office is open during the designated emergency timeframe, teammates who report to their location and work their scheduled hours will be paid premium pay for all hours worked. Unless state law requires otherwise, premium pay will be one-and-one-half (1.5) times the teammate's regular rate of pay.

DAVITA_000829



Non-exempt teammates who are unable to report to their facility or office should not perform any work remotely unless approved by supervisor.  If any work is done remotely, teammates must report and record all time worked and will be paid at their regular rate of pay.

This policy is not a complete and comprehensive policy. DaVita reserves the right to interpret, amend, modify, supersede or eliminate these policies.

*Disaster Governance Council will be establish within a broader policy. Please refer to the VillageWeb for further information.

DAVITA_000830

| | |
|---|---|
| **From:** | Kenny Gardner |
| **To:** | Debbie Wolfe; Carley St. Clair; Erica Edwards; Colleen Arthur; Jeremy Eaves |
| **Sent:** | 3/17/2020 3:54:49 PM |
| **Subject:** | RE: Interview Process Recommendations Updated |

The answer is no.          **Redacted – ACP**

**Redacted – ACP**

Kenny

**From:** Debbie Wolfe
**Sent:** Tuesday, March 17, 2020 9:53 AM
**To:** Kenny Gardner <kenny.gardner@davita.com>; Carley St. Clair <Carley.StClair@davita.com>; Erica Edwards <Erica.Edwards@davita.com>
**Subject:** RE: Interview Process Recommendations Updated

Essentially, TMs are beginning to ask if the disaster relief policy would be in effect given the fact that the President has declared an emergency.

Below is an excerpt from the policy outlining conditions for 50% premium pay. Some feel it could be interpreted that all facilities should get 50% premium pay given the national disaster declaration.

Questions have surfaced from Titan and now Endeavor

**If a designated facility or business office is open during the emergency time frame, teammates who report to their location and work their scheduled hours will be paid premium pay for all hours worked. Unless state law requires otherwise, premium pay will be one-and-one-half (1.5) times the teammate's base rate of pay.**

**Non-exempt traveling teammates, as part of the Disaster Volunteer Group, who provide shift coverage at sites assigned by local Leadership will be paid a 50 percent premium for all compensable straight time hours, including travel time.**

## 4.12 Disaster Relief Policy

The Disaster Relief Policy provides for pay continuance during an emergency time frame when a declared emergency or natural disaster prevents teammates from performing their regular duties. A declared emergency or natural disaster shall be proclaimed by either the President of the United States, a state Governor or other elected official, or if local leadership (DVP/Palmer) deems it appropriate. In the event of a state or federally

declared natural disaster, this policy provides information relative to pay practices, work schedules, and facility or business office coverage. This policy supersedes and replaces any past practice or policy relating to pay practices, work schedules, and facility coverage in the event of a declared emergency or natural disaster.

The language used in this policy is not intended to constitute a contract of employment, either express or implied, to give teammates any additional rights to continued employment, pay or benefits, or to otherwise change DaVita's policy of at-will employment.

EMERGENCY TIME FRAME

The emergency time frame (and affected facility or business office) will be identified on a case-by-case basis by local leadership (DVP, GVP and PSD) and the Disaster Governance Council, dependent on the severity of the disaster and location.

PAY PRACTICE FOR NON-EXEMPT TEAMMATES

If a facility or business office is closed due to a declared emergency or natural disaster as defined above, non-exempt teammates will be paid for their regularly scheduled hours at their base rate of pay during the designated emergency time frame.

If a facility or business office opens late or closes early due to a declared emergency or natural disaster as defined above, teammates will be notified promptly of the approved opening or closing time. Nonexempt teammates who arrive or leave at that approved opening or closing time will be paid their hourly rate of pay for their regularly scheduled hours, unless state law provides otherwise. Any non-exempt teammate who arrives at work after the approved opening time or leaves work before the approved closing time will be paid only for the time actually worked, in which case, the teammate should utilize PTO in accordance with the regular PTO Policy.

**If a designated facility or business office is open during the emergency time frame, teammates who report to their location and work their scheduled hours will be paid**

**premium pay for all hours worked. Unless state law requires otherwise, premium pay will be one-and-one-half (1.5) times the teammate's base rate of pay.**

**Non-exempt traveling teammates, as part of the Disaster Volunteer Group, who provide shift coverage at sites assigned by local Leadership will be paid a 50 percent premium for all compensable straight time hours, including travel time.**

If a designated facility or business office is open during the emergency time frame and teammates are unable to work, teammates should utilize PTO in accordance with the PTO policy.

Non-exempt teammates who are unable to report to their facility or business office should not perform any work remotely unless approved by a supervisor. If any work is done remotely, teammates must report time worked via time stamps in the timekeeping system and will be paid accordingly.

## 4.3 Overtime Pay

Non-exempt teammates may be required to work overtime, depending on patient or business needs, consistent with state laws (see Teammate Classifications policy).
Non-exempt teammates will be paid one-and-one-half times their regular rate of pay for hours worked in excess of 40 in any workweek. The workweek begins at 12:00 a.m. on Sunday morning and ends at 11:59 p.m. on the following Saturday night. Absences (with or without pay) will not count as hours worked in computing overtime pay.
In certain locations, state or local regulations or other contractual agreements may supersede this policy and require overtime to be paid differently.
All overtime must be authorized in advance by the teammate's supervisor. If teammates work unauthorized overtime, they will be subject to disciplinary action, up to and including

**From:** Kenny Gardner <kenny.gardner@davita.com>
**Sent:** Tuesday, March 17, 2020 10:23 AM
**To:** Debbie Wolfe <Debbie.Wolfe@davita.com>; Carley St. Clair <Carley.StClair@davita.com>; Erica Edwards

<Erica.Edwards@davita.com>
**Subject:** RE: Interview Process Recommendations Updated

What is disaster pay policy?


**From:** Debbie Wolfe
**Sent:** Tuesday, March 17, 2020 9:22 AM
**To:** Carley St. Clair <Carley.StClair@davita.com>; Kenny Gardner <kenny.gardner@davita.com>; Erica Edwards <Erica.Edwards@davita.com>
**Subject:** RE: Interview Process Recommendations Updated

Do we also have disaster pay policy on the list?

Redacted

Redacted

DAVITA_003117

Redacted



DAVITA_003118

Redacted



DAVITA_003119

| From: | Debbie Wolfe |
|---|---|
| To: | Jeremy Eaves; Oliver McKinstry |
| CC: | Shawn Zuckerman |
| Sent: | 3/17/2020 4:27:08 PM |
| Subject: | Disaster policy/ pay questions |

FYI below- I'm thinking we should add a question/answer about this to the FAQs: Oliver, I know you were looped in over the last couple of days regarding disaster pay. Essentially, questions are starting to bubble up around premium pay during disaster/emergencies. Relevant part of the policy is captured in email trail below:

My stab:
The Disaster Policy is in place to ensure teammates are supported when a declared emergency or natural disaster prevents teammates from performing
their regular duties. While the corona virus has introduced complexities to our normal daily operations in caring for our patients, our centers remain open and teammates are able to continue caring for our patients.

We could probably add more to this but the more I added, the less effective my argument became. The problem is the wording around Emergency declaration- if the policy simply referred to natural disasters, it would be clear cut.

You guys are experts at this- feel free to take any or none of my attempt

**From:** Kenny Gardner <kenny.gardner@davita.com>
**Sent:** Tuesday, March 17, 2020 10:55 AM
**To:** Debbie Wolfe <Debbie.Wolfe@davita.com>; Carley St. Clair <Carley.StClair@davita.com>; Erica Edwards <Erica.Edwards@davita.com>; Colleen Arthur <Colleen.Arthur@davita.com>; Jeremy Eaves <Jeremy.Eaves@davita.com>
**Subject:** RE: Interview Process Recommendations Updated

The answer is no. **REDACTED ACP**
**REDACTED ACP**

Kenny

**From:** Debbie Wolfe
**Sent:** Tuesday, March 17, 2020 9:53 AM
**To:** Kenny Gardner <kenny.gardner@davita.com>; Carley St. Clair <Carley.StClair@davita.com>; Erica Edwards <Erica.Edwards@davita.com>
**Subject:** RE: Interview Process Recommendations Updated

Essentially, TMs are beginning to ask if the disaster relief policy would be in effect given the fact that the President has declared an emergency.

Below is an excerpt from the policy outlining conditions for 50% premium pay. Some feel it could be interpreted that all facilities should get 50% premium pay given the national disaster declaration.

Questions have surfaced from Titan and now Endeavor

**If a designated facility or business office
is open during the emergency time frame,
teammates who report to their location
and work their scheduled hours will be paid
premium pay for all hours worked. Unless state
law requires otherwise, premium pay will be
one-and-one-half (1.5) times the teammate's**

DAVITA_003131

**base rate of pay.**

**Non-exempt traveling teammates, as part of the Disaster Volunteer Group, who provide shift coverage at sites assigned by local Leadership will be paid a 50 percent premium for all compensable straight time hours, including travel time.**

## 4.12 Disaster Relief Policy

The Disaster Relief Policy provides for pay continuance during an emergency time frame when a declared emergency or natural disaster prevents teammates from performing their regular duties. A declared emergency or natural disaster shall be proclaimed by either the President of the United States, a state Governor or other elected official, or if local leadership (DVP/Palmer) deems it appropriate. In the event of a state or federally declared natural disaster, this policy provides information relative to pay practices, work schedules, and facility or business office coverage. This policy supersedes and replaces any past practice or policy relating to pay practices, work schedules, and facility coverage in the event of a declared emergency or natural disaster.

The language used in this policy is not intended to constitute a contract of employment, either express or implied, to give teammates any additional rights to continued employment, pay or benefits, or to otherwise change DaVita's policy of at-will employment.

EMERGENCY TIME FRAME
The emergency time frame (and affected facility or business office) will be identified on a case-by-case basis by local leadership (DVP, GVP and PSD) and the Disaster Governance Council, dependent on the severity of the disaster and location.

PAY PRACTICE FOR NON-EXEMPT TEAMMATES
If a facility or business office is closed due to a declared emergency or natural disaster as defined above, non-exempt teammates will be paid for their regularly scheduled hours at their base rate of pay during the designated emergency time frame.

DAVITA_003132

If a facility or business office opens late or closes early due to a declared emergency or natural disaster as defined above, teammates will be notified promptly of the approved opening or closing time. Nonexempt teammates who arrive or leave at that approved opening or closing time will be paid their hourly rate of pay for their regularly scheduled hours, unless state law provides otherwise. Any non-exempt teammate who arrives at work after the approved opening time or leaves work before the approved closing time will be paid only for the time actually worked, in which case, the teammate should utilize PTO in accordance with the regular PTO Policy.

**If a designated facility or business office is open during the emergency time frame, teammates who report to their location and work their scheduled hours will be paid premium pay for all hours worked. Unless state law requires otherwise, premium pay will be one-and-one-half (1.5) times the teammate's base rate of pay.**

**Non-exempt traveling teammates, as part of the Disaster Volunteer Group, who provide shift coverage at sites assigned by local Leadership will be paid a 50 percent premium for all compensable straight time hours, including travel time.**

If a designated facility or business office is open during the emergency time frame and teammates are unable to work, teammates should utilize PTO in accordance with the PTO policy.

Non-exempt teammates who are unable to report to their facility or business office should not perform any work remotely unless approved by a supervisor. If any work is done remotely, teammates must report time worked via time stamps in the timekeeping system and will be paid accordingly.

## 4.3 Overtime Pay

Non-exempt teammates may be required to work overtime, depending on patient or business needs, consistent with state laws (see Teammate Classifications policy).
Non-exempt teammates will be paid one-and-one-half times their regular rate of pay for

DAVITA_003133

hours worked in excess of 40 in any workweek. The workweek begins at 12:00 a.m. on Sunday morning and ends at 11:59 p.m. on the following Saturday night. Absences (with or without pay) will not count as hours worked in computing overtime pay.

In certain locations, state or local regulations or other contractual agreements may supersede this policy and require overtime to be paid differently.

All overtime must be authorized in advance by the teammate's supervisor. If teammates work unauthorized overtime, they will be subject to disciplinary action, up to and including

**From:** Kenny Gardner <kenny.gardner@davita.com>
**Sent:** Tuesday, March 17, 2020 10:23 AM
**To:** Debbie Wolfe <Debbie.Wolfe@davita.com>; Carley St. Clair <Carley.StClair@davita.com>; Erica Edwards <Erica.Edwards@davita.com>
**Subject:** RE: Interview Process Recommendations Updated

What is disaster pay policy?

