# EXHIBIT 3

Jeremy Michael Eaves                                              May 10, 2021

Page 185

```
 1          IN THE UNITED STATES DISTRICT COURT FOR THE
                   WESTERN DISTRICT OF WASHINGTON
 2
    _____
 3
    JOSEPH J. HESKETH III, on   )
 4  his behalf and on behalf    )
    of other similarly          )
 5  situated persons,           )
                                )
 6                Plaintiff,    )
                                )
 7        vs.                   )  No. 2:20-cv-01733-JLR
                                )
 8  TOTAL RENAL CARE, INC., on )
    its own behalf and on       )
 9  behalf of other similarly   )
    situated persons,           )
10                              )
                  Defendants.   )
11
    _____
12
         Original Signature Page and Change Sheet to the
13
         30(b)(6) Deposition Upon Oral Examination Of
14
                     JEREMY MICHAEL EAVES
15
                     Conducted via Zoom
16
    _____
17
    ATTENDANCE OF ALL PARTICIPANTS VIA ZOOM VIDEO CONFERENCE
18
    _____
19
20
21
22
23
24  DATE:  May 10, 2021
25  REPORTED BY:  Olivia Pennella
```

COPY

Page 184

1  DATE FILED: 6/15/2021

2           SEATTLE DEPOSITION REPORTERS, LLC
            600 University Street, Suite 320
3                   Seattle, WA 98101
         (206) 622-6661 * FAX (206) 622-6236
4                   (800) 657-1110
                    www.seadep.com
5

6  J. CRAIG JONES
   Jones & Hill, LLC
7  131 Highway 165 South
   Oakdale, Louisiana 71463
8

9

10      NOTICE RE: CHANGES TO ORIGINAL DEPOSITION

11 Case Name:   Hesketh v. Total Renal Care
   Venue:       USDC, Western Dist, Washington
12 Cause No:    2:20-cv-01733-JLR
   WITNESS:     JEREMY MICHAEL EAVES
13 Taken:       May 10, 2021

14
            Pursuant to Washington Court Rule 30(e), the
15 deposition transcript was made available with Signature
   Page and Change Sheet to the above-referenced witness
16 for examination, reading, and signing.

17   X      Enclosed is a copy of the Signature Page and
            Change Sheet, if any, to the above-referenced
18          original deposition transcript.

19   ___    No signature page, corrections, or changes were
            received by this office within the 30-day
20          signature.

21

22                                  _____

                                    Olivia Pennella
23                                  Washington CCR No. 3337

24 cc:  Christina L. Henry
        Scott C. Borison
25      Chelsea D. Petersen

*Joseph J. Hesketh III et al. v. Total Renal Care, Inc. et al.*

Case No. 2:20-01733-JLR (Western District of Washington)

## ERRATA SHEET TO TRANSCRIPT OF JEREMY MICHAEL EAVES

May 10, 2021

| Page | Line(s) | Original | Correction | Reason |
|---|---|---|---|---|
| 32 | 13 | Subspace | Workspace | Should be clear that it's not an office. It's a workspace and I have a cubicle. |
| 59 | 25 | Property Statement | Property Responsibility Statement | Correcting the name of the document referred to in the dialogue. |
| 75 | 12 | Describe these at | Describe these as | Typo |
| 109 | 9 | Policy from beginning to end | The policy from beginning to end | Omitted word |
| 119 | 15 | Can someone point the policy | Can someone point to the policy | Omitted word |
| 164 | 11-12 | What was not fluid enough | That was not fluid enough | Misheard/wrong word |
| 153 | 5&6 | Kenny Gardner, Caitlin Moughon, and Mike Staffieri | There were no identified parties of the Disaster Governance Council 3/2020. | I misunderstood counsel's question to be 3/2021. Not 3/2020. |
| 161 | 2 | MS PETERSEN | COLLEEN LUDWIG | I believe this comment was made by internal DaVita counsel Colleen Ludwig—not Ms. Petersen. |
| 173 | 1-6 | It's insensitive - I mean it - it's above and beyond insensitive | It's incentive - I mean it - it's above and beyond incentive | Misheard/wrong word |

I hereby certify that I have read the foregoing deposition, and that this deposition, together with any corrections, is a true and accurate record of my testimony given at this deposition.

SIGNATURE: *[signed]*
—3828332800D645C...

DATE: June 15, 2021

152212288.1