The Honorable John L. Robart

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Joseph J. Hesketh III, *on his behalf and on behalf of other similarly situated persons*<br><br>Plaintiff,<br><br>v.<br><br>Total Renal Care, Inc, on its own behalf and on behalf of other similarly situated persons,<br><br>Defendants. | Case No: 2:20-cv-01733-JLR<br><br>PRAECIPE TO ATTACH DOCUMENTS TO THE DECLARATION OF CHRISTINA L. HENRY IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

COMES NOW Plaintiff Joseph J. Hesketh, IIII, through counsel, requests a Praecipe to attach Exhibits 4 and Exhibit 7 to the Declaration of Christina L Henry in Support of Opposition to Motion for Summary Judgment.

Dated this July 16, 2021

                                                                                    */s/ Christina L Henry*
                                                                Christina L Henry, WSBA 31273
                                                                HENRY & DEGRAAFF, PS
                                                                Counsel for Plaintiff
                                                                119 1st Ave S, Ste 500
                                                                Seattle, WA 98104
                                                                206-330-0595 Fax 206-400-7609
                                                                chenry@hdm-legal.com

DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT - 1

HENRY & DEGRAAFF, P.S.
119 1ST AVE S, STE 500
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609