# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

---

JOSEPH J. HESKETH III,                ) No. 2:20-cv-01733-JLR

on his behalf and on behalf of        )

other similarly situated persons,     )

                     Plaintiff,      )

  vs.                                 )

TOTAL RENAL CARE, INC., on its own)

behalf and on behalf of other         )

similarly situated persons,           )

                     Defendants.     )

---

Video Conference Deposition Upon Oral Examination of

TONI PROCKISH

---

(Attendance of all participants via Zoom Video Conference)

DATE:  April 2, 2021

REPORTED BY:  Christina Atencio, CCR #2749

```
 1    APPEARANCES:
 2    For the Plaintiff:     CHRISTINA L. HENRY, ESQ.
                             Henry & DeGraaff
 3                           787 Maynard Avenue South
                             Seattle, WA  98104
 4                           (206) 330-0595
                             chenry@hdm-legal.com
 5
                             SCOTT C. BORISON, ESQ.
 6                           1900 South Norfolk Street, Suite 350
                             San Mateo, CA  94401
 7                           (301) 620-1016
                             scott@borisonfirm.com
 8
                             J. CRAIG JONES, ESQ.
 9                           Jones & Hill
                             131 Highway 165 South
10                           Oakdale, LA  71563
                             (318) 335-1333
11                           craig@joneshilllaw.com
12
      For the Defendant:     CHELSEA D. PETERSEN, ESQ.
13                           MARGO JASUKAITIS, ESQ.
                             Perkins Coie
14                           1201 Third Avenue, Suite 4900
                             Seattle, WA  98101
15                           (206) 359-3993
                             cdpetersen@perkinscoie.com
16                           mjasukaitis@perkinscoie.com
17
      Also Present:          COLLEEN LUDWIG, ESQ.
18                           Davita In-House Counsel
19
20
21
22
23
24
25
```

 1                     E X H I B I T S

 2   NO.      DESCRIPTION                                      PAGES

 3

 4   5        Teammate Policies Handbook,                          *

 5            Effective 1/1/2020

 6

 7   7        Teammate Policies Section 4.12 (Disaster             *

 8            Relief Policy)

 9

10   8        Teammate Policies Handbook,                          *

11            Effective 8/19/2020

12

13   13       Declaration of Carol Strong in Support               *

14            of Total Renal Care, Inc.'s Notice of

15            Removal

16

17            (*Previously marked.)

18

19                     E X A M I N A T I O N

20   BY                                                        PAGES

21

22   Mr. Jones..............................................4

23   (TRANSCRIPT MARKED AS REQUESTED.)......................95

24

25

 1                    Friday, April 2, 2021
 2                         2:05 p.m.
 3                    ---------------------
 4    TONI PROCKISH,              called as a witness in the
 5                                above-entitled cause, being
 6                                first duly sworn, testified
 7                                as follows:
 8
 9                         EXAMINATION
10    BY MR. JONES:
11        Q.   Ms. Prokish, I'm Craig Jones and I represent Mr.
12    Hesketh in this lawsuit.  We're here to take your deposition
13    today.  Have you ever given a deposition before?
14        A.   Yes, I have in a previous role.
15        Q.   Okay.  And how many depositions have you given
16    previously?
17        A.   One.
18        Q.   And what was the occasion for you to have sat for a
19    deposition?
20        A.   It was in connection with my role with my previous
21    employer.
22        Q.   Okay.  And previous employer gives me an idea of the
23    role that that person played but not the name.  So would you
24    give me the name of your previous employer.
25        A.   Municipality of Anchorage.

 1      Q.  I'm sorry?
 2      A.  Municipality of Anchorage in Alaska.
 3      Q.  Alaska, okay.  Would you just give me an idea of
 4   what that was about.  I mean were you just a witness; were
 5   you a party to that litigation?  Give me some sense of what
 6   it was.
 7      A.  I was a payroll manager at the time.  And so based
 8   on my role, I was asked to give testimony, be deposed.
 9      Q.  Be deposed, right.  So it's sort of like -- well,
10   you have something to do with payroll here, don't you?
11      A.  Yes, sir, I'm the payroll director.
12      Q.  Now, how long ago was that deposition, Ms. Prockish?
13      A.  Roughly ten years ago.  I don't recall the exact
14   date.
15      Q.  Okay.  Well, you probably still remember some of the
16   ground rules.  But let me go over them again, if you don't
17   mind.  I'd like for you to answer out loud.  Don't say
18   uh-huh or huh-uh because if you do our court reporter,
19   Christina -- who is very good -- may not pick it up
20   correctly because we are doing this remotely by Zoom.  Would
21   you do that for me, please?
22      A.  Yes.
23      Q.  Secondly, I would like, while you're probably going
24   to understand what I'm asking you before I finish saying it
25   out loud, but if you hesitate just a second before you begin

```
 1        A.   Yes.
 2        Q.   Okay.  And since you've been there for
 3   six-and-a-half years, has your staff that you supervise been
 4   in the same building as your office?
 5        A.   Yes.
 6        Q.   And that building at 32nd Avenue is where you and
 7   the staff members that you supervise conduct their regular
 8   duties; is that correct?
 9        A.   Yes.
10        Q.   Until sometime around March of 2020 and that
11   changed; is that correct?
12        A.   Yes, that is correct.
13        Q.   And what changed?
14        A.   The coronavirus pandemic occurred in mid -- hit us
15   in mid March of 2020 and the majority of my teammates
16   started working remotely from their home.
17        Q.   Okay.  And what was it that prevented them from
18   coming to the 32nd Avenue building in Federal Way?
19        A.   The shelter in place order by our governor.
20        Q.   So their regular duties, then, in the building at
21   32nd Federal Way -- I got that all backwards.  Do you mind
22   if I start over again?
23        A.   Please.
24        Q.   The shelter in place order then in effect prevented
25   them from performing their regular duties at their normal
```

