# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH J HESKETH, III,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TOTAL RENAL CARE, INC.,<br><br>　　　　　　　Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C20-1733JLR |

___　**Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**　**Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

　　THE COURT HAS ORDERED THAT

　　Defendant's motion for summary judgment (Dkt. # 87) is GRANTED.  (*See* Order (Dkt. # 100).)

　　Filed this 3rd day of December, 2021.

　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　 s/ Ashleigh Drecktrah
　　　　　　　　　　　　　　　Deputy Clerk