**From:** Debbie Wolfe
**Sent:** Tuesday, March 17, 2020 9:22 AM
**To:** Carley St. Clair <Carley.StClair@davita.com>; Kenny Gardner <kenny.gardner@davita.com>; Erica Edwards <Erica.Edwards@davita.com>
**Subject:** RE: Interview Process Recommendations Updated

Do we also have disaster pay policy on the list?

**From:** Carley St. Clair <Carley.StClair@davita.com>
**Sent:** Tuesday, March 17, 2020 9:13 AM
**To:** Debbie Wolfe <Debbie.Wolfe@davita.com>; Kenny Gardner <kenny.gardner@davita.com>; Erica Edwards <Erica.Edwards@davita.com>
**Subject:** RE: Interview Process Recommendations Updated

I have this on our leads check in agenda for this morning.

Thanks!

REDACTED

REDACTED

REDACTED



DAVITA_003136

REDACTED



DAVITA_003137

| | |
|---|---|
| **From:** | Debbie Wolfe |
| **To:** | Jeremy Eaves; Oliver McKinstry |
| **CC:** | Shawn Zuckerman |
| **Sent:** | 3/17/2020 4:27:08 PM |
| **Subject:** | Disaster policy/ pay questions |

FYI below-  I'm thinking we should add a question/answer about this to the FAQs:  Oliver, I know you were looped in over the last couple of days regarding disaster pay.  Essentially, questions are starting to bubble up around premium pay during disaster/emergencies.  Relevant part of the policy is captured in email trail below:

My stab:
The Disaster Policy is in place to ensure teammates are supported when a declared emergency or natural disaster prevents teammates from performing their regular duties.  While the corona virus has introduced complexities to our normal daily operations in caring for our patients, our centers remain open and teammates are able to continue caring for our patients.

We could probably add more to this but the more I added, the less effective my argument became.  The problem is the wording around Emergency declaration- if the policy simply referred to natural disasters, it would be clear cut.

You guys are experts at this-  feel free to take any or none of my attempt

**From:** Kenny Gardner <kenny.gardner@davita.com>
**Sent:** Tuesday, March 17, 2020 10:55 AM
**To:** Debbie Wolfe <Debbie.Wolfe@davita.com>; Carley St. Clair <Carley.StClair@davita.com>; Erica Edwards <Erica.Edwards@davita.com>; Colleen Arthur <Colleen.Arthur@davita.com>; Jeremy Eaves <Jeremy.Eaves@davita.com>
**Subject:** RE: Interview Process Recommendations Updated

The answer is no.                                        Redacted
Redacted

Kenny

**From:** Debbie Wolfe
**Sent:** Tuesday, March 17, 2020 9:53 AM
**To:** Kenny Gardner <kenny.gardner@davita.com>; Carley St. Clair <Carley.StClair@davita.com>; Erica Edwards <Erica.Edwards@davita.com>
**Subject:** RE: Interview Process Recommendations Updated

Essentially,  TMs are beginning to ask if the disaster relief policy would be in effect given the fact that the President has declared an emergency.

Below is an excerpt from the policy outlining conditions for 50% premium pay. Some feel it could be interpreted that all facilities should get 50% premium pay given the national disaster declaration.

**If a designated facility or business office is open during the emergency time frame, teammates who report to their location and work their scheduled hours will be paid premium pay for all hours worked. Unless state law requires otherwise, premium pay will be one-and-one-half (1.5) times the teammate's base rate of pay.**

**Non-exempt traveling teammates, as part of the Disaster Volunteer Group, who provide shift coverage at sites assigned by local Leadership will be paid a 50 percent premium for all compensable straight time hours, including travel time.**

## 4.12 Disaster Relief Policy

The Disaster Relief Policy provides for pay continuance during an emergency time frame when a declared emergency or natural disaster prevents teammates from performing their regular duties. A declared emergency or natural disaster shall be proclaimed by either the President of the United States, a state Governor or other elected official, or if local leadership (DVP/Palmer) deems it appropriate. In the event of a state or federally declared natural disaster, this policy provides information relative to pay practices, work schedules, and facility or business office coverage. This policy supersedes and replaces any past practice or policy relating to pay practices, work schedules, and facility coverage in the event of a declared emergency or natural disaster.

The language used in this policy is not intended to constitute a contract of

DAVITA_003156

employment, either express or implied, to give teammates any additional rights to continued employment, pay or benefits, or to otherwise change DaVita's policy of at-will employment.

## EMERGENCY TIME FRAME

The emergency time frame (and affected facility or business office) will be identified on a case-by-case basis by local leadership (DVP, GVP and PSD) and the Disaster Governance Council, dependent on the severity of the disaster and location.

## PAY PRACTICE FOR NON-EXEMPT TEAMMATES

If a facility or business office is closed due to a declared emergency or natural disaster as defined above, non-exempt teammates will be paid for their regularly scheduled hours at their base rate of pay during the designated emergency time frame.

If a facility or business office opens late or closes early due to a declared emergency or natural disaster as defined above, teammates will be notified promptly of the approved opening or closing time. Nonexempt teammates who arrive or leave at that approved opening or closing time will be paid their hourly rate of pay for their regularly scheduled hours, unless state law provides otherwise. Any non-exempt teammate who arrives at work after the approved opening time or leaves work before the approved closing time will be paid only for the time actually worked, in which case, the teammate should utilize PTO in accordance with the regular PTO Policy.

**If a designated facility or business office is open during the emergency time frame,**

DAVITA_003157

**teammates who report to their location and work their scheduled hours will be paid premium pay for all hours worked. Unless state law requires otherwise, premium pay will be one-and-one-half (1.5) times the teammate's base rate of pay.**

**Non-exempt traveling teammates, as part of the Disaster Volunteer Group, who provide shift coverage at sites assigned by local Leadership will be paid a 50 percent premium for all compensable straight time hours, including travel time.**

If a designated facility or business office is open during the emergency time frame and teammates are unable to work, teammates should utilize PTO in accordance with the PTO policy.

Non-exempt teammates who are unable to report to their facility or business office should not perform any work remotely unless approved by a supervisor. If any work is done remotely, teammates must report time worked via time stamps in the timekeeping system and will be paid accordingly.

## 4.3 Overtime Pay

Non-exempt teammates may be required to work overtime, depending on patient or business needs, consistent with state laws (see Teammate Classifications policy). Non-exempt teammates will be paid one-andone-half times their regular rate of pay for hours worked in excess of 40 in any workweek. The workweek begins at 12:00 a.m. on Sunday morning and ends at 11:59 p.m. on the following Saturday night. Absences (with or without pay) will not count as hours worked in computing overtime pay.

DAVITA_003158

In certain locations, state or local regulations or
other contractual agreements may supersede
this policy and require overtime to be
paid differently.
All overtime must be authorized in advance by
the teammate's supervisor. If teammates work
unauthorized overtime, they will be subject
to disciplinary action, up to and including

**From:** Kenny Gardner <kenny.gardner@davita.com>
**Sent:** Tuesday, March 17, 2020 10:23 AM
**To:** Debbie Wolfe <Debbie.Wolfe@davita.com>; Carley St. Clair <Carley.StClair@davita.com>; Erica Edwards <Erica.Edwards@davita.com>
**Subject:** RE: Interview Process Recommendations Updated

What is disaster pay policy?

**From:** Debbie Wolfe
**Sent:** Tuesday, March 17, 2020 9:22 AM
**To:** Carley St. Clair <Carley.StClair@davita.com>; Kenny Gardner <kenny.gardner@davita.com>; Erica Edwards <Erica.Edwards@davita.com>
**Subject:** RE: Interview Process Recommendations Updated

Do we also have disaster pay policy on the list?

Redacted

DAVITA_003159



DAVITA_003160

Redacted

DAVITA_003161

Redacted



DAVITA_003162

Redacted



DAVITA_003163

| | |
|---|---|
| **From:** | Jeremy Eaves |
| **To:** | Lindsay Burns |
| **Sent:** | 3/18/2020 4:16:48 PM |
| **Subject:** | RE: Compensation |

Ah, I see.

Okay. . .

"The Disaster Relief Policy provides for pay continuance during an emergency time frame when a declared emergency or natural disaster <u>prevents teammates from performing their regular duties</u>. . ."

PAY PRACTICE FOR NON-EXEMPT TMS as defined in the pay practices policy
·     FACILITY CLOSED
·     FACILITY OPENS LATE OR CLOSES EARLY
·     FACILITY REMAINS OPEN BUT TEAMMATES NOT ABLE TO COME INTO WORK (e.g., roads blocked, gas shortages)
      o   Teammates not able to work—use PTO, and approved by supervisor
      o   Teammates able to make it in and get to the facility are paid at 1.5 or as defined by state law

With this pandemic, teammates are not disrupted in their ability to perform their regular duties. All facilities remain open (you may get pushback that we closed the CBOs—but that is not the case—those offices remain open and we are encouraging tms to work from home).

I hope that helps.

--J

**From:** Lindsay Burns
**Sent:** Wednesday, March 18, 2020 9:48 AM
**To:** Jeremy Eaves <Jeremy.Eaves@davita.com>
**Subject:** FW: Compensation

Hey Jeremy,

This is an example where TMs are referencing an emergency situation. We explained that we are not paying hazard pay but this may be where confusion is coming from.

Thanks,

**Lindsay Burns**
Director, Operations Innovation

**DaVita Kidney Care**
2000 16th Street | Denver, CO 80202
(720) 631-6681 office | (720) 839-1136 mobile



**From:**    Redacted

**Sent:** Monday, March 16, 2020 12:55 PM
**To:** covid19questions <covid19questions@davita.com>
**Cc:** Compensation Wage and Hour <CompensationWageandHour@davita.com>
**Subject:** Compensation

Hello,

I was scrolling through our Teammate Handbook and came up with a question. Governor of Virginia, Mr. Ralph Northam and our president Mr. Donald Trump have declared "a state of emergency" last week. In Section 4 of Pay Practices, it states that "if a designated facility is open during the emergency time frame, teammates who report to their location and work their scheduled hours will be paid premium pay for all hours worked. Unless state law requires, otherwise, premium pay will be one and one half times the teammates base rate of pay.." Does it not apply to our situation right now? Specially with all other kinds of clinics and businesses are closed due to COVID 19.

Thank you,

Redacted

"Confidentiality Notice: This message is confidential intended for the named recipient(s) and may contain information that is (I) proprietary to the sender, and/or (II) privileged, confidential, and/or otherwise exempt from disclosure under applicable state and federal law, including but not limited to, privacy standards imposed pursuant to the federal health insurance portability and accountability act of 1996 ("HIPAA"). If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify me immediately by reply email or telephone, remove it from your system, and destroy the original transmission and its attachments without reading or saving them. Thank you."

| | |
|---|---|
| **From:** | Jamie Wise |
| **To:** | Carley St. Clair |
| **CC:** | Kenzie Hassey |
| **Sent:** | 3/19/2020 4:02:08 PM |
| **Subject:** | RE: Disaster Relief Policy |

Thank you!

**Jamie Wise**
Executive Assistant to:
**Debbie Wolfe,** Vice President | People Services Operations
**Tiffany Bishop**, Senior Director | People Services | Total Rewards
**Shannon Gibbons**, Senior Director | People Services Neighborhoods

**DaVita Kidney Care**
2001 16th Street | Floor 17 | Denver, CO 80202
Phone #: 720.631.6096 | Cell #: 303.907.9432

 

**From:** Carley St. Clair <Carley.StClair@davita.com>
**Sent:** Thursday, March 19, 2020 10:01 AM
**To:** Jamie Wise <Jamie.Wise@davita.com>
**Cc:** Kenzie Hassey <Kenzie.Hassey@davita.com>
**Subject:** RE: Disaster Relief Policy

Kenzie,

Can you confirm?

Thanks!

**From:** Jamie Wise <Jamie.Wise@davita.com>
**Sent:** Thursday, March 19, 2020 9:06 AM
**To:** Carley St. Clair <Carley.StClair@davita.com>
**Subject:** FW: Disaster Relief Policy

Hi,

Has this been added to the spreadsheet?

**Jamie Wise**
Executive Assistant to:
**Debbie Wolfe,** Vice President | People Services Operations
**Tiffany Bishop**, Senior Director | People Services | Total Rewards
**Shannon Gibbons**, Senior Director | People Services Neighborhoods

**DaVita Kidney Care**

DAVITA_003368

2001 16th Street | Floor 17 | Denver, CO 80202
Phone #: 720.631.6096 | Cell #: 303.907.9432

 

**From:** Oliver McKinstry <Oliver.McKinstry@davita.com>
**Sent:** Wednesday, March 18, 2020 4:07 PM
**To:** Debbie Wolfe <Debbie.Wolfe@davita.com>
**Cc:** Jamie Wise <Jamie.Wise@davita.com>
**Subject:** RE: Disaster Relief Policy

I also sent the answer to Carley, so she may have already added to Smartsheets.  Sorry to duplicate work!