1    offices on 32nd Avenue in Federal Way, Washington, true?
2       A.   Yes, unless they had a letter signed by our chief
3    accounting officer indicating that they were an essential
4    worker that required them to come into the building to
5    perform their work.
6       Q.   Do you have such a letter?
7       A.   I did, yes.
8       Q.   Did you still work remotely?
9       A.   I did.  But on certain occasions when it was
10   necessary for me to come into the office, I did.
11      Q.   And my understanding is that the shelter in place
12   order took place because of the infectious nature of
13   COVID-19; is that your understanding?
14      A.   Yes, that is my understanding.
15      Q.   Before the shelter in place order, did you keep
16   regular office hours as part of your duties for your
17   employer?
18      A.   Yes, I had regular office hours but worked long
19   after those regular hours on occasion.
20      Q.   I know the feeling.  So it sounds like you were a
21   dedicated -- that you are a dedicated employee to Total
22   Renal Care and I appreciate that.  But when we're talking
23   about your regular duties, I mean when you signed on, did
24   someone tell you now, you know, tell you your regular duties
25   are going to be 60 to 70 to 80 hours a week or something

1                        S I G N A T U R E

2

3              I declare under penalty of perjury under

4     the laws of the State of Washington that I have read my

5     within deposition, and the same is true and accurate,

6     same and except for changes and/or corrections, if any,

7     as indicated by me on the CHANGE SHEET flyleaf page

8     hereof.  Signed in..............., WA, on the........day

9     of................, 2021.

10

11

12

13                                    ............................

14                                    Toni Prockish

15                                    Taken:  April 2, 2021

16

17

18

19

20

21

22

23    Re:  Hesketh v. Total Renal Care

24    Cause No.  2:20-cv-01733-JLR

25    Christina L. Atencio, CCR

 1                  C E R T I F I C A T E

 2
     STATE OF WASHINGTON   )
 3                         )ss
     COUNTY OF SNOHOMISH   )
 4

 5          I, the undersigned Washington Certified Court
     Reporter, hereby certify that the foregoing deposition upon
 6   oral examination of TONI PROCKISH was taken stenographically
     before me on April 2, 2021 and transcribed under my
 7   direction;

 8          That the witness was duly sworn by me pursuant to
     RCW 5.28.010 to testify truthfully; that the transcript of
 9   the deposition is a full, true, and correct transcript to
     the best of my ability; that I am neither attorney for nor a
10   relative or employee of any of the parties to the action or
     any attorney or counsel employed by the parties hereto nor
11   financially interested in its outcome.

12          I further certify that in accordance with CR 30(e),
     the witness was given the opportunity to examine, read and
13   sign the deposition, within 30 days, upon its completion and
     submission, unless waiver of signature was indicated in the
14   record.

15          IN WITNESS WHEREOF, I have hereunto set my hand this
     13th day of April, 2021.
16

17

18
         \S\CHRISTINA ATENCIO
19
         _____
20       Washington Certified Court Reporter No. 2749
         License expires November 6, 2021
21

22

23

24

25

 1               SEATTLE DEPOSITION REPORTERS
                 600 UNIVERSITY STREET, SUITE 320
 2                     SEATTLE, WA  98101
                        (206) 622-6661
 3

                       C H A N G E   S H E E T
 4

     PLEASE MAKE ALL CHANGES OR CORRECTIONS ON THIS SHEET,
 5   SHOWING PAGE, LINE AND REASON.
     ----------------------------------------------------------
 6   PAGE   LINE      CORRECTION AND REASON

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22                                  _____
                                    Toni Prockish
23                                  Taken:  April 2, 2021