Oliver McKinstry
Senior Director, People Services
(612) 963-2393 OLIVER.mckinstry@davita.com

**From:** Debbie Wolfe
**Sent:** Wednesday, March 18, 2020 4:05 PM
**To:** Oliver McKinstry <Oliver.McKinstry@davita.com>
**Cc:** Jamie Wise <Jamie.Wise@davita.com>
**Subject:** RE: Disaster Relief Policy

Thank you.

Jamie- pls input the question and answer below into smartsheets  thx

**From:** Oliver McKinstry <Oliver.McKinstry@davita.com>
**Sent:** Wednesday, March 18, 2020 4:58 PM
**To:** Nikki Rogers <Nikki.Rogers@davita.com>; Elisabeth Wright <Elisabeth.Wright@davita.com>
**Cc:** Debbie Wolfe <Debbie.Wolfe@davita.com>
**Subject:** RE: Disaster Relief Policy

Hi Nikki and Elisabeth,

Thanks for your patience on this.  A very similar question came in from several different sources, so I needed some time to coordinate with the right folks on our answer.  Below is what we came up with.  The gist is that the Disaster Relief policy is really designed to address situations that prevent our clinics from operating or prevent our teammates from being able to get to work.  That hasn't happened yet with COVID-19 and we're providing TMs letters to help them come to work even in jurisdictions that are on shelter in place.  Let me know if you have any questions/concerns with the answer below.