24   Re:  Hesketh v. Total Renal Care
     Cause No. 2:20-cv-01733-JLR
25   Christina Atencio, CCR

```
 1              SEATTLE DEPOSITION REPORTERS
             600 UNIVERSITY STREET, SUITE 320
 2                  SEATTLE, WA  98101
                     (206) 622-6661
 3

 4   DATE FILED: April 13, 2021

 5        Christina L. Henry, Esq.
          Henry & DeGraaff
 6        787 Maynard Avenue South
          Seattle, WA  98104
 7
          NOTICE RE FILING OF ORIGINAL DEPOSITION
 8
          Case Name:  Hesketh v. Total Renal Care
 9        Venue:      USDC-Western Dist. of Washington
          Cause No.:  2:20-cv-01733-JLR
10        Witness:    Toni Prockish
          Taken:      April 2, 2021
11
          Enclosed is the original sealed transcript of
12        Toni Prockish.

13        Pursuant to 30(e), the original signature page
          and changes, if any, received by this office will
14        be forwarded to all counsel.

15

16                              _____
                                Christina Atencio, Reporter
17

18

19

20

21   cc:  File
          Christina L. Henry, Esq.
22        Scott C. Borison, Esq.
          J. Craig Jones, Esq.
23        Chelsea D. Petersen, Esq.
          Margo Jasukaitis, Esq.
24

25
```

```
 1            IN THE UNITED STATES DISTRICT COURT FOR THE
 2                   WESTERN DISTRICT OF WASHINGTON
 3    ---------------------------------------------------------
 4    JOSEPH J. HESKETH III,              ) No. 2:20-cv-01733-JLR
 5    on his behalf and on behalf of      )
 6    other similarly situated persons,   )
 7                         Plaintiff,     )
 8      vs.                               )
 9    TOTAL RENAL CARE, INC., on its own  )
10    behalf and on behalf of other       )
11    similarly situated persons,         )
12                         Defendants.    )
13    ---------------------------------------------------------
14          Original Signature Page and Change Sheet to the
15       Video Conference Deposition Upon Oral Examination of
16                            TONI PROCKISH
17    ---------------------------------------------------------
18     (Attendance of all participants via Zoom Video Conference)
19
20
21
22
23
24    DATE:  April 2, 2021
25    REPORTED BY:  Christina Atencio, CCR #2749
```

COPY

```
               SEATTLE DEPOSITION REPORTERS
               600 UNIVERSITY STREET, SUITE 320
                     SEATTLE, WA  98101
                       (206) 622-6661
```

DATE FILED: 5/13/2021

Christina L. Henry, Esq.
Henry & DeGraaff
787 Maynard Avenue South
Seattle, WA  98104

NOTICE RE ORIGINAL DEPOSITION

Case Name:   Hesketh v. Total Renal Care
Venue:       USDC-Western Dist. of Washington
Cause No.:   2:20-cv-01733-JLR
Witness:     Toni Prockish
Taken:       April 2, 2021

Pursuant to CR 30(e), deposition transcript was made available with Signature Page and Change Sheet to the above-referenced witness for examination, reading, and signing.

☒ Enclosed is a copy of the Signature Page and Change Sheet, if any, to the above-referenced original deposition transcript.

___ No Signature Page, Corrections, or Changes were received by this office within the 30-day signature period.

_____
Christina Atencio, Reporter

cc:  File
     Christina L. Henry, Esq.
     Scott C. Borison, Esq.
     J. Craig Jones, Esq.
     Chelsea D. Petersen, Esq.
     Margo Jasukaitis, Esq.

*Joseph J. Hesketh III et al. v. Total Renal Care, Inc. et al.*

Case No. 2:20-01733-JLR (Western District of Washington)

<u>**ERRATA SHEET TO TRANSCRIPT OF TONI PROCKISH**</u>

April 2, 2021

| Page | Line(s) | Original | Correction | Reason |
|---|---|---|---|---|
| 4 | 11 | Prokish | Prockish | Misspelled |
| 9 | 10 | 2002 | 2003 | Wrong year indicated |
| 11 | 19 | Assistance | Systems | Wrong word |
| 20 | 3 | Is the liaison | ?? | Doesn't make sense. Can they listen again to the recording? |
| 27 | 19 | Reib | Rieb | Misspelled |
| 27 | 20 | Reib | Rieb | Misspelled |
| 27 | 21 | Reib, R-E-I-B | Rieb, R-I-E-B | Misspelled by me |
| 27 | 23 | Erik Seversen | Eric Severson | Misspelled |
| 27 | 23 | Seversen | Severson | misspelled |
| 28 | 1 | S-E-V-E-R-S-E-N | S-E-V-E-R-S-O-N | Misspelled by me |
| 28 | 2 | E-R-I-K | E-R-I-C | Misspelled by me |
| 28 | 3 | Reib | Rieb | misspelled |
| 29 | 16 | Reib | Rieb | misspelled |
| 35 | 23 | Prokish | Prockish | misspelled |
| 48 | 3 | Gimnus | Gimness | misspelled |
| 50 | 1 | Reib | Rieb | misspelled |
| 54 | 2 | For | Or | Wrong word |
| 56 | 9 | An | And | Wrong word |
| 56 | 11 | An | And | Wrong word |
| 56 | 12 | An | And | Wrong word |
| 60 | 5 | An | And | Wrong word |
| 60 | 10 | An | And | Wrong word |
| 67 | 13 | Sarmey | Sarni | misspelled |
| 71 | 13 | An | And | Wrong word |
| 73 | 17 | Determined | Determines | Correct tense |
| 77 | 4 | An | of the | |
| 77 | 24 | Allowed | Allows | Correct tense |
| 78 | 16 | Teammate | Teammates | More than one on the council |
| 80 | 14 | Per | For | Correcting reponse |