DAVITA_003369

~~~~~~~~~~~~

While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and the Disaster Relief policy has not gone into effect.  If your area experiences emergency travel restrictions, you can find a letter that allows you to come to work here.  We take your health and safety seriously.  If you become unable to get to work, please notify your leadership as soon as possible.

We provide life-sustaining care to our patients and need to continue doing so even during difficult situations, like the COVID-19 pandemic.  The Disaster Relief policy was created to make sure we can continue to provide that care when declared emergencies or natural disasters prevent our facilities from operating or our teammates from being able to get to work.  Local leadership (DVP, GVP, and PSD) and the Disaster Governance Council determine when and where the policy goes into effect based on the severity of the situation in their location.  At this time, the policy has not gone into effect.

Oliver McKinstry
Senior Director, People Services
(612) 963-2393 OLIVER.mckinstry@davita.com

**From:** Oliver McKinstry
**Sent:** Monday, March 16, 2020 7:25 PM
**To:** Nikki Rogers <Nikki.Rogers@davita.com>; Elisabeth Wright <Elisabeth.Wright@davita.com>
**Cc:** Debbie Wolfe <Debbie.Wolfe@davita.com>
**Subject:** RE: Disaster Relief Policy

Agreed.  I just sent my email to Legal.  I'll keep you posted.  Ultimately, this message may need to come from executives in more of a reminder of our mission, rather than a TM-level discussion about pay.  In any case, we have good minds on it, so stay tuned.

Oliver McKinstry
Senior Director, People Services
(612) 963-2393 OLIVER.mckinstry@davita.com

**From:** Nikki Rogers
**Sent:** Monday, March 16, 2020 7:18 PM
**To:** Oliver McKinstry <Oliver.McKinstry@davita.com>; Elisabeth Wright <Elisabeth.Wright@davita.com>
**Cc:** Debbie Wolfe <Debbie.Wolfe@davita.com>
**Subject:** RE: Disaster Relief Policy

HI Oliver and Debbie-

I have had 2 RODs' call and discuss this with me tonight outside of Atlantic Stars Leadership team – I think, teammates are pulling up the handbook and starting to ask questions about pay –  It was bound to happen with families starting to be impact by COVID 19 –

Just think, this is going to become a question, we need to answer-

Thanks for taking this one – appreciate it-


**From:** Oliver McKinstry <Oliver.McKinstry@davita.com>
**Sent:** Monday, March 16, 2020 9:11 PM
**To:** Nikki Rogers <Nikki.Rogers@davita.com>; Elisabeth Wright <Elisabeth.Wright@davita.com>
**Cc:** Debbie Wolfe <Debbie.Wolfe@davita.com>
**Subject:** RE: Disaster Relief Policy

Hi team,

DAVITA_003370

First of all, thanks for your patience on this.  I know we're all swamped and I've only finally had time to think about this question.

I received a similar question from a few sources today and my inclination was to respond with some of Mandy Hale's talking points on needing to pull together to care for our patients, many of whom have infectious diseases other than COVID-19 as well.  But in looking at this exchange and the others, I think folks want a response to the text of the actual policy.  I'm going to need to run that by legal.  I'm going to do that tonight and hope to get back to you tomorrow.  If you think the other talking points are sufficient, let me know and I can get you a bit more on that.

PS-Hi Elisabeth, long time!  Hope you've been well!

Oliver McKinstry
Senior Director, People Services
(612) 963-2393 OLIVER.mckinstry@davita.com

**From:** Nikki Rogers
**Sent:** Monday, March 16, 2020 2:14 PM
**To:** Elisabeth Wright <Elisabeth.Wright@davita.com>
**Cc:** Oliver McKinstry <Oliver.McKinstry@davita.com>; Debbie Wolfe <Debbie.Wolfe@davita.com>
**Subject:** RE: Disaster Relief Policy

Oliver-

You have been involved more than I have in these conversations around pay – I am curious, what your  talking points would be around this ?

I am certain , I am not the first Palmer, who has bought this up –

Thank you

**From:** Elisabeth Wright <Elisabeth.Wright@davita.com>
**Sent:** Monday, March 16, 2020 3:32 PM
**To:** Kevin Spring <Kevin.Spring@davita.com>; Heather Sconce <Heather.Sconce@davita.com>
**Cc:** Nikki Rogers <Nikki.Rogers@davita.com>
**Subject:** RE: Disaster Relief Policy

Nikki- can you help with these talking points?

**From:** Kevin Spring
**Sent:** Monday, March 16, 2020 3:26 PM
**To:** Elisabeth Wright <Elisabeth.Wright@davita.com>; Heather Sconce <Heather.Sconce@davita.com>
**Subject:** Disaster Relief Policy

Ft Belvoir TMs asked if the disaster relief policy would be in effect given the fact that the President has declared an emergency.

I've pasted the entire policy from the TM handbook below and highlighted the 50% premium pay they're asking about. It could be interpreted that all facilities should get 50% premium pay. If we're not going to offer any kind of premium pay, there should be good talking points about why this policy is not being put into effect.

## 4.12 Disaster Relief Policy
The Disaster Relief Policy provides for pay
continuance during an emergency time

frame . A declared emergency or natural disaster shall be proclaimed by either the President of the United States, a state Governor or other elected official, or if local leadership (DVP/Palmer) deems it appropriate. In the event of a state or federally declared natural disaster, this policy provides information relative to pay practices, work schedules, and facility or business office coverage. This policy supersedes and replaces any past practice or policy relating to pay practices, work schedules, and facility coverage in the event of a declared emergency or natural disaster.

The language used in this policy is not intended to constitute a contract of employment, either express or implied, to give teammates any additional rights to continued employment, pay or benefits, or to otherwise change DaVita's policy of at-will employment.

EMERGENCY TIME FRAME



## PAY PRACTICE FOR NON-EXEMPT TEAMMATES

If a facility or business office is closed due to a declared emergency or natural disaster as defined above, non-exempt teammates will be paid for their regularly scheduled hours at their base rate of pay during the designated emergency time frame.

If a facility or business office opens late or closes early due to a declared emergency or natural disaster as defined above, teammates will be notified promptly of the approved opening or closing time. Nonexempt teammates who arrive or leave at that approved opening or closing time will be paid their hourly rate of pay for their regularly scheduled hours, unless state law provides otherwise. Any non-exempt teammate who arrives at work after the approved opening time or leaves work before the approved closing time will be paid only for the time

DAVITA_003372

actually worked, in which case, the teammate should utilize PTO in accordance with the regular PTO Policy.

If a designated facility or business office is open during the emergency time frame, teammates who report to their location and work their scheduled hours will be paid premium pay for all hours worked. Unless state law requires otherwise, premium pay will be one-and-one-half (1.5) times the teammate's base rate of pay.

**Non-exempt traveling teammates, as part of the Disaster Volunteer Group, who provide shift coverage at sites assigned by local Leadership will be paid a 50 percent premium for all compensable straight time hours, including travel time.**

If a designated facility or business office is open during the emergency time frame and teammates are unable to work, teammates should utilize PTO in accordance with the PTO policy.

Non-exempt teammates who are unable to report to their facility or business office should not perform any work remotely unless approved by a supervisor. If any work is done remotely, teammates must report time worked via time stamps in the timekeeping system and will be paid accordingly.

**Kevin Spring**
Regional Operations Director, Atlantic Stars Regions 1 and 4
Cell: 202.870.7743
Fax: 833.762.6068
WebEx: https://village.webex.com/meet/kevin.spring
Email: kevin.spring@davita.com



| | |
|---|---|
| **From:** | Lindsay Burns |
| **To:** | Jeremy Eaves |
| **Sent:** | 3/19/2020 8:07:18 PM |
| **Subject:** | RE: Compensation |

Okay thank you.  I am going to work with Mandy to use some of the talking points she had on the VOV call on Tuesday to remind people that they are essential.  Thanks!

**From:** Jeremy Eaves
**Sent:** Wednesday, March 18, 2020 10:17 AM
**To:** Lindsay Burns <Lindsay.Burns@davita.com>
**Subject:** RE: Compensation

Ah, I see.

Okay. . .

"The Disaster Relief Policy provides for pay continuance during an emergency time frame when a declared emergency or natural disaster prevents teammates from performing their regular duties. . ."

PAY PRACTICE FOR NON-EXEMPT TMS as defined in the pay practices policy
·      FACILITY CLOSED
·      FACILITY OPENS LATE OR CLOSES EARLY
·      FACILITY REMAINS OPEN BUT TEAMMATES NOT ABLE TO COME INTO WORK (e.g., roads blocked, gas shortages)
        o   Teammates not able to work—use PTO, and approved by supervisor
        o   Teammates able to make it in and get to the facility are paid at 1.5 or as defined by state law

With this pandemic, teammates are not disrupted in their ability to perform their regular duties.  All facilities remain open (you may get pushback that we closed the CBOs—but that is not the case—those offices remain open and we are encouraging tms to work from home).

I hope that helps.

--J

**From:** Lindsay Burns
**Sent:** Wednesday, March 18, 2020 9:48 AM
**To:** Jeremy Eaves <Jeremy.Eaves@davita.com>
**Subject:** FW: Compensation

Hey Jeremy,

This is an example where TMs are referencing an emergency situation. We explained that we are not paying hazard pay but this may be where confusion is coming from.

Thanks,

**Lindsay Burns**
Director, Operations Innovation

**DaVita Kidney Care**
2000 16th Street | Denver, CO 80202
(720) 631-6681 office | (720) 839-1136 mobile

DAVITA_003375



**From** Redacted
**Sent:** Monday, March 16, 2020 12:55 PM
**To:** covid19questions <covid19questions@davita.com>
**Cc:** Compensation Wage and Hour <CompensationWageandHour@davita.com>
**Subject:** Compensation

Hello,

I was scrolling through our Teammate Handbook and came up with a question. Governor of Virginia, Mr. Ralph Northam and our president Mr. Donald Trump have declared "a state of emergency" last week. In Section 4 of Pay Practices, it states that "if a designated facility is open during the emergency time frame, teammates who report to their location and work their scheduled hours will be paid premium pay for all hours worked. Unless state law requires, otherwise, premium pay will be one and one half times the teammates base rate of pay.." Does it not apply to our situation right now? Specially with all other kinds of clinics and businesses are closed due to COVID 19.


Thank you,
Redacted
Clinical Administrative Assistant
Patient Care Technician

**DaVita Kidney Care**
**Continental Dialysis Center of Alexandria #00687**
5999 Stevenson Ave Suite 100 Alexandria, Virginia 22304
Redacted

"Confidentiality Notice: This message is confidential intended for the named recipient(s) and may contain information that is (I) proprietary to the sender, and/or (II) privileged, confidential, and/or otherwise exempt from disclosure under applicable state and federal law, including but not limited to, privacy standards imposed pursuant to the federal health insurance portability and accountability act of 1996 ("HIPAA"). If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify me immediately by reply email or telephone, remove it from your system, and destroy the original transmission and its attachments without reading or saving them. Thank you."

| | |
|---|---|
| **From:** | Jen Bosl |
| **To:** | Carley St. Clair |
| **Sent:** | 3/26/2020 10:14:00 PM |
| **Subject:** | RE: Teammate Replies/Questions Regarding Village Lives Award Email |

Carley –

Can you please take a quick glance at my questions below? I've asked the help desk if they can manage the responses on our behalf. I wasn't sure if they should come from Village Communications (or even JR) instead since that's where they were sent to.

Can you please finesse an answer to why we aren't paying a 3$^{rd}$ band >40 hours:
- Not meant to reward teammates for work but rather to provide relief for the economic circumstances paid based on teammate standing with DaVita, Inc.

Also need an answer for why we aren't paying a differential to front line. I think it's a similar answer to the above.

Thanks.

**Jen Bosl**
mobile: (646) 884-4934

**From:** Carley St. Clair <Carley.StClair@davita.com>
**Sent:** Thursday, March 26, 2020 5:58 PM
**To:** Jen Bosl <Jen.Bosl@davita.com>
**Subject:** RE: Teammate Replies/Questions Regarding Village Lives Award Email

I suggest directly to the teammate.

**From:** Jen Bosl <Jen.Bosl@davita.com>
**Sent:** Thursday, March 26, 2020 3:55 PM
**To:** Carley St. Clair <Carley.StClair@davita.com>
**Subject:** RE: Teammate Replies/Questions Regarding Village Lives Award Email

Who do these answers need to go back to?

**Jen Bosl**
mobile: (646) 884-4934

**From:** Carley St. Clair <Carley.StClair@davita.com>
**Sent:** Wednesday, March 25, 2020 6:41 PM
**To:** Shannon Cedeno <Shannon.Cedeno@davita.com>; Jen Bosl <Jen.Bosl@davita.com>
**Subject:** FW: Teammate Replies/Questions Regarding Village Lives Award Email

Shannon and Jen,

I got these from Village Communications—can we run these through our same process?

Thank you!

**From:** Village Communications <Communications@davita.com>
**Sent:** Wednesday, March 25, 2020 4:31 PM
**To:** Carley St. Clair <Carley.StClair@davita.com>; Nataliya Wilson <Nataliya.Wilson@davita.com>
**Cc:** Aaron Williams <Aaron.Williams@davita.com>
**Subject:** Teammate Replies/Questions Regarding Village Lives Award Email

DAVITA_003902

Hi guys,

I thought this would be easier than sending over each email individually. Let me know if you prefer one way over the other!  I've also outlined each email below. Let us know if any of these should be directed elsewhere!

1.   Redacted    RE: Special Announcement from Our Mayor, Javier
   a.    I would like to Opt out if I am eligible and pass any payments forward to someone who may need it more.

Redacted

Thank you for your generous offer. If you would like to donate your award to support teammate who need extra help, click here. For an FAQ on donating your Village Lives Award, click here.

For further questions, please reach out to covid19questions@davita.com.

One for all,
Kenny

2.   Redacted    Re: A Message from Our Mayor
   a.    I am writing to address a concern made by much of our staff here. We saw in the Davita policy (page 50) is clearly states that emergency crisis is paid time and a half (1.5) of the employees regular wage. I am just curious as to why it does not apply in this situation. A lot of our teammates here are asking so I figured I would send an email to find out. If that does not apply, we would like to know what an emergency crisis incorporates.

The Disaster Relief policy was created to address situations where natural disasters or emergencies prevent facilities from operating or teammates from being able to perform their regular duties (physical destruction of clinics or people's homes, damaged roadways  etc…).  The Village has stepped in to help our teammates when this has happened: for example, during instances like Hurricane Harvey and Hurricane Irma.  While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and therefore the Disaster Relief policy does not apply.

As always, the Village remains highly committed to supporting our teammates in this new and unprecedented situation that we all find ourselves in.  It is in this spirit that Javier announced the Village Lives Award.  It is also why we made the investment many years ago to offer back-up child care, and we remain committed to provide support to teammates who are in need through the DaVita Village Network.  We are all one Village working hard together, to provide great care to our patients.