152212288.1

| 95 | 12 | Prokish | Prockish | misspelled |

I declare under penalty of perjury under the laws of the State of Washington that I have read my deposition, and the same is true and accurate, same and except for changes and/or corrections, if any, as indicated by me on this errata sheet.

Signed in  Federal Way  ,  WA  , on the  29th  day of  April  , 2021
    (City)     (State)    (Date)    (Month)

SIGNATURE: _____

152212288.1

```
 1            IN THE UNITED STATES DISTRICT COURT FOR THE
 2                   WESTERN DISTRICT OF WASHINGTON
 3     ---------------------------------------------------------
 4     JOSEPH J. HESKETH III,          ) No. 2:20-cv-01733-JLR
 5     on his behalf and on behalf of  )
 6     other similarly situated persons,)
 7                         Plaintiff,  )
 8       vs.                           )
 9     TOTAL RENAL CARE, INC., on its own)
10     behalf and on behalf of other   )
11     similarly situated persons,     )
12                         Defendants. )
13     ---------------------------------------------------------
14           Original Signature Page and Change Sheet to the
15        Video Conference Deposition Upon Oral Examination of
16                          OLIVER McKINSTRY
17     ---------------------------------------------------------
18       (Attendance of all participants via Zoom Video Conference)
19
20
21
22
23
24     DATE:  April 2, 2021
25     REPORTED BY:  Christina Atencio, CCR #2749
```

```
 1              SEATTLE DEPOSITION REPORTERS
              600 UNIVERSITY STREET, SUITE 320
 2                  SEATTLE, WA  98101
                      (206) 622-6661
 3

 4      DATE FILED: 5/13/2021

 5
        Christina L. Henry, Esq.
 6      Henry & DeGraaff
        787 Maynard Avenue South
 7      Seattle, WA  98104

 8
        NOTICE RE ORIGINAL DEPOSITION
 9
        Case Name:    Hesketh v. Total Renal Care
10      Venue:        USDC-Western Dist. of Washington
        Cause No.:    2:20-cv-01733-JLR
11      Witness:      Oliver McKinstry
        Taken:        April 2, 2021
12
        Pursuant to CR 30(e), deposition transcript was made
13      available with Signature Page and Change Sheet to the
        above-referenced witness for examination, reading,
14      and signing.

15      X Enclosed is a copy of the Signature Page and
        Change Sheet, if any, to the above-referenced
16      original deposition transcript.

17      __ No Signature Page, Corrections, or Changes were
        received by this office within the 30-day signature
18      period.

19

20                              _____
                                Christina Atencio, Reporter
21

22
     cc:  File
23       Christina L. Henry, Esq.
         Scott C. Borison, Esq.
24       J. Craig Jones, Esq.
         Chelsea D. Petersen, Esq.
25       Margo Jasukaitis, Esq.
```

*Joseph J. Hesketh III et al. v. Total Renal Care, Inc. et al.*

Case No. 2:20-01733-JLR (Western District of Washington)

## ERRATA SHEET TO TRANSCRIPT OF OLIVER MCKINSTRY

April 2, 2021

| Page | Line(s) | Original | Correction | Reason |
|------|---------|----------|------------|--------|
| 17 | 12 | "Yeah. I don't think." | "Yeah. I don't think so." | Incomplete |
| 25 | 18 | "JET Program" | "JET Programme" | Spelling |
| 48 | 5 | "did." | "didn't." | Incorrect/misheard |

I declare under penalty of perjury under the laws of the State of Washington that I have read my deposition, and the same is true and accurate, same and except for changes and/or corrections, if any, as indicated by me on this errata sheet.

Signed in _____Denver_____, __CO___, on the _7th___ day of _May_____, 2021
                (City)                   (State)      (Date)        (Month)

SIGNATURE: _____

152212288.1