3.   Redacted    Re: A Message from Our Mayor (2 emails from Minaxi)
   a.    Are we paying tax on that money?
We are still working on this piece – can you please add it to the question list so we don't lose track of it? Should have answer tomorrow.

   b.    If we work more than 40 hrs, is there more money?
TBD - CARLEY

4.   Redacted    Re: A Message from Our Mayor
   a.    While I appreciate this gesture of kindness, it does not comply with teammate policy and procedure. Policy number 4.12 in the employee handbook effective January 1, 2020 states: "If a designated facility or business office is open during the emergency time frame, teammates who report to their location and work their scheduled hours will be paid premium pay for all hours worked. Unless state law requires otherwise, premium pay will be one-and-one-half (1.5) times the teammates base rate of pay." All teammates working at in-center facilities or business offices should be receiving 1.5 times their base rate of pay. This policy has been printed at the facility and will be reviewed by all teammates. The teammate handbook has also been printed and will be kept on file should DaVita choose not to adhere

DAVITA_003903

to their published policy regarding this matter, or try to change the verbiage of the policy after the fact. Thank you for your attention to this matter.

The Disaster Relief policy was created to address situations where natural disasters or emergencies prevent facilities from operating or teammates from being able to perform their regular duties (physical destruction of clinics or people's homes, damaged roadways etc…).  The Village has stepped in to help our teammates when this has happened: for example, during instances like Hurricane Harvey and Hurricane Irma.  While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and therefore the Disaster Relief policy does not apply.

As always, the Village remains highly committed to supporting our teammates in this new and unprecedented situation that we all find ourselves in.  It is in this spirit that Javier announced the Village Lives Award.  It is also why we made the investment many years ago to offer back-up child care, and we remain committed to provide support to teammates who are in need through the DaVita Village Network.  We are all one Village working hard together, to provide great care to our patients.

5. Redacted   Re: A Message from Our Mayor (Two emails from Seneca)
    a.  That's all good, but what about the teammates that are working 40 plus hours a week. I don't feel this is fair to us. Maybe you should look at a different rate for the teammates that are covering clinics that are short. Making the same award as teammates that only work 20 hours a week? Because of taxes, the teammates working more hours won't see this award!
    b.  I have heard this, and thank you, but as stated before…I don't feel this is fair to the teammates that are working 40 plus hours a week for their clinics. There should be a higher award for the people that are working more hours.  You have a 10-19 hrs, and 20 and over. Why not do a rate for 10-19, 20-29, 30-39, and a 40 and up rate.  If you offer this you might be able to courage more teammates to pick up and help in this time of crisis and ease the stress on staff and patient care at this time.  Also this will help ease the stress on teammates financially as well.  Just a thought from a teammate that is working 50 plus hours a week and have been with DaVita for 14 years as a Preceptor, NFACT,  and CCHT.

6. TBD - CARLEY

7. Redacted   Re: Special Announcement Video Update from Javier, Your Mayor
    a.  Dear Village, Your policy states time and one half(1.5). Do the right thing for your employees. Sincerely, Redacted

The Disaster Relief policy was created to address situations where natural disasters or emergencies prevent facilities from operating or teammates from being able to perform their regular duties (physical destruction of clinics or people's homes, damaged roadways etc…).  The Village has stepped in to help our teammates when this has happened: for example, during instances like Hurricane Harvey and Hurricane Irma.  While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and therefore the Disaster Relief policy does not apply.

As always, the Village remains highly committed to supporting our teammates in this new and unprecedented situation that we all find ourselves in.  It is in this spirit that Javier announced the Village Lives Award.  It is also why we made the investment many years ago to offer back-up child care, and we remain committed to provide support to teammates who are in need through the DaVita Village Network.  We are all one Village working hard together, to provide great care to our patients.

8. Redacted   Re: A Message from Our Mayor
    a.  How can I opt out?

Redacted

Thank you for your question on opting out of this award. If you would like to donate your award to support teammate who need extra help, click here. For an FAQ on donating your Village Lives Award, click here.

For further questions, please reach out to covid19questions@davita.com.

One for all,
Kenny

9.  [Redacted]  RE: Special Announcement Video Update from Javier, Your Mayor

    a.    Dear Javier ( Mayor), Thanks so much for your commitment to the teammates – I would like to suggest that additional compensation be given to the nurses and patient care technicians who are on the front lines of direct patient care, and risking their lives to meet the needs of our patients. Social distancing is not an option for the nurses/patient care technicians. They don't ask for accolades nor complain because they are committed to: "service excellence"," integrity" , "accountability", "team" and "continuous improvement".  I am privileged and honored to work with a dedicated team at DaVita Cedar Grove and have newfound respect for their roles and responsibilities.

TBD - CARLEY

Best,

**Michael J. Benson**
Communications Coordinator, Team Mercury
Webex: https://village.webex.com/meet/michael.j.benson

**DaVita Kidney Care**
2000 16th St. Denver, CO 80202
(720)631-0747 Office



| | |
|---|---|
| **From:** | Jessica Scott |
| **To:** | Mandy Hale; David Maughan; Kenny Gardner; Jeremy Eaves; Priya Sequeira |
| **CC:** | Kate Stabrawa; Lisa Vredenburgh |
| **Sent:** | 3/26/2020 7:55:13 PM |
| **Subject:** | RE: Information from this week's Q&A calls |

Mandy,

Thanks for the heads up here.  I will get a quick call together with Priya, Lisa (PSD) and a few others to talk through this further.

Jessica

**From:** Mandy Hale
**Sent:** Thursday, March 26, 2020 3:49 PM
**To:** David Maughan <David.Maughan@davita.com>; Kenny Gardner <kenny.gardner@davita.com>; Jeremy Eaves <Jeremy.Eaves@davita.com>; Priya Sequeira <Priya.Sequeira@davita.com>; Jessica Scott <Jessica.Scott@davita.com>
**Cc:** Kate Stabrawa <kate.stabrawa@davita.com>
**Subject:** Information from this week's Q&A calls

Hello all,

Sending some info to this group per Dave's request.  Yesterday and today we had a disruptive caller on our ICHD COVID-19 Q & A calls.  For each one, the topic was the Disaster Relief Policy and the callers were very aggressive and accused DaVita of not following the policy.  In both cases, they persisted even after their questions had been answered. Their comments were unproductive.

Interestingly, the teammates (yesterday and today) are both from the same facility.  The facility is 04043, Fort Myers South.  The callers were ⬚Redacted⬚ Also unique is that ⬚Redacted⬚ had her name in the queue on 3 lines simultaneously when she asked her question.

Sharing as there seems to be something unique to this facility regarding the misunderstanding of the Disaster Relief Policy and we may anticipate they will continue to attempt disruption on Q&A, potentially VOV, and other calls.

Sincerely,
Mandy

**\*Please note my name will change to Mandy Tilton effective April 16, 2020\***

Amanda L. Hale, DNP, MSN, MBA, RN, CNN
Vice President of Nursing
DaVita
(815) 312-7668

| | |
|---|---|
| **From:** | Jen Bosl |
| **To:** | [Redacted] |
| **Sent:** | 3/27/2020 9:02:50 PM |
| **Subject:** | RE: Policy Question |

Hi [Redacted]

Thank you for your note and for your years of service with DaVita.

The Disaster Relief policy was created to address situations where natural disasters or emergencies prevent facilities from operating or teammates from being able to perform their regular duties (physical destruction of clinics or people's homes, damaged roadways etc...). The Village has stepped in to help our teammates when this has happened: for example, during instances like Hurricane Harvey and Hurricane Irma. While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and therefore the Disaster Relief policy does not apply.

We do of course take caring for each other seriously – and we hope that the Village Lives, along with back-up childcare, modified sick leave policy and the DaVita Village Network, provide additional support for you and your family during this unprecedented time.

Thank you for all that you do for our patients and for your fellow teammates. Please feel free to reach out if you have further questions.

Thanks again,
Jen

**Jen Bosl**
mobile: (646) 884-4934

**From:** [Redacted]
**Sent:** Wednesday, March 25, 2020 1:00 PM
**To:** covid19questions <covid19questions@davita.com>
**Subject:** Policy Question

Good Afternoon,
My name is [Redacted] and I have been a RN with Davita for almost 4 years. My teammates and I were upset with this announcement of not getting premium pay. We are in a state of emergency from the President as of March 1, 2020. I do not understand how we are not getting premium pay (1.5 of base pay) as stated in our Teammate Policies Handbook.
On page 49, it states that "a declared emergency or natural disaster shall be proclaimed by either the President of the United States, or if local leadership deems it appropriate." Since President Trump ordered a state of emergency, I do not understand how that does not apply to our current situation.
On Page 50, it states " if a designated facility or business office is open during the emergency time frame, teammates who report to their location and work their scheduled hours will be pain premium pay for all hours worked... premium pay will be 1.5 times teammate's base rate of pay."

Who can I speak to about this issue. I would like a name and email if possible to help me better understand why this is not being done as it is quoted from the Policies. Does this company pick and choose which policies they follow based on what is convenient for the their best self interest? I would think that a company who prides itself on its moral code would stand by their policies, even when it is inconvenient.
I have young children and a husband at home who are now depending on me as the sole financial provider during this state of emergency, I strongly believe I should be compensated as I am dealing with high risk populations.
In the email below, Javier said, "thank you for stepping up," I would like to believe that DaVita as a company will step up and do what is right by properly compensating their workers as they stated they would do.

I appreciate your time and await your response.

Redacted RN

**From:** Javier Rodriguez
**Sent:** Tuesday, March 24, 2020 8:09:57 PM
**To:**  Redacted
**Subject:** A Message from Our Mayor



**To**: All DKC Teammates

**From:** Javier, Your Mayor

What we are facing right now is unprecedented in terms of the disruption across the lives of so many. I have heard from many of you about what is going on within our Village community, including children out of school, grocery stores running low, spouses out of work, and family members to care for. This is impacting all of us. It is during times like these that being part of a Village really matters.

"One for All" is not a motto; it is a way of life. In that spirit, we will be awarding a special Village Lives Award of $100 per week for all U.S. teammates up to and including managers who work 20 hours or more per week, through May 2. We will be awarding $50 per week for those teammates who work 10 to 19 hours per week.

We hope that this award, along with back-up child care, modified sick leave policy and the DaVita Village Network provide additional support for you and your family. DaVita means "he/she gives life," and that is what you are doing every single day. I see you caring for each other and for our patients with intensity. Nothing gives me more pride than that. Thank you for stepping up. Your community is here for you.

One for All!



Service Excellence | Integrity | Team | Continuous Improvement | Accountability | Fulfillment | Fun

©2020 DaVita Inc. Proprietary and confidential. For internal DaVita distribution only.

| | |
|---|---|
| **From:** | Shawn Zuckerman |
| **To:** | Jeremy Eaves |
| **CC:** | Oliver McKinstry |
| **Sent:** | 3/27/2020 8:31:57 PM |
| **Subject:** | RE: Saturday calls--PS Policy |

I don't know, I might go rogue on tomorrow's call...





**Shawn J. Zuckerman,** *J.D., AWI-CH*
**Senior Manager, Teammate Relations**
**DaVita Kidney Care**
2001 16th Street | Denver, CO 80202
Office: (469) 975-4038 | Fax: (877) 297-8110
shawn.zuckerman@davita.com

**From:** Mandy Hale
**Sent:** Friday, March 27, 2020 2:52 PM
**To:** Jeremy Eaves <Jeremy.Eaves@davita.com>
**Cc:** Oliver McKinstry <Oliver.McKinstry@davita.com>; Shawn Zuckerman <Shawn.Zuckerman@davita.com>
**Subject:** RE: Saturday calls--PS Policy

DAVITA_004203

Thanks!

Sincerely,
Mandy

**\*Please note my name will change to Mandy Tilton effective April 16, 2020\***

Amanda L. Hale, DNP, MSN, MBA, RN, CNN
Vice President of Nursing
DaVita
(815) 312-7668

**From:** Jeremy Eaves
**Sent:** Friday, March 27, 2020 2:42 PM
**To:** Mandy Hale <Mandy.Hale@davita.com>
**Cc:** Oliver McKinstry <Oliver.McKinstry@davita.com>; Shawn Zuckerman <Shawn.Zuckerman@davita.com>
**Subject:** RE: Saturday calls--PS Policy

Hey, there.  We will be good to go and prepared to answer.  THANKS!

--Jeremy

**From:** Mandy Hale
**Sent:** Friday, March 27, 2020 11:02 AM
**To:** Jeremy Eaves <Jeremy.Eaves@davita.com>
**Cc:** Oliver McKinstry <Oliver.McKinstry@davita.com>; Shawn Zuckerman <Shawn.Zuckerman@davita.com>
**Subject:** RE: Saturday calls--PS Policy

Do you guys have the response statement re: disaster relief policy?  I'll have you 3 answer the question if it comes up unless Kenny is on.

Sincerely,
Mandy

**\*Please note my name will change to Mandy Tilton effective April 16, 2020\***

Amanda L. Hale, DNP, MSN, MBA, RN, CNN
Vice President of Nursing
DaVita
(815) 312-7668

**From:** Jeremy Eaves
**Sent:** Friday, March 27, 2020 10:49 AM
**To:** Mandy Hale <Mandy.Hale@davita.com>
**Cc:** Oliver McKinstry <Oliver.McKinstry@davita.com>; Shawn Zuckerman <Shawn.Zuckerman@davita.com>
**Subject:** Saturday calls--PS Policy

Mandy,

TGIF.

Wanted to confirm tomorrow's attendance on the Saturday calls.

9:45      Shawn
11         Jeremy
12:15    Oliver

DAVITA_004204





**Jeremy M. Eaves**
**Vice-President, People Services**
**DaVita Kidney Care**
2001 16th Street | Denver, CO 80202
Office: (720) 631-6453)| x6316453 | Cell: (303) 748-7874 | Fax 1 (877) 482-3213
Jeremy.Eaves@davita.com

DAVITA_004205

| **From:** | Aashish Goswami |
|---|---|
| **To:** | Kenny Gardner; David Maughan |
| **CC:** | Matt Henn; Christopher De Francis |
| **Sent:** | 3/31/2020 2:09:38 PM |
| **Subject:** | Avanti - change.org petition |

Hi Kenny, Dave,

Hope this note finds you both well.  I'm writing to ensure you were both aware of a change.org petition, "Disaster Relief Pay for Dialysis Workers," which references language in DaVita's Disaster Relief policy (4.12) and is essentially petitioning for premium pay.  It has over 11k+ signatures as of this morning.

The petition started in FL and has been making its way through Avanti Acutes.  With talking points and the support of our PSM, my team is addressing questions about it with TMs actively.  Again, primarily wanted to make sure you are aware.

Best,
Aashish

_____
**Aashish Goswami**
DaVita | Division Vice President
Mobile: (267) 698-9381
Fax: (800) 252-1735

Executive Assistant: Debbie King
Debbie.J.King@davita.com
Office: (610) 722-6110
Mobile: (267) 300-7244

# Everything You Need to Know:
# Teammate Emergency Volunteering

Thank you for your interest in volunteering to support your teammates in some of our hardest hit areas. This document contains information you need before you volunteer, during the volunteering process and once you've been placed. If you have further questions, please email EmergencyVolunteerSupport@davita.com.

## Table of Contents

I'm thinking about volunteering ........................................................................................... 1

I'm ready to sign up to volunteer ......................................................................................... 1

I've been placed to volunteer ............................................................................................... 2

Frequently asked questions ................................................................................................. 2

## I'm thinking about volunteering

Thank you for your interest! Volunteering is an important part of our Village and one way we care for each other with the same intensity with which we care for one another. Volunteering refers to you, a teammate, going to a clinic in need (due to a natural disaster or other incident) to care for their patients. You are compensated at your normal rate and your current role will be there when you get back. Volunteer commitments can range from a few days to two weeks, depending on the need. You may be asked to travel a few hours away or to an entirely different Palmer group. DaVita books your travel and reimburses any travel related expenses. If you ready to volunteer, talk you your manager. Manager approval is necessary for any volunteering.

Redacted

For internal use only. Please do not print, distribute or share externally. Do not edit without permission.
Last updated: June 3, 2020

DAVITA_005130



## Payment and stipend

As a volunteer teammate, you will receive a 50% premium for all hours worked. This can be found in the 4.12 Disaster Relief Pay Policy. (Page 49) This equates to roughly time and a half. You will clock in and out at your volunteer clinic, with a differential code added to your PeopleNet. You are also paid for all hours traveled into a location and back home. (Outside of your travel to work each day)



For internal use only. Please do not print, distribute or share externally. Do not edit without permission.
Last updated: June 3, 2020

DAVITA_005131

## Frequently asked questions

**Q: I am an hourly teammate, will I be paid for my time?**
A: Yes, you will be paid according to normal Village pay practices.

**Q: I am a full-time teammate, will I be paid for my time?**
A: Yes, you will be paid on your regular schedule, at your normal rate. You are not expected to take paid time off (PTO) to volunteer.

Redacted

DAVITA_005132



Redacted

For internal use only. Please do not print, distribute or share externally. Do not edit without permission.
Last updated: June 3, 2020

DAVITA_005133

| | |
|---|---|
| **From:** | Casey Bergeron |
| **To:** | Carley St. Clair |
| **Sent:** | 6/30/2020 5:01:23 PM |
| **Subject:** | RE: david.maughan@davita.com sent you files via WeTransfer |
| **Attachments:** | image016.emz |

There have been a ton of emails going back and forth today – so she will have the context.

Essentially, Village Pay Practices follow the Disaster Pay Policy for Volunteers – however that was shut down by Kenny for COVID Volunteers at the very beginning.
However – the Disaster Pay Policy should still stand for Hurricane Volunteers, but they are going to overlap and compete, and the incentive for a Hurricane Volunteer is far better than the Travel Stipend for COVID today.

Her and I were texting a bit about it earlier, and I know she wanted to circle back with Kenny.

I think she may just say to pause on this while we wait for a better direction?

The Village Lives.  Together, we are Village Strong!

**Casey Bergeron**
Manager, Clinical Innovation | Clinical Enterprise
(720) 631-1058 office | (720) 498-8599 mobile
https://village.webex.com/join/casey.bergeron



**From:** Carley St. Clair
**Sent:** Tuesday, June 30, 2020 10:58 AM
**To:** Casey Bergeron <Casey.Bergeron@davita.com>
**Subject:** RE: david.maughan@davita.com sent you files via WeTransfer

I actually have time with her this afternoon. Do you want me to chat through this with her?

Is there any more background that would be helpful for me to know?

Thank you!


**From:** Casey Bergeron <Casey.Bergeron@davita.com>
**Sent:** Tuesday, June 30, 2020 8:22 AM
**To:** Carley St. Clair <Carley.StClair@davita.com>
**Subject:** RE: david.maughan@davita.com sent you files via WeTransfer

I could use your help here J

A couple weeks ago – Erica, Debbie, Maribeth and I all got on the phone about this exact topic. We decided to stick with premium pay for Hurricane/Disaster situations only. But, also discussed how messy it could get with COVID volunteering pay practices.

Do you have time with Erica in the next couple of days? Open to any of your thoughts and feedback on the below!!

DAVITA_005160

Thank you!
Casey

The Village Lives.  Together, we are Village Strong!

**Casey Bergeron**
Manager, Clinical Innovation | Clinical Enterprise
(720) 631-1058 office | (720) 498-8599 mobile
https://village.webex.com/join/casey.bergeron



**From:** Carley St. Clair
**Sent:** Tuesday, June 30, 2020 6:37 AM
**To:** Casey Bergeron <Casey.Bergeron@davita.com>
**Subject:** RE: david.maughan@davita.com sent you files via WeTransfer

Casey – let me know if you need any help on this.

Thanks!

**From:** Sarah Mahlstedt <Sarah.Mahlstedt@davita.com>
**Sent:** Monday, June 29, 2020 5:53 PM
**To:** Casey Bergeron <Casey.Bergeron@davita.com>; Anna Fields <Anna.Fields@davita.com>
**Cc:** Carley St. Clair <Carley.StClair@davita.com>
**Subject:** RE: david.maughan@davita.com sent you files via WeTransfer

Hey there,

# Redacted - ACP

**From:** Casey Bergeron <Casey.Bergeron@davita.com>
**Sent:** Monday, June 29, 2020 8:04 AM
**To:** Sarah Mahlstedt <Sarah.Mahlstedt@davita.com>; Anna Fields <Anna.Fields@davita.com>

**Cc:** Carley St. Clair <Carley.StClair@davita.com>
**Subject:** RE: david.maughan@davita.com sent you files via WeTransfer

In preparation for Hurricane Season, the Village is proactively collecting names of teammates who will raise their hand to Volunteer in times of need. If you are interested, please see the attached FAQ (attached – can we link? – different than the COVID ones), and register here! For any questions, contact EmergencyVolunteerSupport@davita.com

Raw Link for Registration: https://www.surveymonkey.com/r/6VY5P6Z

The Village Lives.  Together, we are Village Strong!

**Casey Bergeron**
Manager, Clinical Innovation | Clinical Enterprise
(720) 631-1058 office | (720) 498-8599 mobile
https://village.webex.com/join/casey.bergeron



**From:** Sarah Mahlstedt
**Sent:** Sunday, June 28, 2020 10:12 AM
**To:** Casey Bergeron <Casey.Bergeron@davita.com>; Anna Fields <Anna.Fields@davita.com>
**Cc:** Carley St. Clair <Carley.StClair@davita.com>
**Subject:** RE: david.maughan@davita.com sent you files via WeTransfer

This is all good to go from JLD's side. I think I'm going to have a light comm on Tuesday, so unless that changes I may include sooner rather than later. Is there a comment you'd like me to make? If interested in volunteering, email x?

**From:** Casey Bergeron <Casey.Bergeron@davita.com>
**Sent:** Thursday, June 25, 2020 3:15 PM
**To:** Sarah Mahlstedt <Sarah.Mahlstedt@davita.com>; Anna Fields <Anna.Fields@davita.com>
**Cc:** Carley St. Clair <Carley.StClair@davita.com>
**Subject:** RE: david.maughan@davita.com sent you files via WeTransfer

Hi Sarah,

Here is the vimeo link to the final/edited video from Dave.

https://vimeo.com/431972807/2d6d1d9353

Let me know what else you need! I agree with your timeline below. No rush on getting this out before the 4th of July.

Thank you!
Casey

The Village Lives.  Together, we are Village Strong!

**Casey Bergeron**
Manager, Clinical Innovation | Clinical Enterprise
(720) 631-1058 office | (720) 498-8599 mobile
https://village.webex.com/join/casey.bergeron

DAVITA_005162



**From:** Sarah Mahlstedt
**Sent:** Thursday, June 18, 2020 1:32 PM
**To:** Anna Fields <Anna.Fields@davita.com>; Casey Bergeron <Casey.Bergeron@davita.com>
**Cc:** Carley St. Clair <Carley.StClair@davita.com>
**Subject:** RE: david.maughan@davita.com sent you files via WeTransfer

On timing- Once the video is edited, I'll need a day or two to get JLD sign off, but then we can push it out.  I think we have a little while before hurricane season really starts and it feels urgent to communicate this. But, better early than late.


**From:** Anna Fields <Anna.Fields@davita.com>
**Sent:** Thursday, June 18, 2020 1:31 PM
**To:** Casey Bergeron <Casey.Bergeron@davita.com>; Sarah Mahlstedt <Sarah.Mahlstedt@davita.com>
**Cc:** Carley St. Clair <Carley.StClair@davita.com>
**Subject:** RE: david.maughan@davita.com sent you files via WeTransfer

Thanks Casey, just saw this come in!

Do you have some photos in mind to use for this edit?

**The Village Lives.  Together, we are Village Strong!**

Anna Fields
**Media Supervisor, Wisdom Creative Services**
PTO Alert: June 19th

(720) 925-3196 office | My WebEx Room
Click here to submit a Creative Request Form




**From:** Casey Bergeron <Casey.Bergeron@davita.com>
**Sent:** Thursday, June 18, 2020 1:24 PM
**To:** Anna Fields <Anna.Fields@davita.com>; Sarah Mahlstedt <Sarah.Mahlstedt@davita.com>
**Cc:** Carley St. Clair <Carley.StClair@davita.com>
**Subject:** RE: david.maughan@davita.com sent you files via WeTransfer

Hi Anna,

I submitted the CRF form. Sarah has some visibility into when this would be getting pushed out.

It is very similar to that, and we couldn't use the old one because it referenced a specific year and the wrong sign-up location J

I think overall editing is just adding Dave's credentials and potentially some old Hurricane Response photos.

Thanks!

The Village Lives.  Together, we are Village Strong!

**Casey Bergeron**

DAVITA_005163

Manager, Clinical Innovation | Clinical Enterprise
(720) 631-1058 office | (720) 498-8599 mobile
https://village.webex.com/join/casey.bergeron



**From:** Anna Fields
**Sent:** Wednesday, June 17, 2020 9:17 AM
**To:** Casey Bergeron <Casey.Bergeron@davita.com>; Sarah Mahlstedt <Sarah.Mahlstedt@davita.com>
**Cc:** Carley St. Clair <Carley.StClair@davita.com>
**Subject:** RE: david.maughan@davita.com sent you files via WeTransfer

Hi Casey,

I was able to download the video using the link below. Can you provide some details on the video (when it's being sent out & to whom; what editing is needed) and submit a CRF? It looks similar to the hurricane response video that we did last year so if we should just follow that same process we can do so.

**The Village Lives.  Together, we are Village Strong!**

Anna Fields
Media Supervisor, Wisdom Creative Services
(720) 925-3196 office | My WebEx Room
Click here to submit a Creative Request Form



**From:** Casey Bergeron <Casey.Bergeron@davita.com>
**Sent:** Wednesday, June 17, 2020 8:57 AM
**To:** Sarah Mahlstedt <Sarah.Mahlstedt@davita.com>
**Cc:** Anna Fields <Anna.Fields@davita.com>; Carley St. Clair <Carley.StClair@davita.com>
**Subject:** RE: david.maughan@davita.com sent you files via WeTransfer

Anna, we are having Dave film a video at home (he already did) and we are curious on the best way to get it from him.

Are you able to use the link below and download the file?

I have a DaVita Vimeo account from our team, we can have him login and upload to, if needed.

Including Carley, because I believe she was involved in the one from Courtney in Avanti during COVID.

**The Village Lives.  Together, we are Village Strong!**

**Casey Bergeron**
Manager, Clinical Innovation | Clinical Enterprise
(720) 631-1058 office | (720) 498-8599 mobile
https://village.webex.com/join/casey.bergeron



DAVITA_005164

**From:** Sarah Mahlstedt
**Sent:** Wednesday, June 17, 2020 8:52 AM
**To:** Casey Bergeron <Casey.Bergeron@davita.com>
**Subject:** RE: david.maughan@davita.com sent you files via WeTransfer

Uh oh. Me too. I keep getting a pop up saying I have to buy an extension to view the file?  Do you know who in WisPro or Mercury will be working on the video? Maybe we can see if they can download the file with the images?

**From:** Casey Bergeron <Casey.Bergeron@davita.com>
**Sent:** Tuesday, June 16, 2020 6:14 PM
**To:** Sarah Mahlstedt <Sarah.Mahlstedt@davita.com>
**Subject:** RE: david.maughan@davita.com sent you files via WeTransfer

I can open it, but it is just a sound file, and I have no image of him.

The Village Lives.  Together, we are Village Strong!

**Casey Bergeron**
Manager, Clinical Innovation | Clinical Enterprise
(720) 631-1058 office | (720) 498-8599 mobile
https://village.webex.com/join/casey.bergeron



**From:** Sarah Mahlstedt
**Sent:** Tuesday, June 16, 2020 6:10 PM
**To:** Casey Bergeron <Casey.Bergeron@davita.com>
**Subject:** FW: david.maughan@davita.com sent you files via WeTransfer

Hey – This is the hurricane video from Dave. Can you get this to open? Not sure if he has to send directly to you.

**From:** WeTransfer <noreply@wetransfer.com>
**Sent:** Tuesday, June 16, 2020 6:07 PM
**To:** Sarah Mahlstedt <Sarah.Mahlstedt@davita.com>
**Subject:** david.maughan@davita.com sent you files via WeTransfer

WARNING: This email originated outside of DaVita. Even if this looks like a DaVita email, it is not.
DO NOT provide your username, password, or any other personal information in response to this or any other email.
DAVITA WILL NEVER ask you for your username or password via email.
DO NOT CLICK links or attachments unless you are positive the content is safe.
IF IN DOUBT about the safety of this message, use the Report Phishing button.

david.maughan@davita.com

DAVITA_005165

# sent you some files

1 item, 116 MB in total・Expires on 24 June, 2020



## Download link

https://wetransfer.com/downloads
/57bc73e44b4c591d5e493ce8c49aba9220200617000400
/1bf6107f2a5973470cdb6feaf22e709620200617000425/320ad3

## 1 item
IMG_0317.MOV
116 MB

To make sure our emails arrive, please add noreply@wetransfer.com to your contacts.

About WeTransfer   ・   Help   ・   Legal   ・   Report this transfer as spam

DAVITA_005166



Executive Policy Advisory Council

November, 2020

©2020 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

# ⭐ Attendees

- Javier Rodriguez, Chief Executive Officer
- Kenny Gardner, Chief People Officer
- Kathleen Waters, Chief Legal Officer
- Mandy Hale, Chief Nursing Officer
- Brian Stern, Group Vice President, Palmer Executive
- Caitlin Moughon, VP, Associate General Counsel
- Jeremy Eaves, VP, People Services Operations
- Oliver McKinstry, Sr. Director, TM Relations
- Shawn Zuckerman, Sr. Manager, People Services (Policies)



2    ©2020 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.



Redacted

# Background



©2020 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

4

Redacted



DAVITA_005763

Redacted



DAVITA_005764

Redacted

DAVITA_005765

Redacted

DAVITA_005766

Redacted

DAVITA_005767

Redacted

DAVITA_005768

 Appendix B

Current Policies

11   ©2020 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.



Redacted



DAVITA_005770

Redacted

DAVITA_005771

Redacted

DAVITA_005772

Redacted

DAVITA_005773

Redacted

DAVITA_005774

Redacted

DAVITA_005775



# Disaster Relief Policy (4.12)

### 4.12   Disaster Relief Policy

The Disaster Relief Policy provides for pay continuance during an emergency time frame when a declared emergency or natural disaster prevents teammates from performing their regular duties. A declared emergency or natural disaster shall be proclaimed by either the President of the United States, a state Governor or other elected official, or if local leadership (DVP/Palmer) deems it appropriate. In the event of a state or federally declared natural disaster, this policy provides information relative to pay practices, work schedules, and facility or business office coverage. This policy supersedes and replaces any past practice or policy relating to pay practices, work schedules, and facility coverage in the event of a declared emergency or natural disaster.

### COVID-19 CRISIS

The Disaster Relief Policy does not apply to the COVID-19 crisis. The Disaster Relief Policy applies only when teammates are unable to perform their regular duties. The policy is effective upon a decision by local leadership and the Disaster Governance Council that a declared emergency or natural disaster prevents our facilities from operating or prevents our teammates from working. Under the COVID-19 crisis, our teammates are able to work and are essential in either in a supporting role for our health care workers or in actually providing healthcare services to patients.

### *Emergency Time Frame*

The emergency time frame (and affected facility or business office) will be identified on a case-by-case basis by local leadership (DVP, GVP and PSD) and the Disaster Governance Council, dependent on the severity of the disaster and location.

DaVita
Kidney Care

DAVITA_005776

Redacted



DAVITA_005777

Redacted

DAVITA_005778

Redacted

DAVITA_005779

Redacted



DAVITA_005780

Redacted

DAVITA_005781

Redacted

DAVITA_005782

Redacted

DAVITA_005783

Redacted

DAVITA_005784

Redacted

DAVITA_005785



# Disaster Relief

| Issue | Pros | Cons | Recommendation |
|---|---|---|---|
| Are further revisions required to Section 4.12, Disaster Relief? | • Although the policy references a Disaster Governance Council, no such group formally exists<br><br>• The subsection added in response to COVID-19 is very specific to this pandemic and may eventually become obsolete | • The policy was in the spotlight and was just revised. Any revisions in the near future may reignite contention around the issue of hazard pay<br><br>• COVID-19 will not be going away any time soon so the added section will continue to hold significance | • Establish a formal Disaster Governance Council/Process to determine when Disaster Relief Pay will take effect<br><br>• Consider revisions to the policy, particularly to the subsection dealing with COVID-19, for the 2021 handbook updates |

28   ©2020 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

**DaVita.**
Kidney Care

Redacted

Redacted

DAVITA_005787

Redacted



DAVITA_005788

Redacted



DAVITA_005789

Redacted

DAVITA_005790

Redacted



DAVITA_005791

Redacted

DAVITA_005792

Redacted



DAVITA_005793

Redacted



DAVITA_005794



Both the main section of the Disaster Relief Policy, as well as the recently added COVID-19 subsection refer to the decision of the Disaster Governance Council as a prerequisite to the Disaster Relief provisions being triggered. However, such a body does not appear to exist.

Kenny's recommendation:
The following changes were made in 2020
Here's where this sits—and who is on disaster governance council
Anyone have any other input

| | |
|---|---|
| **From:** | Shawn Zuckerman |
| **To:** | Oliver McKinstry; Jeremy Eaves |
| **Sent:** | 2/2/2021 5:29:07 AM |
| **Subject:** | RE: Revised Exec Policy Council Slides |

A few thoughts from me:

1.  Redacted

2.     With respect to 4.12, the message I got during the COVID crisis was that the policy was really meant to cover natural disasters. So I'm wondering whether the simplest solution is just to cut out the reference to "declared emergency or natural disaster" and simply reference "natural disaster".

3. Redacted

Shawn



**Shawn J. Zuckerman,** *J.D., AWI-CH*
**Senior Manager, Teammate Relations**
**DaVita Kidney Care**
2001 16th Street | Denver, CO 80202
Office: (469) 975-4038 | Fax: (877) 297-8110
shawn.zuckerman@davita.com

**From:** Oliver McKinstry
**Sent:** Monday, February 1, 2021 8:22 AM
**To:** Jeremy Eaves <Jeremy.Eaves@davita.com>
**Cc:** Shawn Zuckerman <Shawn.Zuckerman@davita.com>
**Subject:** RE: Revised Exec Policy Council Slides

Thanks for this feedback. I like your suggestion on the DRP. I also like the idea of running these by Caitlin again. Could we get on this week's meeting? I think we need to do it soon so we have time to get it to Kenny and respond to his feedback too.

Oliver McKinstry
Senior Director, People Services
(612) 963-2393 OLIVER.mckinstry@davita.com

**From:** Jeremy Eaves
**Sent:** Friday, January 29, 2021 8:00 PM
**To:** Oliver McKinstry <Oliver.McKinstry@davita.com>
**Cc:** Shawn Zuckerman <Shawn.Zuckerman@davita.com>
**Subject:** RE: Revised Exec Policy Council Slides

Hi, Oliver and Shawn. I'm sorry for the slow response on this. I knew we had a little time after the reschedule, and I really wanted to take a thorough peek at this before guidance on next steps.

DAVITA_005915

With regard to the disaster relief policy. . .I think the on-going problematic language is that we continue to say "a declared emergency or natural disaster shall be proclaimed by either the President of the United States, a state governor, or other elected official. . ."  The minute POTUS declared COVID-19 a national emergency (and I think it's been extended for a few more months with the option to declare through the end of the year), teammates jumped on the fact that they were due disaster pay.  We subsequently called out COVID-19 in the policy for purposes of the year to mitigate discussion, but is it ok to generalize our wording going forward without referencing COVID?  Example:  "A declared national emergency or natural disaster shall be proclaimed by. . . ..and is subsequently determined by the DaVita Disaster Governance Council to be a situation in which teammates are unable to perform their regular job duties."  That way, the call is made internally rather than by external declarations. . .and we can apply the general policy language going forward to COVID, subsequent mutations of COVID, and any other crazy event we can't foresee.  And then, our second recommendation is that we identify a Disaster Governance Council to actually make that decision, which you've done.  I do think we should be prepared to make a recommendation on who, exactly, makes up the Disaster Governance Council.  Happy to brainstorm.

# Redacted

Let me know if you'd like to think on this a bit more, and then take advantage of our standing time with Caitlin every Wednesday at 4p.  I do want to make sure Kenny also sees this before we meet in late February so he's on board.

Great work, you two.

--J

**From:** Oliver McKinstry <Oliver.McKinstry@davita.com>
**Sent:** Friday, January 22, 2021 4:12 PM
**To:** Jeremy Eaves <Jeremy.Eaves@davita.com>
**Cc:** Shawn Zuckerman <Shawn.Zuckerman@davita.com>
**Subject:** Revised Exec Policy Council Slides

Redacted                                    I've added sections on            Redacted
      Disaster Relief.  I'm still not sure of our message on the Disaster Relief Policy, so we should discuss that.
                                              Redacted

I still haven't seen an invite come through from Alex.  I'll ping her now.

Jeremy, would you like me to set up time for the three of us to review next week?  Or should we discuss during my 1:1?





**Oliver McKinstry,** *JD, AWI-CH*
**Senior Director, People Services**
**DaVita Kidney Care**
2001 16th Street | Denver, CO 80202
Cell: (612) 963-2393
OLIVER.mckinstry@davita.com

DAVITA_005916

| | |
|---|---|
| **From:** | Lisa Vredenburgh |
| **To:** | Aimee Gimness; Maribeth Sommer; Casey Bergeron; Laury Georges-Lane |
| **CC:** | Toni Prockish; Edythe Dushek; Elizabeth Austen |
| **Sent:** | 9/1/2019 3:27:33 PM |
| **Subject:** | RE: New Disaster Pay Policy for Travelers |

Thank you all. I have added in follow up notes below.

Copying Edye Dushek, Sr DCS in EN on this as she is our partner on a few of these items to keep her looped in.

Thank you all in advance for the partnerships,
Lisa


**From:** Aimee Gimness
**Sent:** Friday, August 30, 2019 8:32 PM
**To:** Lisa Vredenburgh <Lisa.Vredenburgh@davita.com>; Maribeth Sommer <Maribeth.Sommer@davita.com>; Casey Bergeron <Casey.Bergeron@davita.com>; Laury Georges-Lane <Laury.GeorgesLane@davita.com>
**Cc:** Toni Prockish <Toni.Prockish@davita.com>
**Subject:** New Disaster Pay Policy for Travelers

Hi,

Since the hurricanes last year the Teammate Handbook section 4.12 Disaster Relief Policy has been updated in regards to travelers.  It now allows for all traveler teammates to receive 1.5 times their hourly rate when they travel to help out in a disaster, regardless of whether the facilities they are working at are designated disaster sites.  The updated language regarding Travelers is below and here is the link to the policy:
https://www1.davita.com/uploadedFiles/internal/teammate-policies/49/index.html#zoom=z

> Non-exempt traveling teammates, as part of the Disaster Volunteer Group, who provide shift coverage at sites assigned by local Leadership, will be paid a 50 percent premium for all hours worked.

Non-travelers will still only be paid additional if they work at a designated disaster site for the time in which it was designated.  Lisa, if you designate any sites as disaster, you will continue to work with Toni to communicate the sites and the dates. We have created our tracker which will be updated daily and will pass that on to payroll partners as needed

Maribeth and Casey, is there someone that can provide me with a list of teammates that are traveling into the area as part of the Disaster Volunteer Group?  If you can compile the list with TMID's and dates in which they are entitled to the pay and send me the list Thursday I can work with the teammate(s) that will be designated to enter punches into PeopleNet to enter time and a half for all of time they are working in the impacted areas.  You can send me any updates to the list each day after Thursday if there are still teammates traveling at that point.

Lastly, Lisa and Laury, I will need for you to identify teammate(s) that will be responsible for entering time into PeopleNet for teammates in the disaster area.  We talked about it being someone that is not in the impacted area, maybe an ROC?  Please let me know who you designate so I can start calls with them.  Adding in Elizabeth Austen our

DAVITA_006357

PSC who did this for us last storm. Want to keep it to a minimum of 1 to control with your partnership. Minimizing errors.

Redacted Also, I am happy to attend a call on Monday if you would like- just let me know.  Liz, can you connect with Aimee on ensuring we ready to track if needed.

Stay safe!

**Aimee Gimness, CPP**  | Payroll Manager, Support| **DaVita Kidney Care|** Redacted | fax: 1 (855) 299-7530 | *
Aimee.Gimness@Davita.com

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

DAVITA_006358

| | |
|---|---|
| **From:** | David Maughan |
| **To:** | JR Homeroom |
| **Sent:** | 3/17/2020 3:20:38 PM |
| **Subject:** | FW: APPROVAL REQUIRED - COVID1000: COVID Volunteer Response |

Pretty cool to see our teammates spring to action.  One For All!

**From:** Mark Kaplan, MD <Mark.Kaplan@davita.com>
**Sent:** Tuesday, March 17, 2020 9:18 AM
**To:** David Maughan <David.Maughan@davita.com>
**Subject:** FW: APPROVAL REQUIRED - COVID1000: COVID Volunteer Response

Epidemic-type emergencies can bring out the best in people.

Redacted raised her hand to volunteer in clinics if she is needed – despite being the sole bread winner and having 3 small children. I did not ask her to do this.

Just wanted to share…

**From:** StarLearning@davita.com <StarLearning@davita.com>
**Sent:** Tuesday, March 17, 2020 7:53 AM
**To:** Mark Kaplan, MD <Mark.Kaplan@davita.com>
**Subject:** APPROVAL REQUIRED - COVID1000: COVID Volunteer Response



Dear Mark Kaplan,

Please log on to StarLearning and approve ⬚Redacted⬚ to be 'Subject to Call' for Emergency Volunteering in the event the Coronavirus has a bigger impact on the United States.

Subject to call means in the event we need a teammate, we may call your teammate to travel. **Do not proactively schedule time off.** By approving your teammate for this course, we cannot guarantee that we will call upon your teammate.

By approving this, you are attesting to:
I, Mark Kaplan, acknowledge and approve the ⬚Redacted⬚ to travel for business purposes related to Emergency Volunteering. I understand that it is my responsibility to fill the open shifts in their absence, and will ensure the security of their role in their return.

Please underline approve or deny this COVID Volunteer Response training by logging into your StarLearning account.

All teammates will be paid in accordance with the Disaster Pay Policy.
Contact EmergencyVolunteerSupport@davita.com with any questions.

For additional information regarding this program, see COVID1000 Course Details.


**One for all!**

DAVITA_007308

| | |
|---|---|
| **From:** | Mark Kaplan, MD |
| **To:** | David Maughan |
| **Sent:** | 3/17/2020 3:17:40 PM |
| **Subject:** | FW: APPROVAL REQUIRED - COVID1000: COVID Volunteer Response |

Epidemic-type emergencies can bring out the best in people.

Redacted raised her hand to volunteer in clinics if she is needed – despite being the sole bread winner and having 3 small children. I did not ask her to do this.

Just wanted to share…

**From:** StarLearning@davita.com <StarLearning@davita.com>
**Sent:** Tuesday, March 17, 2020 7:53 AM
**To:** Mark Kaplan, MD <Mark.Kaplan@davita.com>
**Subject:** APPROVAL REQUIRED - COVID1000: COVID Volunteer Response



Dear Mark Kaplan,

Please log on to StarLearning and approve    Redacted    to be 'Subject to Call' for Emergency Volunteering in the event the Coronavirus has a bigger impact on the United States.

Subject to call means in the event we need a teammate, we may call your teammate to travel. **Do not proactively schedule time off.** By approving your teammate for this course, we cannot guarantee that we will call upon your teammate.

By approving this, you are attesting to:
I, Mark Kaplan, acknowledge and approve the    Redacted    to travel for business purposes related to Emergency Volunteering. I understand that it is my responsibility to fill the open shifts in their absence, and will ensure the security of their role in their return.

Please <u>approve or deny</u> this COVID Volunteer Response training by logging into your StarLearning account.

All teammates will be paid in accordance with the <u>Disaster Pay Policy</u>.
Contact <u>EmergencyVolunteerSupport@davita.com</u> with any questions.

For additional information regarding this program, see <u>COVID1000 Course Details</u>.

**One for all!**

CONFIDENTIAL

DAVITA_007309

| | |
|---|---|
| **From:** | Colleen Ludwig |
| **To:** | David Maughan |
| **Sent:** | 3/25/2020 1:27:44 AM |
| **Subject:** | RE: Disaster relief policy follow-up |

Hi Dave,

**Redacted - ACP**

**Colleen Ludwig**
Assistant General Counsel - Labor & Employment
DaVita Inc.
601 Hawaii St.
El Segundo, CA 90245
office:  310.536.2502
mobile: 310.418.1841
e-fax: 866-587-0538
email: colleen.ludwig@davita.com

**From:** David Maughan <David.Maughan@davita.com>
**Sent:** Tuesday, March 24, 2020 4:19 PM
**To:** Colleen Ludwig <Colleen.Ludwig@davita.com>
**Subject:** FW: Disaster relief policy follow-up

# Redacted - ACP

**From:** David Maughan
**Sent:** Tuesday, March 24, 2020 3:38 PM
**To:**           Redacted
**Subject:** RE: Disaster relief policy follow-up

Hi Redacted thanks for the note and the follow up.  I definitely could have answered more crisply, so my apologies for that.  Hope this helps clarify things.

The Disaster Relief policy was created to make sure we can continue to provide life-saving care when declared emergencies or natural disasters prevent teammates from being able to get to work.  While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and therefore the Disaster Relief policy has not gone into effect.

If you want to discuss more or if you have feedback for me, please call me.  Thanks for all you're doing and and for reaching out. Any other feedback or ideas or questions you have, let me know.

Dave


David P. Maughan
Senior Vice President
DaVita Inc.
303-895-6566 (mobile) 303-876-2907 (work)

**From:** Redacted
**Sent:** Tuesday, March 24, 2020 12:16 PM
**To:** David Maughan <David.Maughan@davita.com>
**Subject:** Disaster relief policy follow-up

Hi Dave – Hope you are doing well and keeping you head above water!  I wanted to follow up on your response to the disaster relief policy question on the VoV call, as I recall you said it is all decided locally.  As I read the attached policy, it references that an emergency can be declared by the President and I believe that Trump did declare a national state of emergency on March 13th.   The policy also says that we will only pay the 1.5x if the emergency prevents teammates from performing their regular duties, so I would speculate that is why our policy doesn't apply.  Is that right?  Or are there other talking points that we could use with TMs that ask the question?  I agree it doesn't seem appropriate to invoke this policy, but I got feedback that the answer didn't seem to fully address the question so I want to make sure I can speak to the why in an accurate way.

Thanks,
Redacted

Redacted

**DaVita Kidney Care**
2000 16th Street | Denver, CO 80202
Redacted

**From:**      Redacted
**To:**        covid19questions
**Sent:**      3/22/2020 6:02:56 PM
**Subject:**   RE: COVID -19 National Emergency Proclamation

Thank-you for the response; I agree we do provide lifesaving care to our patients and we need to keep our facilities open. As a village where we are constantly reminded about people first company second. I don't see much added incentive for our TM's to come to work and put themselves and their family at risk. Can you guide me to the policy, parameters or threshold parameters that are or would be considered when deciding what constitutes an emergency? TM are already affected with school closures; having to juggle between caring for their families and caring for the patients. If this doesn't qualify as an emergency I would like to know what is?

**From:** covid19questions
**Sent:** Thursday, March 19, 2020 6:55 PM
**To:**         Redacted
**Subject:** RE: COVID -19 National Emergency Proclamation

HI  Redacted

Thank you for reaching out.

While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and the Disaster Relief policy has not gone into effect. If your area experiences emergency travel restrictions, you can find a letter that allows you to come to work here. We take your health and safety seriously. If you become unable to get to work, please notify your leadership as soon as possible.

We provide life-sustaining care to our patients and need to continue doing so even during difficult situations, like the COVID-19 pandemic. The Disaster Relief policy was created to make sure we can continue to provide that care when declared emergencies or natural disasters prevent our facilities from operating or our teammates from being able to get to work. Local leadership (DVP, GVP, and PSD) and the Disaster Governance Council determine when and where the policy goes into effect based on the severity of the situation in their location. At this time, the policy has not gone into effect.

Sincerely,
**COVID Response Team**
Covid19questions@davita.com



Click here to get the latest information on COVID

**From:** Village Communications
**Sent:** Wednesday, March 18, 2020 3:03 PM
**To:**         Redacted
**Cc:** covid19questions <covid19questions@davita.com>
**Subject:** RE: COVID -19 National Emergency Proclamation

Thank you for reaching out. We have added the experts from the Village's COVID-19 team to share more information

DAVITA_007427

with you.

**From:** [Redacted]
**Sent:** Wednesday, March 18, 2020 2:30 PM
**To:** Village Communications <Communications@davita.com>
**Subject:** COVID -19 National Emergency Proclamation

President Trump announced national Emergency on March 13th relating to COVID -19 pandemic. Our TM handbook section 14.2 Disaster Policy gives TM premium pay in times of such national emergencies. Will non-exempt TM receive this benefit? If not, why?

DAVITA_007428

| | |
|---|---|
| **From:** | Redacted |
| **To:** | covid19questions |
| **Sent:** | 3/23/2020 10:52:30 PM |
| **Subject:** | Re: Hazard Pay |

In section 4.12 of the Teammate Policies-Effective January 1,2020 handbook it states that if there is a an emergency that is declared by the President of the United States and "if a designated facility or business office is open during the emergency time frame, teammates who report to their location and work their scheduled hours will be paid premium pay for all hours worked. Unless law requires otherwise, premium pay will be one-and-one-half (1.5) times the teammate's base rate of pay."

My teammates and I would like to understand why this is not being applied at this time. Thank you.

Redacted

**Administrative Assistant**
**Cottonwood Dialysis**
**1699 E. Cottonwood St. Ste. A-200**
**Cottonwood, AZ 86326**
Redacted



---

**From:** covid19questions
**Sent:** Monday, March 23, 2020 10:47:42 AM
**To:** Redacted
**Subject:** RE: Hazard Pay

Hello Redacted

Thank you for your question. While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and the Disaster Relief policy has not gone into effect. If your area experiences emergency travel restrictions, you can find a letter that allows you to come to work here. We take your health and safety seriously. If you become unable to get to work, please notify your leadership as soon as possible.

We provide life-sustaining care to our patients and need to continue doing so even during difficult situations, like the COVID-19 pandemic. The Disaster Relief policy was created to make sure we can continue to provide that care when declared emergencies or natural disasters prevent our facilities from operating or our teammates from being able to get to work. Local leadership (DVP, GVP, and PSD) and the Disaster Governance Council determine when and where the policy goes into effect based on the severity of the situation in their location. At this time, the policy has not gone into effect.

Sincerely,
**COVID Response Team**
Covid19questions@davita.com


Kidney Care

Click here to get the latest information on COVID

**From:** ████ Redacted ████
**Sent:** Monday, March 23, 2020 9:39 AM
**To:** covid19questions <covid19questions@davita.com>
**Subject:** Hazard Pay
**Importance:** High

Multiple companies are now paying their employees $2 more per hour for hazard pay. Will DaVita be giving their employees hazard pay?

Redacted

**Administrative Assistant**
**Cottonwood Dialysis**
**1699 E. Cottonwood St. Ste. A-200**
**Cottonwood, AZ 86326**

Redacted



| | |
|---|---|
| **From:** | Redacted |
| **To:** | covid19questions |
| **Sent:** | 3/23/2020 9:51:59 PM |
| **Subject:** | Re: COVID-19 State of Emergency Pay |
| **Attachments:** | disaster relief policy 1.png; disaster relief policy 2.png |

Sorry, but that's not what I asked. We live in Washington state, one of the three that declared state of emergency. Teammate Policy 4.12 I have attached to this email. So is this policy ignored?

---

**From:** covid19questions
**Sent:** Monday, March 23, 2020 2:37:25 PM
**To:** Redacted
**Subject:** RE: COVID-19 State of Emergency Pay

Hi Redacted

Thanks for reaching out. What we are facing right now is unprecedented in terms of the disruption across the lives of so many. We understand what is going on within our Village community, including children out of school, grocery stores running low, spouses out of work, and family members to care for. This is impacting all of us. It is during times like these that being part of a Village really matters.

"One for All" is not a motto; it is a way of life. In that spirit, we will be awarding a special Village Lives Award of $100 per week for all U.S. teammates up to and including managers who work 20 hours or more per week, through May 2. We will be awarding $50 per week for those teammates who work 10 to 19 hours per week.

We hope that this award, along with back-up child care, modified sick leave policy and the DaVita Village Network provide additional support for you and your family. DaVita means "he/she gives life," and that is what you are doing every single day. We see you caring for each other and for our patients with intensity. Thank you for stepping up. Your community is here for you.

One for All!

**COVID Response Team**
Covid19questions@davita.com



Click here to get the latest information on COVID

**From:** Redacted
**Sent:** Monday, March 23, 2020 2:12 PM
**To:** covid19questions <covid19questions@davita.com>
**Subject:** COVID-19 State of Emergency Pay

Hello,

I work at the DaVita in Spokane Valley, WA. Our state was placed in "State of Emergency" as of February 29th 2020 by our Governor Jay Inslee. According to the DaVita teammate policy handbook, Policy 4.12 if the designated facility is open during this time frame teammates who report to their location and work their scheduled hours will be paid premium pay. I am curious since our facilities are in this situation, should we be receiving premium pay? we have not since it was declared.

Thank you!

Redacted

DAVITA_007441

**From:** covid19questions
**To:** Redacted
**Sent:** 3/26/2020 5:20:02 PM
**Subject:** RE: COVID-19 State of Emergency Pay


Hi Redacted
I understand your concern. Below is more information on the Disaster Policy you have referenced. It is not applicable in this situation. We hope the mentioned Village Lives award, along with back-up child care, modified sick leave policy and the DaVita Village Network can provide additional support for you and your family.


The Disaster Relief policy was created to address situations
where natural disasters or emergencies **prevent facilities from operating or teammates from being able to perform their regular duties** (physical destruction of clinics or people's homes, damaged roadways etc…).
The Village has stepped in to help our teammates when this has happened: for example, during instances like Hurricane Harvey and Hurricane Irma.  While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and therefore **the Disaster Relief policy does not apply.**


As always, the Village remains highly committed to
supporting our teammates in this new and unprecedented situation that we all find ourselves in.  It is in this spirit that Javier announced the Village Lives Award.  It is also why we made the investment many years ago to offer back-up child care, and we remain committed to provide support to teammates who are in need through the DaVita Village Network.  We are all one Village working hard together, to provide great care to our patients.


Sincerely,
**COVID Response Team**
Covid19questions@davita.com



Click here to get the latest information on COVID


**From:** Redacted
**Sent:** Monday, March 23, 2020 3:52 PM
**To:** covid19questions <covid19questions@davita.com>
**Subject:** Re: COVID-19 State of Emergency Pay

DAVITA_007486

Sorry, but that's not what I asked. We live in Washington state, one of the three that declared state of emergency. Teammate Policy 4.12 I have attached to this email. So is this policy ignored?

**From:** covid19questions
**Sent:** Monday, March 23, 2020 2:37:25 PM
**To:** Redacted
**Subject:** RE: COVID-19 State of Emergency Pay

Hi Redacted

Thanks for reaching out. What we are facing right now is unprecedented in terms of the disruption across the lives of so many. We understand what is going on within our Village community, including children out of school, grocery stores running low, spouses out of work, and family members to care for. This is impacting all of us. It is during times like these that being part of a Village really matters.

"One for All" is not a motto; it is a way of life. In that spirit, we will be awarding a special Village Lives Award of $100 per week for all U.S. teammates up to and including managers who work 20 hours or more per week, through May 2. We will be awarding $50 per week for those teammates who work 10 to 19 hours per week.

We hope that this award, along with back-up child care, modified sick leave policy and the DaVita Village Network provide additional support for you and your family. DaVita means "he/she gives life," and that is what you are doing every single day. We see you caring for each other and for our patients with intensity. Thank you for stepping up. Your community is here for you.

One for All!

**COVID Response Team**
Covid19questions@davita.com



Click here to get the latest information on COVID

**From:** Redacted
**Sent:** Monday, March 23, 2020 2:12 PM
**To:** covid19questions <covid19questions@davita.com>
**Subject:** COVID-19 State of Emergency Pay

Hello,

I work at the DaVita in Spokane Valley, WA. Our state was placed in "State of Emergency" as of February 29th 2020 by our Governor Jay Inslee. According to the DaVita teammate policy handbook, Policy 4.12 if the designated facility is open during this time frame teammates who report to their location and work their scheduled hours will be paid premium pay. I am curious since our facilities are in this situation, should we be receiving premium pay? we have not since it was declared.

Thank you!
Redacted

DAVITA_007487

| | |
|---|---|
| **From:** | Redacted |
| **To:** | covid19questions |
| **Sent:** | 3/28/2020 12:51:11 PM |
| **Subject:** | Re: |

Through this COVID-19 pandemic, Fresinius (our major competitior), has been paying their employees time and a half compensating them for their increased risk during a National Emergency such as this. It just seems like Davita would be trying to be as equally generous in appreciation for its teammates. Thanks

---

**From:** covid19questions
**Sent:** Friday, March 27, 2020 4:21:05 PM
**To:** Redacted
**Subject:** RE:

Hi Redacted

Thanks for reaching out. The Disaster Relief policy was created to address situations where natural disasters or emergencies **prevent facilities from operating or teammates from being able to perform their regular duties** (physical destruction of clinics or people's homes, damaged roadways etc…). The Village has stepped in to help our teammates when this has happened: for example, during instances like Hurricane Harvey and Hurricane Irma. While COVID-19 has introduced complexities into our operations, our centers remain open, teammates remain able to get to work, and therefore **the Disaster Relief policy does not apply.**

As always, the Village remains highly committed to supporting our teammates in this new and unprecedented situation that we all find ourselves in. It is in this spirit that Javier announced the Village Lives Award. It is also why we made the investment many years ago to offer back-up child care, and we remain committed to provide support to teammates who are in need through the DaVita Village Network. We are all one Village working hard together, to provide great care to our patients.

Best,

**COVID Response Team**
Covid19questions@davita.com


Kidney Care

Click here to get the latest information on COVID

**From:** Redacted
**Sent:** Friday, March 27, 2020 2:12 AM
**To:** covid19questions <covid19questions@davita.com>
**Subject:**

https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/

## Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak | The White House

www.whitehouse.gov

In December 2019, a novel (new) coronavirus known as SARS-CoV-2 ("the virus") was first detected in Wuhan, Hubei Province, People's Republic of China, causing outbreaks of the coronavirus disease COVID-19 that has now spread globally. The Secretary of Health and Human Services (HHS) declared a public health emergency on January 31, 2020, under section 319 of …

Why is Davita not considering this a true state of emergency and paying us time and a half for hours worked as it states in the employee handbook? Our president declared a state of emergency on March 13th effective back to March 1st. Can someone please explain so I can tell my fellow teammates?

DAVITA_007541